# EXHIBIT A

**Jaan Rannik**

| | |
|---|---|
| **From:** | Andrew K. Epting |
| **Sent:** | Thursday, January 13, 2022 16:01 |
| **To:** | Jim  Griffin; Dick Harpootlian; Angela Gross |
| **Cc:** | Jaan Rannik |
| **Subject:** | RE: Nautilus |

Understood, and will advise USA.  Will you prepare a log as many of these documents do not contain privileged material?

*Drew*

EPTING & RANNIK, LLC
46A State Street
Charleston, SC 29401

---

**From:** Jim Griffin <JGriffin@griffindavislaw.com>
**Sent:** Thursday, January 13, 2022 10:39 AM
**To:** Dick Harpootlian <rah@harpootlianlaw.com>; Angela Gross <agg@epting-law.com>
**Cc:** Andrew K. Epting <ake@epting-law.com>; Jaan Rannik <jgr@epting-law.com>
**Subject:** RE: Nautilus

Drew

We cannot consent on behalf of Alex waive any privilege he may have pertaining to these files so that they can be used in a criminal investigation against him.

Jim



**Jim Griffin**

**GRIFFIN DAVIS**
803 744 0800
4408 Forest Drive
Columbia, SC 29206
PO Box 999 (29202)

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED.**

If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

---

**From:** Dick Harpootlian <rah@harpootlianlaw.com>
**Sent:** Thursday, January 13, 2022 9:30 AM
**To:** Angela Gross <agg@epting-law.com>
**Cc:** Andrew K. Epting <ake@epting-law.com>; Jaan Rannik <jgr@epting-law.com>; Jim Griffin

<JGriffin@griffindavislaw.com>
**Subject:** RE: Nautilus

Let me check with Jim

---

**From:** Angela Gross <agg@epting-law.com>
**Sent:** Wednesday, January 12, 2022 11:28 AM
**To:** Dick Harpootlian <rah@harpootlianlaw.com>
**Cc:** Andrew K. Epting <ake@epting-law.com>; Jaan Rannik <jgr@epting-law.com>
**Subject:** Nautilus

SENT ON BEHALF OF ANDREW K. EPTING, JR.,

Dear Dick,

First of all, congratulations to you and your wife on the ambassadorship to Slovenia. What a beauty country and a rich culture. On more mundane matters, the U.S. Attorney's office wants the file that you authorized be released to the Office of Disciplinary Counsel. I have inquired several times about it and ask that your client, Mr. Murdaugh, waive whatever, if any, privilege he may have in the materials previously provided to you. I am wearing out the patience of the U.S. Attorney's office with my continued refrain of "I do not think producing the file will be a problem".

Again, congratulations.

With kindest regards,

s/*Drew*

Andrew K. Epting, Jr., Esquire
Epting & Rannik, LLC
46A State Street
Charleston, SC 29401
Phone: (843) 377-1871
Fax: (843) 377-1310
ake@epting-law.com