# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ALEXANDER MURDAUGH, Sr., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, PALMETTO STATE BANK, and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 2:22-cv-1307-RMG<br><br>**NAUTILUS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE UNITED STATES OF AMERICA** |

In light of this Court's May 12, 2022 order [ECF 14], and with the consent of all parties, Nautilus Insurance Company hereby files this notice of voluntary dismissal of Defendant the United States of America *only*, pursuant to Rule 41(a)(1)(A)(i).[1]

                                                        **Respectfully submitted:**

This 9th day of June, 2022                  */s/ Jaan Rannik*
Charleston, South Carolina                 EPTING & RANNIK, LLC
                                                         Jaan G. Rannik (Fed I.D. No. 12621)
                                                         46A State Street
                                                         Charleston, SC 29401
                                                         P: (843) 377-1871
                                                         F: (843) 377-1310
                                                         jgr@epting-law.com

                                                         COUNSEL FOR NAUTILUS INSURANCE COMPANY

---

[1] The majority of courts, with the exception of the Second and Sixth Circuits, have held that Rule 41(a) permits dismissal of a party defendant without dismissal of the entire action. There appears to be no binding authority on the question from the Fourth Circuit. Accordingly, if this is more properly brought as a motion under Rule 21, Nautilus asks that the Court treat it as such.