AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Nautilus Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-01307-RMG |
| Richard Alexander Murdaugh, Sr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard Alexander Murdaugh, Sr.

Date: 11/08/2022

s/Phillip D. Barber
*Attorney's signature*

Phillip D. Barber, Fed. ID 12816
*Printed name and bar number*

Richard A. Harpootlian, P.A.
1410 Laurel Street
Columbia, SC 29201
*Address*

pdb@harpootlianlaw.com
*E-mail address*

(803) 252-4848
*Telephone number*

(803) 252-4810
*FAX number*