**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | Civ. No. 2:22-cv-1307-RMG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **DEFENDANT RICHARD** |
| | ) | **ALEXANDER MURDAUGH, SR.'S** |
| Richard Alexander Murdaugh, Sr., Cory | ) | **RESPONSE TO PLAINTIFF'S** |
| Flemming, Moss & Kuhn, P.A., Chad | ) | **MOTION TO COMPEL** |
| Westendorf, and Palmetto State | ) | |
| Bank | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Richard Alexander Murdaugh, Sr., through his undersigned attorneys, hereby responds to Defendant Nautilus Insurance Company's motion to compel responses to its First Set of Requests for Production dated August 19, 2022. Mr. Murdaugh has moved to stay discovery and deadlines as to himself pending completion of his murder trial set to start January 23, 2023. ECF No. 87. He requests the Court deny the motion to compel without prejudice to refiling after the disposition of the motion to stay and after the lifting of any stay the Court may order.

A delay in adjudicating Nautilus's motion to compel cannot prejudice Nautilus because Mr. Murdaugh is incarcerated and obviously not in possession of the cancelled checks, bank statements, communications from 2015, legal case files, etc., that Nautilus demands he produce. To the extent his attorneys have possession of such materials, they were received from the State of South Carolina as discovery in a criminal matter subject to a protective order that bars production in this civil suit. If the Court is inclined nevertheless to order production now, Mr. Murdaugh respectfully requests the South Carolina Attorney General first be given an opportunity to be heard.

-1-

-2-

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian (Fed. ID No. 1730)
Phillip D. Barber (Fed. ID No.12816)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

James M. Griffin, Fed. ID No. 1053
Margaret N. Fox, Fed. ID No. 10576
GRIFFIN DAVIS, LLC
4408 Forest Dr., Suite 300 (29206)
P.O. Box 999 (29202)
Columbia, South Carolina
(803) 744-0800
jgriffin@griffindavislaw.com
mfox@griffindavislaw.com

ATTORNEYS FOR PLAINTIFF

November 10, 2022
Columbia, South Carolina