# Angela Gross

| | |
|---|---|
| **From:** | Jaan Rannik |
| **Sent:** | Friday, October 28, 2022 9:52 AM |
| **To:** | Jim Griffin |
| **Cc:** | Angela Gross |
| **Subject:** | RE: Nautilus v. Murdaugh |

Thank you, sir.

Drew mentioned that he had written you about having the balance of Murphy & Grantland's file released to you and to us so we each have the opportunity to review it before any of it gets produced.  Are you amenable to that approach?

Thanks again,
Jaan

Jaan G. Rannik, Esq.
EPTING & RANNIK, LLC
46A State Street, Charleston, SC 29401
P: 843-377-1871
F: 843-377-1310
jgr@epting-law.com

_____

**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by or on behalf of a lawyer and is intended exclusively for the individual or entity to which it is addressed.  This message may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this communication or any part of it.  If you have received this communication in error, please delete all copies of this message and notify the sender immediately either by phone (843-377-1871) or by reply to this e-mail.  Thank you.

**From:** Jim Griffin <JGriffin@griffindavislaw.com>
**Sent:** Friday, October 28, 2022 09:20
**To:** Jaan Rannik <jgr@epting-law.com>
**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** RE: Nautilus v. Murdaugh

Sure.



**Jim Griffin**
GRIFFIN DAVIS
803 744 0800
4408 Forest Drive
Columbia, SC 29206
PO Box 999 (29202)

**CONFIDENTIALITY NOTICE**: This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED.**

1

If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

---

**From:** Jaan Rannik <jgr@epting-law.com>
**Sent:** Friday, October 28, 2022 9:03 AM
**To:** Jim Griffin <JGriffin@griffindavislaw.com>
**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** RE: Nautilus v. Murdaugh

Jim,

Might we request a further week's extension to file any motion to compel?  We have given the Co-Receivers an extension through today to respond more fully, and their response will inform what if anything we need to do.

Thanks and best regards,
Jaan

Jaan G. Rannik, Esq.
EPTING & RANNIK, LLC
46A State Street, Charleston, SC 29401
P: 843-377-1871
F: 843-377-1310
jgr@epting-law.com

_____

**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by or on behalf of a lawyer and is intended exclusively for the individual or entity to which it is addressed.  This message may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this communication or any part of it.  If you have received this communication in error, please delete all copies of this message and notify the sender immediately either by phone (843-377-1871) or by reply to this e-mail.  Thank you.

---

**From:** Jim Griffin <JGriffin@griffindavislaw.com>
**Sent:** Tuesday, October 18, 2022 10:03
**To:** Jaan Rannik <jgr@epting-law.com>
**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** Re: Nautilus v. Murdaugh

Yes. Definitely.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Jaan Rannik <jgr@epting-law.com>
**Sent:** Tuesday, October 18, 2022 9:57:09 AM
**To:** Jim Griffin <JGriffin@griffindavislaw.com>
**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** RE: Nautilus v. Murdaugh

Jim, thanks again, and one other request.

It is a little tricky to understand the extent of the receiver's capacity to defend Mr. Murdaugh in Nautilus' suit and the interplay of that capacity with your being counsel of record.  To give us time to get some clarity from the receiver, are you willing to extend the deadline for Nautilus to file a motion to compel discovery responses?  An extension through the end of next week (10/28) ought to give us enough time, and we would appreciate the courtesy.

Thanks and best regards,
Jaan

Jaan G. Rannik, Esq.
EPTING & RANNIK, LLC
46A State Street, Charleston, SC 29401
P: 843-377-1871
F: 843-377-1310
jgr@epting-law.com


_____

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by or on behalf of a lawyer and is intended exclusively for the individual or entity to which it is addressed.  This message may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this communication or any part of it.  If you have received this communication in error, please delete all copies of this message and notify the sender immediately either by phone (843-377-1871) or by reply to this e-mail.  Thank you.

**From:** Jaan Rannik
**Sent:** Monday, October 17, 2022 10:08
**To:** Jim Griffin <JGriffin@griffindavislaw.com>
**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** RE: Nautilus v. Murdaugh

Thank you, Jim.

Jaan

Jaan G. Rannik, Esq.
EPTING & RANNIK, LLC
46A State Street, Charleston, SC 29401
P: 843-377-1871
F: 843-377-1310
jgr@epting-law.com


_____

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by or on behalf of a lawyer and is intended exclusively for the individual or entity to which it is addressed.  This message may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this communication or any part of it.  If you have received this communication in error, please delete all copies of this message and notify the sender immediately either by phone (843-377-1871) or by reply to this e-mail.  Thank you.

**From:** Jim Griffin <JGriffin@griffindavislaw.com>
**Sent:** Monday, October 17, 2022 10:04
**To:** Jaan Rannik <jgr@epting-law.com>

**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** RE: Nautilus v. Murdaugh

Jaan

Also, as you know John T Lay and Peter McCoy through Amy Hill have entered an appearance and filed an answer on behalf of Alex. The Receiver has control over all of Alex assets. Also, I am know for a fact that Alex does not have any of the requested information with him at the detention center. I suggest you contact Amy Hill to see if she intends to respond.

Jim



**Jim Griffin**
**GRIFFIN DAVIS**
803 744 0800
4408 Forest Drive
Columbia, SC 29206
PO Box 999 (29202)

**CONFIDENTIALITY NOTICE**: This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED.**
If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

**From:** Jaan Rannik <jgr@epting-law.com>
**Sent:** Wednesday, October 12, 2022 9:43 AM
**To:** Jim Griffin <JGriffin@griffindavislaw.com>
**Cc:** Angela Gross <agg@epting-law.com>
**Subject:** Nautilus v. Murdaugh

Dear Jim,

We served discovery requests on Mr. Murdaugh a little while back, and have not received a response from you.  Are you able to provide a response by the end of next week, even if only an initial response?

Hope all is well.
Jaan

Jaan G. Rannik, Esq.
EPTING & RANNIK, LLC
46A State Street, Charleston, SC 29401
P: 843-377-1871
F: 843-377-1310
jgr@epting-law.com

_____

**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by or on behalf of a lawyer and is intended exclusively for the individual or entity to which it is addressed.  This message may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this communication or any part of it.  If you have received this communication in error, please delete all copies of this message and notify the sender immediately either by phone (843-377-1871) or by reply to this e-mail.  Thank you.