# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Nautilus Insurance Company, ) | Civ. No. 2:22-cv-1307-RMG |
| ) | |
| Petitioner, ) | |
| ) | **STATUS REPORT BY DEFENDANT** |
| v. ) | **RICHARD ALEXANDER** |
| ) | **MURDAUGH, SR.** |
| Richard Alexander Murdaugh, Sr., Cory ) | |
| Flemming, Moss & Kuhn, P.A., Chad ) | |
| Westendorf, and Palmetto State ) | |
| Bank ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant Richard Alexander Murdaugh, Sr., through his undersigned attorneys, hereby provides a status report pursuant to the Court's order dated January 13, 2023 (ECF No. 99). On March 3, 2023, Defendant's murder trial concluded when he was sentenced to two consecutive life sentences. Defendant currently is incarcerated at Kirkland Reception and Evaluation Center pending assignment to a prison, which is expected to take approximately 45 days. Counsel's ability to communicate with Defendant during this is limited, but counsel expects to be able to provide a more substantive update to the Court before the expiration of the stay of this matter on April 3, 2023.

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian (Fed. ID No. 1730)
Phillip D. Barber (Fed. ID No.12816)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

-1-

-2-

                    James M. Griffin, Fed. ID No. 1053
                    Margaret N. Fox, Fed. ID No. 10576
                    GRIFFIN DAVIS, LLC
                    4408 Forest Dr., Suite 300 (29206)
                    P.O. Box 999 (29202)
                    Columbia, South Carolina
                    (803) 744-0800
                    jgriffin@griffindavislaw.com
                    mfox@griffindavislaw.com

                    ATTORNEYS FOR PLAINTIFF

March 6, 2023
Columbia, South Carolina