# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, | C/A No.: 2:22-cv-1307-RMG |
|       Plaintiff, | |
| v. | **STATUS REPORT** |
| Richard Alexander Murdaugh, Sr.; Cory Fleming, Moss & Kuhn, P.A.; Chad Westendorf; *and* Palmetto State Bank, | |
|       Defendants. | |

Defendant Richard Alexander Murdaugh, Sr., through his undersigned attorneys, hereby provides a status report pursuant to the Court's order dated January 13, 2023. (ECF No. 99.) On March 3, 2023, Defendant's murder trial concluded when he was sentenced to two consecutive life sentences. Defendant was thereafter incarcerated at Kirkland Reception and Evaluation Center pending assignment to a prison. At the end of last week, Defendant was assigned to a Restrictive Housing Unit within the South Carolina Department of Corrections (SCDOC), at a prison that cannot be publicly identified, because he has been identified as requiring Statewide Protective Custody. Details of the SCDOC Statewide Protective Custody policy are available at https://www.doc.sc.gov/policy/OP-22-23.htm.pdf.

The stay of this matter expired today. (*See* ECF No. 99 at 2.) Mr. Murdaugh intends to participate fully in this litigation to the extent his carceral circumstances permit. His very recent assignment to a special Restrictive Housing Unit, however, creates logistical complications delaying his ability to do so. He therefore asks that he be given until May 1, 2023, to file an answer to the amended complaint. Mr. Murdaugh does not ask that the stay of this matter be extended for that period. He has no documents to produce and no ability to participate in testimonial discovery

in the next thirty days, so allowing other parties to proceed with the litigation while also allowing Mr. Murdaugh until May 1, 2023, to file an answer would not further delay this action or create any additional prejudice for any party.

                              s/ Phillip D. Barber
                              Richard A. Harpootlian, Fed. ID No. 1730
Phillip D. Barber, Fed. ID No. 12816
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com

James M. Griffin, Fed. ID No. 1053
Margaret N. Fox, Fed. ID No. 10576
GRIFFIN DAVIS, LLC
4408 Forest Dr., Suite 300 (29206)
P.O. Box 999 (29202)
Columbia, South Carolina
(803) 744-0800
jgriffin@griffindavislaw.com
mfox@griffindavislaw.com

Attorneys for Richard Alexander Murdaugh

Columbia, South Carolina
April 3, 2023.