# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br><br>RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, and PALMETTO STATE BANK,<br><br>　　　　　Defendants. | Case No. 2:22-cv-1307-RMG<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

WHEREAS this matter was stayed from January 13, 2023 until April 3, 2023 on account of Defendant Richard Alexander Murdaugh, Sr.'s trial for murder;

WHEREAS, now that the stay is lifted, all parties hereto have consented to a four-month extension of all deadlines in the operative Second Amended Scheduling Order;

NOW, THERFORE, Plaintiff Nautilus Insurance Company ("Nautilus"), with the consent of all Defendants, moves this Honorable Court pursuant to Local Rule 6.01 for an Order extending all remaining deadlines by four months.

The scheduling order was previously amended twice, once at the outset of the case, and again shortly prior to the stay being entered. Nautilus requests that the current scheduling order be amended and all remaining deadlines be extended by four months, per the attached proposed Third Amended Scheduling Order. **Exh. A**.

**[signatures on following page]**

1

|  |  | Respectfully submitted: |
|---|---|---|
| This 5th day of April, 2023<br>Charleston, South Carolina. |  | */s/ Jaan Rannik*<br>EPTING & RANNIK, LLC<br>Jaan G. Rannik (Fed I.D. No. 12621)<br>Clinton T. Magill (Fed I.D. No. 12459)<br>46A State Street<br>Charleston, SC 29401<br>P: (843) 377-1871<br>F: (843) 377-1310<br>jgr@epting-law.com<br>ctm@epting-law.com<br><br>*COUNSEL FOR PLAINTIFF NAUTILUS INSURANCE COMPANY* |

**WE CONSENT:**

| | |
|---|---|
| /s/ Phillip D. Barber<br>GRIFFIN DAVIS, LLC<br>James M. Griffin, Esq., (FED #1053)<br>Margaret N. Fox, Esq., (FED #10576)<br>4408 Forest Dr., Suite 300<br>Columbia, South Carolina, 29206<br>Ph: (803) 744-0800<br>jgriffin@griffindavislaw.com<br>mfox@griffindavislaw.com<br><br>AND<br><br>Richard A. Harpootlian, Esq., (FED #1730)<br>Phillip D. Barber, Esq., (FED #12816)<br>RICHARD A. HARPOOTLIAN, P.A.<br>1410 Laurel Street<br>Columbia, South Carolina 29201<br>Ph: (803) 252-4848<br>rah@harpootlianlaw.com<br>pdb@harpootlianlaw.com<br><br>*COUNSEL FOR RICHARD ALEXANDER MURDAUGH, SR.* | /s/ Robert H. Hood, Jr.<br>HOOD LAW FIRM, LLC<br>Robert H. Hood, Jr. (Fed I.D. 6998)<br>Maryrose P. Williamson (Fed I.D. 12802)<br>172 Meeting Street<br>P.O. Box 1508<br>Charleston, SC 29402<br>P: (843) 577-4435<br>F: (843) 722-1630<br>Bobbyjr.hood@hoodlaw.com<br>Maryrose.williamson@hoodlaw.com<br><br>*COUNSEL FOR DEFENDANT MOSS & KUHN, P.A.* |

3

| | |
|---|---|
| */s/ Thomas A. Pendarvis*_____<br>Thomas A. Pendarvis (Fed. Id. 5785)<br>PENDARVIS LAW OFFICES, P.C.<br>710 Boundary Street, Suite 1-A<br>Beaufort, SC 29902<br>843.524.9500<br>Thomas@PendarvisLaw.com<br><br>*COUNSEL FOR DEFENDANT CORY FLEMING* | /s/ Thomas P. Gressette, Jr._____<br>WALKER GRESSETTE & LINTON, LLC<br>Thomas P. Gressette, Jr. (Fed ID# 7261)<br>G. Trenholm Walker (Fed ID# 4487)<br>James W. Clement (Federal ID #12720)<br>66 Hasell Street, Charleston, SC 29401<br>P.O. Drawer 22167, Charleston, SC<br>P: (843) 727-2200<br>Gressette@WGLFIRM.com<br>Walker@WGLFIRM.com<br>Clement@WGLFIRM.com<br><br>*COUNSEL FOR DEFENDANT PALMETTO STATE BANK* |
| */s/Christy Ford Allen*_____<br>WILLS MASSALON & ALLEN LLC<br>John A. Massalon (Federal ID #5227)<br>Christy Ford Allen (Federal ID #7549)<br>Post Office Box 859<br>Charleston, South Carolina 29402<br>P:  (843) 727-1144<br>jmassalon@wmalawfirm.net<br>callen@wmalawfirm.net<br><br>*COUNSEL FOR DEFENDANT CHAD WESTENDORF* | |