# EPTING & RANNIK

ATTORNEYS AT LAW

ANDREW K. EPTING, JR. · AKE@EPTING-LAW.COM
JAAN G. RANNIK · JGR@EPTING-LAW.COM
CLINTON T. MAGILL · CTM@EPTING-LAW.COM

April 5, 2023

**VIA E-FILING**

The Honorable Richard M. Gergel
United States District Court Judge
District of South Carolina

     RE:    *Nautilus v. Murdaugh et al.*, No. 2:22-cv-01307-RMG

Dear Judge Gergel:

Nautilus Insurance Company ("Nautilus") filed this evening a Motion to Amend the Scheduling Order [ECF 102]. However, the filing of this motion was premature, as the Court has not entered an order lifting the administrative stay of this matter. Accordingly, Nautilus would request leave to withdraw the filing to be refiled at the appropriate time.

With humble thanks and kindest regards,

EPTING & RANNIK

Jaan G. Rannik