**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, and PALMETTO STATE BANK,<br><br>        Defendants. | Case No. 2:22-cv-1307-RMG<br><br>**NAUTILUS INSURANCE COMPANY'S MOTION FOR CLARIFICATION** |

Nautilus Insurance Company ("Nautilus") respectfully submits this request for clarification with regard to the stay of this action entered by the Court on January 13, 2023 [ECF 99] (the "Stay Order"). In the Stay Order, this Court granted Defendant Richard Alexander Murdaugh, Sr. ("Murdaugh")'s Second Motion to Stay [ECF 87] and stayed this case, finding that "a stay of this action pending the completion of Murdaugh's upcoming murder trial would further the interests of judicial economy and administration." ECF No. 99 at 2. The Stay Order provided that the stay of this action would continue until thirty days after the completion of Murdaugh's murder trial and directed the Clerk of Court to administratively stay the case "until further order of the Court."

As thirty days have passed since the jury returned a verdict in Murdaugh's murder trial, Nautilus respectfully requests clarification as to whether the stay of this action was automatically terminated 30 days after the murder trial concluded or whether the stay of this action remains—and will continue to remain—in place until a formal Order is entered directing the Clerk of Court to lift the stay. Nautilus so moves, out of an abundance of caution, because of approaching deadlines in the current scheduling order, which all parties have consented to amending. *See* ECF 102, 103.

**[signature on following page]**

1

|  | **Respectfully submitted:** |
|---|---|
| This 12th day of April, 2023<br>Charleston, South Carolina | */s/ Jaan Rannik*<br>EPTING & RANNIK, LLC<br>Jaan G. Rannik (Fed I.D. No. 12621)<br>Clinton T. Magill (Fed I.D. No. 12459)<br>46A State Street<br>Charleston, SC 29401<br>P: (843) 377-1871<br>jgr@epting-law.com<br>ctm@epting-law.com<br><br>COUNSEL FOR PLAINTIFF NAUTILUS INSURANCE COMPANY |