# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | Case No.: 2:22-cv-1307-RMG |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | ORDER OF PROTECTION |
| RICHARD ALEXANDER MURDAUGH, SR., ) | |
| CORY FLEMING, MOSS & KUHN, P.A., ) | |
| CHAD WESTENDORF, PALMETTO STATE ) | |
| BANK and THE UNITED STATES OF ) | |
| AMERICAN., ) | |
| ) | |
| Respondents. ) | |

THIS MATTER COMES BEFORE ME upon the request of Thomas P. Gressette, Jr. for protection from having to appear at any court proceedings or other legal proceedings in the above-referenced matter to allow for a family vacation from **May 22, 2023 to June 2, 2023** and **August 2, 2023 to August 4, 2023**.

NOW, THEREFORE, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that Thomas P. Gressette, Jr. shall be, and hereby is, excused and protected from having to appear at any court proceedings, trial, motion hearings, bar meetings, depositions, or other legal proceedings in this matter from: **May 22, 2023 to June 2, 2023** and **August 2, 2023 to August 4, 2023**.

**IT IS SO ORDERED.**

Dated: _____                _____
                                     Richard M. Gergel
                                     United States District Court