# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, and PALMETTO STATE BANK,<br><br>　　　　　　Defendants. | C/A No.: 2:22-cv-1307-RMG<br><br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES |

PLEASE TAKE NOTICE that Jaan G. Rannik, Esquire, of Epting & Rannik, LLC, attorney for Nautilus Insurance Company, respectfully moves this Court for an Order of Protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court for the period of July 3, 2023 through August 15, 2023, for paternity leave.

　　　　　　　　　　　　　　　　　　**Respectfully submitted:**

This 18th day of April, 2023　　　　　　*/s/ Jaan G. Rannik*
Charleston, South Carolina　　　　　　EPTING & RANNIK, LLC
　　　　　　　　　　　　　　　　　　Jaan G. Rannik (Fed. ID No. 12621)
　　　　　　　　　　　　　　　　　　Clinton T. Magill (Fed. ID No. 12459)
　　　　　　　　　　　　　　　　　　46A State Street
　　　　　　　　　　　　　　　　　　Charleston, SC 29401
　　　　　　　　　　　　　　　　　　P: (843) 377-1871
　　　　　　　　　　　　　　　　　　F: (843) 377-1310
　　　　　　　　　　　　　　　　　　jgr@epting-law.com
　　　　　　　　　　　　　　　　　　ctm@epting-law.com

　　　　　　　　　　　　　　　　　　*COUNSEL FOR NAUTILUS INSURANCE COMPANY*