# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company,<br><br>　　　　Plaintiff,<br>vs.<br><br>Richard Alexander Murdaugh, Sr.; Cory Fleming, Moss & Kuhn, P.A.; Chad Westendorf; *and* Palmetto State Bank,<br><br>　　　　Defendants. | C/A No.: 2:22-cv-1307-RMG<br><br>**NOTICE OF APPEARANCE OF ANDREW R. HAND** |

PLEASE TAKE NOTICE that Andrew R. Hand, an attorney with the firm Richard A. Harpootlian, P.A. and a member of the bar of this Court, hereby gives notice of his appearance as counsel in the above-captioned case on behalf of Defendant Richard Alexander Murdaugh, Sr.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Andrew H. Hand
　　　　　　　　　　　　　　　　　　Andrew R. Hand (Fed. ID No. 12176)
　　　　　　　　　　　　　　　　　　RICHARD A. HARPOOTLIAN, P.A.
　　　　　　　　　　　　　　　　　　1410 Laurel Street (29201)
　　　　　　　　　　　　　　　　　　Post Office Box 1090
　　　　　　　　　　　　　　　　　　Columbia, South Carolina 29202
　　　　　　　　　　　　　　　　　　Telephone: (803) 252-4848
　　　　　　　　　　　　　　　　　　Facsimile: (803) 252-4810
　　　　　　　　　　　　　　　　　　arh@harpootlianlaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant Richard Alexander Murdaugh*

May 23, 2023
Columbia, South Carolina.