# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, and PALMETTO STATE BANK,<br><br>　　　　　Defendants. | C/A No.: 2:22-cv-1307-RMG<br><br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES |

　　　PLEASE TAKE NOTICE that Clinton T. Magill, Esquire, of Epting & Rannik, LLC, attorney for Nautilus Insurance Company, respectfully moves this Court for an Order of Protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court for the period of August 17, 2023 through September 3, 2023, for honeymoon/vacation.

　　　　　　　　　　　　　　　　　　　　　**Respectfully submitted:**

This 16th day of June, 2023　　　　　　　　　*/s/ Clinton T. Magill*
Charleston, South Carolina　　　　　　　　　EPTING & RANNIK, LLC
　　　　　　　　　　　　　　　　　　　　　Clinton T. Magill (Fed. ID No. 12459)
　　　　　　　　　　　　　　　　　　　　　Jaan G. Rannik (Fed. ID No. 12621)
　　　　　　　　　　　　　　　　　　　　　46A State Street
　　　　　　　　　　　　　　　　　　　　　Charleston, SC 29401
　　　　　　　　　　　　　　　　　　　　　P: (843) 377-1871
　　　　　　　　　　　　　　　　　　　　　F: (843) 377-1310
　　　　　　　　　　　　　　　　　　　　　ctm@epting-law.com
　　　　　　　　　　　　　　　　　　　　　jgr@epting-law.com

　　　　　　　　　　　　　　　　　　　　　*COUNSEL FOR NAUTILUS INSURANCE COMPANY*