| | | |
|---|---|---|
| Berkley Insurance Company<br>Nautilus Insurance Company<br>For Questions Please Call: 480-951-0905<br>Claim No: 10096368<br>In Payment Of: Claim N900010096368 | WELLS FARGO BANK, N.A.<br>56-382/412 | WRBC |

Date    04/18/2019        Pay Amount   $ 3,800,000.00 ***

Pay    **** THREE MILLION EIGHT HUNDRED THOUSAND AND XX/100 DOLLAR ****

To The Order Of

THIS CHECK EXPIRES AND IS VOID 90 DAYS FROM ISSUE DATE

CHAD WESTENDORF AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
GLORIA SATTERFIELD & MOSS KUHN & FLEMING PA AS ATTORNEY

_____
Authorized Signature

_____
Authorized Signature

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

NAUTILUS_002565

1331454



NAUTILUS_002566