*Excerpt, Uncertified Draft Transcript*

*Nautilus Ins. Co. v. Murdaugh, et al,* C/A 2:22-cv-1307-RMG

30(b)(6) Deposition of Palmetto State Bank

JUNE 30, 2023

ROUGH DRAFT -- NOT CERTIFIED

This transcript is an UNCERTIFIED ROUGH DRAFT TRANSCRIPT. It contains raw output from the court reporter's stenotype machine translated into English by the court reporter's computer, without the benefit of proofreading. It will contain untranslated steno outlines, mistranslations (wrong words), and misspellings. These and any other errors will be corrected in the final transcript. Since this rough draft transcript has not been proofread, the court reporter cannot assume responsibility for any errors therein. This rough draft transcript is intended to assist attorneys in their case preparation and is not to be construed as the final transcript. It is not to be read by the witness or quoted in any pleading or for any other purpose and may not be filed with any court.

[ *   *   * ]

[**MR. RANNIK, continuing**]                                Page 62

5    Q. All right. So Tom you and I had a
6    discussion about this ahead of time and this is
7    an exhibit that I understand you are going to

*Excerpt, Uncertified Draft Transcript*

8  object to me asking any questions about but I'd

9  like to machining [sic] this as Exhibit 4 please?

10      MR. GRESSETTE:  For purposes of the

11  record we object to the use of the exhibit

12  including it as an exhibit to the deposition and

13  to questions regarding the exhibit.  I think

14  probably the best thing to do is for you to ask

15  your questions and then we can deal with each of

16  them if you'd like.

17      MR. RANNIK:  I think, first, does

18  the bank have any objection to this exhibit

19  outside of to the extent it may implicate advice

20  of counsel and discussions with counsel.

21      MR. GRESSETTE:  Not to the exhibit.

22    Q.  Okay.  Then let me ask this: Does the

23  bank have any knowledge of why Alex Murdaugh

24  would ask Russell Laffitte or Chad Westendorf to

25  serve as a fiduciary in one of his cases?

1       MR. GRESSETTE:  Objection.                      Page 63

2    A.  No.

3       (Exhibit No. ## marked for

4  identification.)

5    Q.  This is what we've marked as <u>Exhibit 4</u>

6  and if I could get you to please turn with me to,

7  there should be a page marked No. 368 up at the

8  top right toward the back of the exhibit.  If

9  you'll let me know when you're there.

10      Now, this is some testimony from

*Excerpt, Uncertified Draft Transcript*

11   Mr. Russell Laffitte, and he is being asked or

12   he's discussing his service and Mr. Westendorf's

13   service as a fiduciary and he says I truly

14   believe that he targeted, meaning Mr. Murdaugh

15   intentionally targeted myself Chad and Palmetto

16   State Bank because he knew the relationship that

17   wed with him personally, the relationship we had

18   with him professionally as a borrower/customer

19   and the relationship we had with the firm.  He

20   knew we weren't going to ask a lot of questions.

21       Does the bank have any opinion on

22   whether Mr. Laffitte's comments there are

23   accurate?

24   **A.**  I have no opinion.

25   **Q.**  This is where there will be an objection

1   so let me go ahead and just ask the question:     *Page 64*

2   Did the bank have discussions with counsel about

3   its potential exposure to any parties relating to

4   anybody's service as a fiduciary in connection

5   with Alex Murdaugh?

6       **MR. GRESSETTE:**  Objection, calls

7   for attorney-client privileged information, calls

8   for work product, it's outside the scope of the

9   noticed topics, it also implicates information

10   and deliberation during executive sessions of the

11   bank's governing committees, furthermore it

12   implicates trade secrets and business operation

13   information which are protected, for those

*Excerpt, Uncertified Draft Transcript*

14  reasons I'm instructing the witness not to answer

15  that question.

16         **MR. RANNIK:**  And I will just say

17  for the record so that this is clear, this

18  exhibit is one of the exhibits that was admitted

19  at the trial of Russell Laffitte.  It was

20  Government's Exhibit 200 and it is a matter of

21  public record.

22      **Q.**  When did Russell Laffitte become CEO of

23  Palmetto State Bank?

24      **A.**  I believe he became CEO in 2020.

25      **Q.**  And he was terminated in 2021?

1       **A.**  Correct.                                        *Page 65*