# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | May 25, 2023 |
| -versus- | Charleston, SC |
| CORY HOWERTON FLEMING, | 9:23-394-1 |
| Defendant. | |

TRANSCRIPT OF ARRAIGNMENT AND CHANGE OF PLEA

BEFORE THE HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE, presiding

A P P E A R A N C E S:

For the Government:   EMILY E. LIMEHOUSE, AUSA
                      KATHLEEN M. STOUGHTON, AUSA
                      WINSTON D. HOLLIDAY, AUSA
                      US Attorney's Office
                      151 Meeting Street, Suite 200
                      Charleston, SC 29401

For the Defendant:    DEBORAH B. BARBIER, ESQ.
                      Barbier Law Office
                      1811 Pickens Street
                      Columbia, SC 29201

Court Reporter:       KAREN E. MARTIN, RMR, CRR
                      PO Box 835
                      Charleston, SC 29402

Proceedings reported by stenographic court reporter.
Transcript produced with computer-aided transcription software.

1              THE COURT:  Okay.  Mr. Fleming, you've heard the
2    summary provided by the Assistant United States Attorney.
3    Do you dispute any of those facts?
4              THE DEFENDANT:  No, sir.
5              THE COURT:  Are you telling me under oath that
6    the statements made by the Assistant United States
7    Attorney are accurate?
8              THE DEFENDANT:  Yes, sir.
9              THE COURT:  Let me understand just a little bit.
10   There are two areas here, one of them is that you -- make
11   sure I understand this.  There was representation to the
12   circuit court at the time you were obtaining approval of
13   the settlement that attorneys' fees totaled $1.43 million;
14   is that correct?
15             THE DEFENDANT:  Yes, sir.
16             THE COURT:  But in fact you intended only to
17   take 672,000; is that correct?
18             THE DEFENDANT:  Yes, sir.
19             THE COURT:  Where was the rest of the money to
20   go?
21             THE DEFENDANT:  Um, well, as the Information
22   says, a portion of it was going to be spent by
23   Mr. Murdaugh, approximately a hundred thousand dollars.
24   And then the rest of it, I was under the impression, were
25   going to the beneficiaries of the estate.

1    THE COURT: Well, why would -- if the fees are
2    $670,000, then naturally it would go to the beneficiaries
3    of the estate, correct?
4    THE DEFENDANT: I thought they did.
5    THE COURT: But you understand what I'm saying
6    is that normally you wouldn't need to overstate your legal
7    fees because the net amount is what goes to the
8    beneficiaries, correct?
9    THE DEFENDANT: Yes, sir.
10   THE COURT: So let me understand this a little
11   bit better. One day we're going to have a sentencing
12   hearing. I need to understand this. Where did you think
13   the 600-and-some-odd-thousand dollars was going to go if
14   not -- was Mr. Murdaugh to get some portion of it?
15   THE DEFENDANT: A portion, yes, sir.
16   THE COURT: How much?
17   THE DEFENDANT: Around a hundred thousand
18   dollars roughly.
19   THE COURT: Now, is that a normal thing that
20   defendants get, a hundred thousand dollars of the
21   plaintiff's attorneys' fees?
22   THE DEFENDANT: No, sir.
23     (WHEREUPON, the defendant and attorney spoke
24     privately.)
25   THE COURT: And what was the thinking behind the

1  after a Presentence Report is prepared.  My probation
2  office will work with you to provide me the fullest sort
3  of understanding presentencing.  The probation officer
4  works for me, doesn't work for the prosecutor.  I urge you
5  to cooperate so I can get a better understanding of sort
6  of the full picture here and the full person that I will
7  be sentencing.
8           My magistrate judge, Judge Cherry, will address
9  bond issues and my Marshals will escort you over there for
10 that.
11          Any further matters to come before the Court at
12 this point?
13          MS. LIMEHOUSE:  Nothing from the Government,
14 Your Honor.
15          THE COURT:  Ms. Barbier?
16          MS. BARBIER:  Nothing further, Your Honor.
17 Thank you for making time to do this today.
18          THE COURT:  Glad to do it.
19          This hearing is adjourned.
20     (WHEREUPON, court was adjourned at 2:47 PM)
21                            ***
22 I certify that the foregoing is a correct transcript from
23 the record of proceedings in the above-entitled matter.
24    s/Karen E. Martin                         5/26/2023
   _____          _____
25 Karen E. Martin, RMR, CRR            Date

Karen E. Martin, RMR, CRR
US District Court
District of South Carolina