# EXHIBIT E

*53101121*
05/15/2019
2903831862

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[11000138] 05/15/2019 5352494892

MOSS, KUHN & FLEMING, P.A.
TRUST ACCOUNT
P.O. DRAWER 507
BEAUFORT, SC 29901

24909

BB&T
SOUTH CAROLINA

67-160-532

DATE May 13, 2019

Two Million NineHundred Sixty-one Thousand Nine Hundred thirty-one Dollars and 95/100------ 2,961,931.95

PAY ________ DOLLARS $

TO THE ORDER OF FORGE

⑈0024909⑈ ⑆053201607⑆0005127071626⑈

⑈1324909 ⑆053201607⑆ 5127071626⑈ ⑈0296193195⑈

53101121
05/14/2019
2304077599

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[53101121] 05/14/2019 2304077599

MOSS, KUHN & FLEMING, P.A.
TRUST ACCOUNT
P.O. DRAWER 507
BEAUFORT, SC 29901

24910

BB&T
SOUTH CAROLINA

67-160-532

DATE May 14, 2019

Six Hundred Thousand Fifty-five Dollars and 59/100---------- 600,055.59

PAY ________ DOLLARS $

TO THE ORDER OF Moss, Kuhn & Fleming, P.A.

⑈0024910⑈ ⑆053201607⑆0005127071626⑈

⑈1324910 ⑆053201607⑆ 5127071626⑈ ⑈0060005559⑈

*53101121*
05/31/2019
2902619235

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[91000019] 05/31/2019 2809036809

MOSS, KUHN & FLEMING, P.A.
TRUST ACCOUNT
P.O. DRAWER 507
BEAUFORT, SC 29901

24911

BB&T
SOUTH CAROLINA

67-160-532

DATE May 29, 2019

Eight Hundred Ten Dollars and no/100---------- 810.00

PAY ________ DOLLARS $

TO THE ORDER OF Haynsworth Sinkler Boyd, P.A.
Post Office Box 340
Charleston, South Carolina 29402-0340

⑈0024911⑈ ⑆053201607⑆0005127071626⑈

⑈1324911 ⑆053201607⑆ 5127071626⑈ ⑈0000081000⑈

CHF_00080