# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | Case No.: 2:22-cv-1307-RMG |
| ) | |
| Petitioner, ) | **DEFENDANT PALMETTO** |
| ) | **STATE BANK'S MOTION TO** |
| vs. ) | **FILE PORTIONS OF** |
| ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT UNDER SEAL** |
| ) | |
| RICHARD ALEXANDER MURDAUGH, SR., ) | |
| CORY FLEMING, MOSS & KUHN, P.A., CHAD ) | |
| WESTENDORF, PALMETTO STATE BANK, ) | |
| and THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

Pursuant to Local Civil Rule 5.03, Defendant Palmetto State Bank ("PSB") hereby moves for leave to file certain portions of its Motion for Summary Judgment with Incorporated Memorandum under seal. The grounds for this Motion are as follows:

1. A Confidentiality Order has been issued in this case. (See ECF Entry No. 97).

2. Exhibit 3 to Defendant PSB's Motion for Summary Judgment and Memorandum in Support (the "Motion") consists of certain pages from the file of Phelps Dunbar, LLP, Nautilus's coverage counsel for the underlying claim at issue in this lawsuit. Each page of Exhibit 3 bears a "CONFIDENTIAL" designation. Portions of Exhibit 3 are reproduced in the memorandum incorporated in the Motion.

3. PSB obtained the file of Nautilus's coverage counsel by issuing a subpoena to Phelps Dunbar, LLP. Upon information and belief, Phelps Dunbar LLP produced the file to Nautilus. Nautilus then produced the file to PSB.

4. The file is Bates labelled with the prefix "PHELPS."

5. Upon information and belief, Phelps Dunbar LLP, not Nautilus, designated the

pages that comprise Exhibit 3 as confidential.

6. Upon information and belief, Phelps Dunbar, LLP is not bound by this Court's Confidentiality Order.

7. Nevertheless, out of an abundance of caution, PSB hereby files this Motion to Seal under Local Civil Rule 5.03(c).

8. A redacted version of the Motion, including exhibits, is to be filed and an unredacted version of the Motion, including exhibits, is being submitted directly to chambers for *in camera* review.

9. PSB did not designate the pages that comprise Exhibit 3 as confidential and does not know the reasons why the responsible party did. PSB takes no position on whether less drastic alternatives to sealing will afford adequate protection or whether the factors governing sealing of documents reflected in controlling case law support the sealing of Exhibit 3.

10. PSB take no position on whether Exhibit 3 should be sealed or the information in its Motion reproduced therefrom should be redacted.

WHEREFORE, for the reasons set forth above, PSB respectfully requests that the Court direct the Office of the Clerk to provide public notice of this motion to seal by docketing the motion in a manner that discloses its nature as a motion to seal and enter an Order allowing PSB to file certain portions of its Motion for Summary Judgment and Exhibit 3 thereto under seal.

/s/ *Thomas P. Gressette, Jr.*
**G. Trenholm Walker (Fed ID# 4487)**
Direct: (843) 727-2208
Email: Walker@WGLFIRM.com
**Thomas P. Gressette, Jr. (Fed ID# 7261)**
Direct: (843) 727-2249
Email: Gressette@WGLFIRM.com
**James W. Clement (Fed ID# 12720)**
Direct: (843) 727-2224
Email: Clement@WGLFIRM.com

2

                                      **WALKER GRESSETTE & LINTON, LLC**
                                      Mail:   P.O. Drawer 22167, Charleston, SC 29413
                                      Office:  66 Hasell Street, Charleston, SC 29401
                                      Phone:  (843) 727-2200

                                      ***ATTORNEYS FOR PALMETTO STATE BANK***

July 21, 2023
Charleston, South Carolina