# EXHIBIT 3

# PSB'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT

# (PLACEHOLDER)

# EXCEPRTS FROM FILE OF NAUTILUS'S COVERAGE COUNSEL DESIGNATED CONFIDENTIAL