# EXHIBIT 5

# PSB'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT

**MOSS, KUHN & FLEMING, P.A.**
TRUST ACCOUNT
P.O. DRAWER 507
BEAUFORT, SC 29901

**BB&T**
BRANCH BANKING AND TRUST COMPANY
SOUTH CAROLINA

67-160-532

DATE May 13, 2019

PAY Two Million Nine Hundred Sixty-one Thousand Nine Hundred thirty-one Dollars and 95/100------    $2,961,931.95 DOLLARS $

TO THE ORDER OF    FORGE

NOT NEGOTIABLE

MOSS, KUHN & FLEMING, P.A.
PRODUCT 55203N

Re: Estate of Gloria Satterfield
MKF #:301294.18

CHF/tk