EXHIBIT 7

PSB'S MOTION FOR SUMMARY JUDGMENT

AND MEMORANDUM IN SUPPORT

Chad Westendorf

STATE OF SOUTH CAROLINA          IN THE COURT OF
                                    COMMON PLEAS
COUNTY OF HAMPTON                    FOR THE
                          FOURTEENTH JUDICIAL CIRCUIT

                        -  -  -

MICHAEL "TONY" SATTERFIELD      )
AND BRIAN HARRIOTT,             )
                                )
          Plaintiffs,           )
                                ) Case No.
          vs.                   ) 2021-CP-25-00298
                                )
RICHARD ALEXANDER "ALEX"        )
MURDAUGH, PALMETTO STATE BANK,  )
COREY FLEMING, AND MOSS, KUHN   )
& FLEMING, P.A.,                )
                                )
          Defendants.           )

---

          VIDEOTAPED DEPOSITION OF CHAD WESTENDORF

---

DATE TAKEN:        Tuesday, February 22, 2022

TIME BEGAN:        10:04 a.m.

TIME ENDED:        12:14 p.m.

LOCATION:          BLAND RICHTER, LLP
                   1500 Calhoun Street
                   Columbia, South Carolina


REPORTED BY:       Cynthia First, RPR, CRR
                   EveryWord, Inc.
                   P.O. Box 1459
                   Columbia, South Carolina 29202
                   803-212-0012



Chad Westendorf

APPEARANCES:


        BLAND RICHTER, LLP
        BY:  ERIC S. BLAND, ESQUIRE
        1500 Calhoun Street
        Columbia, South Carolina  29201
        803-256-9664
        ericbland@blandrichter.com


        BLAND RICHTER, LLP
        BY:  SCOTT M. MONGILLO, ESQUIRE
        BY:  RONALD L. RICHTER, JR., ESQUIRE
        Peoples Building
        Mezzanine Level
        18 Broad Street
        Charleston, South Carolina 29401
        843-573-9900
        scott@blandrichter.com
        ronnie@blandrichter.com
        Representing the Plaintiffs



        MCANGUS GOUDELOCK & COURIE, LLC
        BY:  THOMAS E. LYDON, ESQUIRE
        1320 Main Street, 10th Floor
        Columbia, South Carolina  29201
        803-779-2300
        tlydon@mgclaw.com
        Representing the Witness



    ALSO PRESENT:

        Chuck Habrack, Videographer

Chad Westendorf

```
 1   that day.
 2        Q       On -- on December 19th --
 3        A       Yes.
 4        Q       -- you heard the word "Forge"?
 5        A       Yes, because they said they were sending
 6   the money for the boys to Forge.
 7        Q       Who said that?
 8        A       Cory.
 9        Q       And did you ask, "What is Forge?"
10        A       I did.
11        Q       And what did they say?
12        A       It was an annuity investor or a structured
13   settlement, what I found out later.  But basically
14   what I understood that day was it was an annuity
15   financial company.
16        Q       Right.
17        A       I had never heard of it before that.  I
18   didn't know what that was.
19        Q       Okay.  And one of the things I'm curious
20   about is:  Did Judge Mullen approve that there was
21   going to be a structure to Forge?
22        A       Not that I'm aware of.
23        Q       But she -- but there was discussion in
24   front of her --
25        A       Yes.
```

Chad Westendorf

```
 1        Q     -- that there was going to be a structure?
 2        A     I guess.  I mean, yeah.  I mean, I was
 3   sitting there in her chambers and we discussed.
 4   That was the first time I heard "Forge."
 5        Q     What was the structure supposed to be?
 6        A     I have no idea.
 7        Q     What was the structure supposed to be for
 8   Tony?
 9        A     I don't know.
10        Q     What was the structure supposed to be for
11   Brian?
12        A     I don't know.
13        Q     Well, you saw checks going to Forge.
14        A     I did not.
15        Q     At various times, did you not --
16        A     I did not see those.
17        Q     You never saw any checks going to Forge?
18        A     I never saw a check going to Forge.
19        Q     But if a structure was being -- we're told
20   that you were brought on because Alec told Tony that
21   there were going to be business issues with some
22   settlements coming in, and it would be better for
23   somebody like you, Mr. Westendorf, who has a
24   business background, to handle that.
25              Is that something that you remember
```

Chad Westendorf

```
 1    hearing?

 2         A      No, sir.

 3         Q      Did you ever ask why I'm coming onboard

 4    and why Tony is going out?

 5         A      I did not.

 6         Q      Okay.  So when you heard "Forge," did you

 7    not say to yourself, "Hey, what structure is going

 8    to be -- there's two boys here.  Is there a

 9    structure for one and not the other, or both?"  Did

10    you ever ask that?

11         A      I did not.

12         Q      Did anybody ever tell you, on

13    December 18th, that one of your heirs that

14    represent -- that was an heir of the estate, was a

15    vulnerable adult?

16         A      On the 19th, they did.

17         Q      Who told you?

18         A      Alec mentioned that.

19         Q      To whom?  Judge Mullen?

20         A      The conversation in there that day.

21         Q      What did he say?

22         A      He said that -- like you said, he was a --

23    I don't know.  I can't remember exact words, so I

24    don't want to say, but he made it aware that he had

25    special needs.
```