| INCOMING (to 7625) | | | | |
|---|---|---|---|---|
| Date Deposited | Amount | Bank Deposited | From | Memo |
| 5/15/2019 | $ 2,961,931.95 | #223024167625 BofA | Moss, Kuhn & Fleming, P.A. Trust Account | |
| Total | $ 2,961,931.95 | Check #24909 Dated 5/13/19 | | |

| OUTGOING FINAL DISPOSITION | | |
|---|---:|---:|
| Row Labels | Sum of Amount | Count of Amount |
| **69021646 - PSB Farm** | | |
| Barbara Mixson | $ 1,425.00 | 1 |
| Blanchard Equipment Company | $ 9,213.15 | 1 |
| Brunson Building Supply | $ 1,868.33 | 7 |
| Carolina Eastern Farm Services | $ 5,908.55 | 10 |
| Cash | $ 3,000.00 | 1 |
| Cel Oil Products | $ 4,422.99 | 7 |
| Coastal Electric Cooperative | $ 9,527.00 | 23 |
| Colleton County | $ 22,378.47 | 1 |
| Comcast | $ 443.31 | 2 |
| Culligan Water of Charleston | $ 805.49 | 4 |
| Curtis Edward Smith | $ 7,318.00 | 2 |
| Dale Davis | $ 305.00 | 1 |
| Dickinson Well Drilling | $ 3,980.10 | 1 |
| Estill Gas Company | $ 442.75 | 2 |
| G&G Milling | $ 3,136.56 | 8 |
| Hampton Auto Parts | $ 2,993.34 | 8 |
| Hipolita Torrer | $ 600.00 | 1 |
| Huber Supply Company | $ 114.03 | 1 |
| IRS | $ 5,033.70 | 8 |
| Kenny Hughes | $ 16,010.04 | 3 |
| Kevin (?) Murdaugh | $ 100.00 | 1 |
| Lowcountry Marine | $ 4,065.00 | 1 |
| Maria Castillo | $ 600.00 | 1 |
| Monthly Maintenance Fee | $ 48.00 | 8 |
| Murdaugh Kubota | $ 370.00 | 1 |
| Murdaugh Rental Center, Inc. | $ 437.41 | 1 |
| ODAC | $ 2,450.00 | 1 |
| Overdraft Charge | $ 165.00 | 33 |
| Palmetto Rural Telephone Company | $ 1,246.30 | 6 |
| Palmetto Security Systems | $ 478.80 | 4 |
| Paul Murdaugh | $ 859.00 | 1 |
| Philadelphia Insurance Group | $ 550.00 | 1 |
| Phillip Benton | $ 405.00 | 1 |
| PPTC | $ 208.64 | 1 |
| Richard "Buster" Alexander Mudraugh | $ 10,000.00 | 1 |
| Ronald Freeman | $ 21,033.92 | 16 |
| SCDOR | $ 1,351.68 | 9 |
| SCV Oil | $ 2,406.04 | 2 |
| SSQF | $ 400.00 | 1 |
| Stan Tracks? | $ 418.82 | 1 |
| W.M.S.C. | $ 330.00 | 1 |
| Walsh Supply | $ 397.58 | 7 |
| **69021646 - PSB Farm Total** | **$ 147,247.00** | **191** |
| | | |
| **69406092 - PSB Checking** | | |
| Alice B. Hazel, CPA, LLC | $ 1,837.50 | 2 |
| Annette Griswold | $ 250.00 | 1 |
| Austin Aviation, Inc. | $ 250.00 | 1 |
| Auto Alexander | $ 150.00 | 3 |
| Bank of America | $ 427.42 | 1 |
| Barbara Mixson | $ 8,598.00 | 9 |
| BB&T | $ 616.95 | 1 |
| Blanca Simpson | $ 1,282.50 | 3 |
| Brenda Young | $ 3,500.00 | 1 |
| Brunson Building Supply | $ 576.56 | 5 |
| Cash | $ 16,000.00 | 7 |
| Chaplain (illegible) the Lowcountry | $ 100.00 | 1 |
| Chase Card Services | $ 74.75 | 5 |
| Curtis Edward Smith | $ 26,117.03 | 4 |
| Discover Payments 8484 | $ 1,701.00 | 5 |
| Dominion Energy | $ 4,311.04 | 21 |
| Domino | $ 852.78 | 1 |
| Dr. Amanda Seay | $ 3,629.00 | 1 |
| Drew Mahaffey | $ 24,000.00 | 1 |
| Estill Gas Company | $ 307.90 | 2 |
| Green Swamp Club | $ 200.00 | 1 |
| Griffin Davis | $ 23,800.38 | 2 |
| Hampton County Tax Collector | $ 427.26 | 1 |
| Hampton County Treasurer | $ 15,196.62 | 2 |
| Hampton United Methodist Church | $ 100.00 | 1 |
| Jason Smith | $ 575.00 | 1 |
| Jimmy Butler Auto Sales | $ 7,200.36 | 2 |

| Curtis Edward Smith Total | |
|---|---:|
| $ | 321,085.30 |
| | 61.00 |

| Name | Amount | Count |
|---|---:|---:|
| Ken Stoak | $ 1,395.00 | 1 |
| Kenny Hughes | $ 47,967.10 | 10 |
| Kristi Jarrell | $ 500.00 | 1 |
| Leroy Milligan | $ 405.00 | 7 |
| Lowcountry | $ 71.74 | 1 |
| Lowcountry Regional Water System | $ 661.12 | 5 |
| Macy's | $ 832.04 | 1 |
| Maggie Murdaugh | $ 45,491.87 | 4 |
| Mike Seekings for Mayor | $ 2,000.00 | 1 |
| Overdraft Charge | $ 10.00 | 2 |
| Payment to 6991524 Loan (Randolph III Cosignor) | $ 609,686.98 | 1 |
| Payment to Loan 6987336 (Moselle) | $ 500,000.00 | 1 |
| PMPED | $ 57.22 | 1 |
| Progressive | $ 134.95 | 2 |
| Richard Hill RDK Clothiers | $ 1,674.00 | 1 |
| Ronald Freeman | $ 1,314.62 | 1 |
| Sam Scarville | $ 2,500.00 | 1 |
| Southern Green | $ 1,610.00 | 2 |
| Stacy Loadholt | $ 400.00 | 1 |
| Sunoco | $ 2,000.00 | 1 |
| Tony Papa | $ 750.00 | 1 |
| Town of Edisto Beach | $ 3,967.02 | 2 |
| University of South Carolina | $ 25.00 | 1 |
| Visa | $ 42,661.97 | 5 |
| Webster's Marine | $ 4,750.02 | 3 |
| William Wylie | $ 1,805.30 | 5 |
| Wofford College | $ 15,000.00 | 1 |
| **69406092 - PSB Checking Total** | **$ 1,429,753.00** | **148** |
| | | |
| **69266649 - PSB Checking** | | |
| Curtis Edward Smith | $ 8,940.00 | 3 |
| Helen Tyler | $ 15.00 | 1 |
| Kenny Hughes | $ 4,000.00 | 1 |
| Overdraft Charge | $ 45.00 | 9 |
| **69266649 - PSB Checking Total** | **$ 13,000.00** | **14** |
| | | |
| **223013516779 - BofA Checking** | | |
| Barbara Mixson | $ 2,200.00 | 2 |
| Carolina Pharmacy | $ 615.24 | 1 |
| Cash | $ 21,750.00 | 7 |
| Cash Withdrawal | $ 21,895.29 | 4 |
| CE Smith | $ 132,687.03 | 24 |
| Check Order | $ 66.20 | 1 |
| Curt E Smith | $ 7,964.00 | 1 |
| Curtis E Smith | $ 56,765.48 | 12 |
| Curtis Eddie Smith | $ 6,404.00 | 1 |
| Curtis Edward Smith | $ 4,725.00 | 1 |
| Curtis Smith | $ 23,823.03 | 4 |
| Dale Davis | $ 301.00 | 3 |
| David Carter | $ 650.00 | 1 |
| Del Dennis | $ 1,940.00 | 1 |
| Dr. Amanda Seay | $ 62,035.00 | 1 |
| E Smith | $ 4,400.00 | 1 |
| Ed Smith | $ 15,700.00 | 3 |
| Eddie Smith | $ 26,241.73 | 5 |
| Johnny Parker | $ 304,328.00 | 1 |
| Kenny Hughes | $ 70,806.38 | 14 |
| Maggie Murdaugh | $ 22,000.00 | 2 |
| Miles Henderson | $ 786.33 | 1 |
| Monthly Maintenance Fee | $ 12.00 | 1 |
| Overdraft Fee | $ 35.00 | 1 |
| Payment to Credit Card 9559 | $ 7,570.50 | 1 |
| Randolph Murdaugh III | $ 385,000.00 | 1 |
| Scott Harriott | $ 84.00 | 1 |
| Sunoco | $ 27,664.68 | 14 |
| **223013516779 - BofA Checking Total** | **$ 1,208,449.89** | **110** |
| | | |
| **223024167625 - BofA Forge** | | |
| Cash Withdrawal | $ 16,500.00 | 2 |
| Monthly Fee for Business Fundamentals | $ 14.00 | 1 |
| Payment to Credit Card 9559 | $ 146,968.06 | 5 |
| **223024167625 - BofA Forge Total** | **$ 163,482.06** | **8** |
| | | |
| **Grand Total** | **$ 2,961,931.95** | **471** |

| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
| | | | **OUTGOING (From 7625)** | | | | | |
| 5/22/2019 | | $ 345,699.89 | Online Transfer to 6779 | | | BofA (#223013516779) | Out of $350,000 | 7625 |
| 5/22/2019 | | $ 96,173.70 | Payment to Credit Card 9559 | | | | | 7625 |
| 5/28/2019 | | $ 400,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 5/29/2019 | | $ 125,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 6/6/2019 | | $ 610,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 6/18/2019 | | $ 25,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 7/1/2019 | | $ 25,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 7/12/2019 | | $ 35,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 7/17/2019 | | $ 50,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 7/17/2019 | | $ 16,938.93 | Payment to Credit Card 9559 | | | | | 7625 |
| 7/26/2019 | | $ 20,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 7/30/2019 | | $ 40,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 8/16/2019 | | $ 28,000.00 | Payment to Credit Card 9559 | | | | | 7625 |
| 8/16/2019 | | $ 25,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 8/27/2019 | | $ 20,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 8/30/2019 | | $ 40,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 9/13/2019 | | $ 40,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 9/20/2019 | | $ 50,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 9/27/2019 | | $ 50,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 10/9/2019 | | $ 20,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 10/25/2019 | | $ 600,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 10/25/2019 | | $ 25,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 10/30/2019 | | $ 65,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 10/30/2019 | | $ 5,607.00 | Payment to Credit Card 9559 | | | | | 7625 |
| 10/30/2019 | | $ 8,500.00 | Cash Withdrawal | | | | | 7625 |
| 11/6/2019 | | $ 30,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 11/8/2019 | | $ 70,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 11/18/2019 | | $ 20,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 11/26/2019 | | $ 25,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 11/27/2019 | | $ 8,000.00 | Cash Withdrawal | | | | | 7625 |
| 12/4/2019 | | $ 25,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 12/9/2019 | | $ 10,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 12/18/2019 | | $ 5,000.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 12/30/2019 | | $ 2,500.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 2/3/2020 | | $ 14.00 | Monthly Fee for Business Fundamentals | | | | | 7625 |
| 2/13/2020 | | $ 250.00 | Online Transfer to 6779 | | | BofA (#223013516779) | | 7625 |
| 2/28/2020 | | $ 248.43 | Payment to Credit Card 9559 | | | | | Out of $64,500 | 7625 |
| Total | | $ 2,961,931.95 | | | | | | |

| | | | | | | OUTGOING (From 6779) | | |
|---|---|---|---|---|---|---|---|---|
| Date Deposited | Date on Check | Amount | | Description | Check No. | Memo | Deposited to | Notes | Acc No |
| 5/23/2019 | 5/22/2019 | $ | 79.81 | Sunoco | 627 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service/ Out | 6779 |
| 5/23/2019 | 5/22/2019 | $ | 304,328.00 | Johnny Parker | 672 | | PSB Account | | 6779 |
| 5/24/2019 | 5/23/2019 | $ | 7,500.00 | Cash | 629 | | BofA Account | | 6779 |
| 5/29/2019 | 5/29/2019 | $ | 4,912.00 | CE Smith | 636 | | Enterprise Account | | 6779 |
| 5/29/2019 | 5/28/2019 | $ | 125,000.00 | Alex Murdaugh | 648 | | 75k to PSB 6092, 50K to PSB 1646 | | 6779 |
| 5/29/2019 | 5/28/2019 | $ | 385,000.00 | Randolph Murdaugh III | 650 | | PSB Account | | 6779 |
| 5/29/2019 | 5/28/2019 | $ | 2,000.00 | Sunoco | 651 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 5/31/2019 | 5/31/2019 | $ | 2,100.00 | Curtis E Smith | 631 | | Enterprise Account | | 6779 |
| 6/3/2019 | 5/31/2019 | $ | 4,201.00 | CE Smith | 633 | | Enterprise Account | | 6779 |
| 6/4/2019 | 6/2/2019 | $ | 6,099.12 | Curtis E Smith | 635 | | Enterprise Account | | 6779 |
| 6/5/2019 | 6/4/2019 | $ | 610,000.00 | Alex Murdaugh | 653 | | PSB 6092 | | 6779 |
| 6/6/2019 | | $ | 35.00 | Overdraft Fee | | | | | 6779 |
| 6/7/2019 | 6/5/2019 | $ | 84.00 | Scott Harriott | 632 | | Regions Bank Account | | 6779 |
| 6/7/2019 | 6/5/2019 | $ | 7,212.48 | CE Smith | 654 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 6/12/2019 | 6/10/2019 | $ | 4,725.00 | Curtis Edward Smith | 655 | | Enterprise Account (#801007162) | | 6779 |
| 6/14/2019 | 6/13/2019 | $ | 2,500.00 | Sunoco | 634 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 6/14/2019 | 6/12/2019 | $ | 4,800.00 | Ed Smith | 697 | | Enterprise Account (#801007162) | | 6779 |
| 6/18/2019 | 6/14/2019 | $ | 4,904.73 | Eddie Smith | 696 | | Enterprise Account | | 6779 |
| 6/20/2019 | | $ | 12.00 | Monthly Maintenance Fee | | | | | 6779 |
| 6/20/2019 | 6/19/2019 | $ | 2,500.00 | Sunoco | 637 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 6/20/2019 | 6/18/2019 | $ | 8,004.02 | CE Smith | 699 | | Enterprise Account (#801007162) | | 6779 |
| 6/25/2019 | 6/19/2019 | $ | 1,704.83 | Curtis E Smith | 640 | | Enterprise Account (#801007162) | | 6779 |
| 6/25/2019 | 6/24/2019 | $ | 4,611.00 | Curtis E Smith | 642 | Duck Pond Dykes | Enterprise Account (#801007162) | | 6779 |
| 6/26/2019 | 6/28/2019 | $ | 2,700.00 | Curtis E Smith | 643 | | Enterprise Account | | 6779 |
| 6/29/2019 | 7/3/2019 | $ | 2,137.00 | Kenny Hughes | 662 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 7/1/2019 | 6/30/2019 | $ | 95.00 | Dale Davis | 638 | | PSB Account | | 6779 |
| 7/1/2019 | 6/29/2019 | $ | 650.00 | David Carter | 639 | | South State Bank Account | | 6779 |
| 7/2/2019 | 6/30/2019 | $ | 5,902.00 | CE Smith | 656 | | Enterprise Account | | 6779 |
| 7/2/2019 | 6/30/2019 | $ | 3,000.00 | Sunoco | 657 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 7/3/2019 | 7/2/2019 | $ | 1,940.00 | Del Dennis | 644 | Ty Edisto Yard | Enterprise Account | | 6779 |
| 7/5/2019 | 7/2/2019 | $ | 2,000.00 | Maggie Murdaugh | 659 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 7/8/2019 | 7/5/2019 | $ | 2,907.42 | Curtis E Smith | 622 | | Enterprise Account (#801007162) | | 6779 |
| 7/11/2019 | 7/8/2019 | $ | 6,404.00 | Curtis Eddie Smith | 700 | | Enterprise Account (#801007162) | | 6779 |
| 7/12/2019 | 7/11/2019 | $ | 9,100.00 | Ed Smith | 702 | | Enterprise Account (#801007162) | | 6779 |
| 7/15/2019 | 7/12/2019 | $ | 2,000.00 | Sunoco | 701 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 7/17/2019 | | $ | 8,500.00 | Cash Withdrawal | | | | GA | 6779 |
| 7/17/2019 | 7/17/2019 | $ | 50,000.00 | Alex Murdaugh | 565 | | PSB 6092 | | 6779 |
| 7/17/2019 | 7/15/2019 | $ | 4,117.00 | CE Smith | 703 | | Enterprise Account | | 6779 |
| 7/17/2019 | 7/15/2019 | $ | 110.00 | Dale Davis | 704 | | PSB Account | | 6779 |
| 7/19/2019 | 7/17/2019 | $ | 1,100.00 | Cash | 706 | E Smith | Enterprise Account (#801007162) | | 6779 |
| 7/22/2019 | 7/19/2019 | $ | 700.00 | Barbara Mixson | 705 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 7/24/2019 | 7/24/2019 | $ | 5,707.00 | Curtis Smith | 707 | | Enterprise Account | | 6779 |
| 7/26/2019 | 7/24/2019 | $ | 1,800.00 | Ed Smith | 709 | | Enterprise Account | | 6779 |
| 7/29/2019 | 7/21/2019 | $ | 2,750.00 | Cash | 708 | | Enterprise Account | Endorsed by CE Smith | 6779 |
| 7/29/2019 | 7/29/2019 | $ | 7,000.00 | Cash | 711 | | BofA Account | Endorsed by Alex | 6779 |
| 8/1/2019 | 7/30/2019 | $ | 8,251.00 | CE Smith | 712 | | Enterprise Account (#801007162) | | 6779 |
| 8/6/2019 | 8/3/2019 | $ | 6,268.00 | Curtis E Smith | 408 | | Enterprise Account (#801007162) | | 6779 |
| 8/8/2019 | 8/8/2019 | $ | 5,300.00 | Curtis E Smith | 675 | | Enterprise Account | | 6779 |
| 8/9/2019 | 7/30/2019 | $ | 786.33 | Miles Henderson | 710 | | PSB Account | | 6779 |
| 8/12/2019 | 8/10/2019 | $ | 4,102.07 | CE Smith | 661 | | Enterprise Account (#801007162) | | 6779 |
| 8/16/2019 | 8/15/2019 | $ | 7,964.00 | Curt E Smith | 663 | | Enterprise Account (#801007162) | | 6779 |
| 8/16/2019 | 8/15/2019 | $ | 2,000.00 | Sunoco | 677 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 8/16/2019 | 8/10/2019 | $ | 25,000.00 | Alex Murdaugh | 678 | | PSB 1646, 3K Cash | | 6779 |
| 8/20/2019 | 8/19/2019 | $ | 6,902.00 | Eddie Smith | 679 | | Enterprise Account (#801007162) | | 6779 |

### OUTGOING (From 6779)

| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
| 8/23/2019 | 8/21/2019 $ | 2,000.00 | Cash | 684 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 8/26/2019 | 8/24/2019 $ | 5,925.00 | Eddie Smith | 680 | | Enterprise Account (#801007162) | | 6779 |
| 8/27/2019 | 8/27/2019 $ | 2,000.00 | CE Smith | 664 | | Enterprise Account (#801007162) | | 6779 |
| 8/29/2019 | 8/28/2019 $ | 4,617.02 | Kenny Hughes | 715 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 8/29/2019 | 8/27/2019 $ | 1,000.00 | Cash | 719 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 8/30/2019 | 8/26/2019 $ | 6,502.00 | CE Smith | 681 | | Enterprise Account (#801007162) | | 6779 |
| 8/30/2019 | 8/28/2019 $ | 25,000.00 | Alex Murdaugh | 669 | | PSB 6092 | | 6779 |
| 8/30/2019 | 8/27/2019 $ | 400.00 | Cash | 674 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 9/3/2019 | 8/27/2019 $ | 615.24 | Carolina Pharmacy | 714 | | | | 6779 |
| 9/3/2019 | 8/31/2019 $ | 5,850.00 | Eddie Smith | 658 | | Enterprise Account | | 6779 |
| 9/6/2019 | 9/4/2019 $ | 2,300.00 | Kenny Hughes | 683 | Edisto Deck? | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 9/6/2019 | 9/2/2019 $ | 4,901.00 | CE Smith | 685 | | Enterprise Account (#801007162) | | 6779 |
| 9/9/2019 | 9/8/2019 $ | 6,702.00 | CE Smith | 668 | Dock | Enterprise Account | | 6779 |
| 9/10/2019 | 9/10/2019 $ | 4,400.00 | E Smith | 686 | | Enterprise Account | | 6779 |
| 9/13/2019 | 9/12/2019 $ | 3,430.00 | Kenny Hughes | 987 | | Palmetto State Bank Account (#0069308570) | | 6779 |
| 9/17/2019 | 9/19/2019 $ | 2,900.00 | CE Smith | 667 | | Enterprise Account (#801007162) | | 6779 |
| 9/19/2019 | $ | 7,570.50 | Payment to Credit Card 9559 | | | | | 6779 |
| 9/19/2019 | $ | 7,500.00 | Cash Withdrawal | | | | | 6779 |
| 9/20/2019 | 9/20/2019 $ | 20,000.00 | Alex Murdaugh | 716 | | PSB 1646 | | 6779 |
| 9/26/2019 | 9/23/2019 $ | 2,660.00 | Eddie Smith | 718 | | Enterprise Account (#801007162) | | 6779 |
| 9/27/2019 | 9/26/2019 $ | 50,000.00 | Alex Murdaugh | 688 | | PSB 6092 | | 6779 |
| 9/27/2019 | 9/26/2019 $ | 7,500.00 | Kenny Hughes | 717 | Moselle ? Deposit Initial | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 9/30/2019 | 9/28/2019 $ | 9,300.00 | CE Smith | 689 | Moselle Exc | Enterprise Account (#801007162) | | 6779 |
| 10/1/2019 | 9/30/2019 $ | 1,000.00 | Sunoco | 692 | | PSB Account | | 6779 |
| 10/2/2019 | 9/30/2019 $ | 4,000.00 | CE Smith | 691 | | Enterprise Account | | 6779 |
| 10/4/2019 | 10/3/2019 $ | 4,187.09 | Kenny Hughes | 694 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 10/7/2019 | 10/5/2019 $ | 5,705.00 | CE Smith | 693 | | Enterprise Account (#801007162) | Endorsed by Curtis and Donna | 6779 |
| 10/10/2019 | 8/5/2019 $ | 2,500.00 | Sunoco | 676 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 10/11/2019 | 10/11/2019 $ | 5,200.00 | Curtis E Smith | 690 | | Enterprise Account | | 6779 |
| 10/25/2019 | 10/25/2019 $ | 600,000.00 | Palmetto State Bank | 720 | | PSB 6092 | | 6779 |
| 10/25/2019 | 10/25/2019 $ | 20,000.00 | Maggie Murdaugh | 721 | | PSB 5109 | | 6779 |
| 10/25/2019 | 10/29/2019 $ | 5,103.28 | Kenny Hughes | 723 | | PSB Account | | 6779 |
| 10/29/2019 | 10/25/2019 $ | 1,500.00 | Barbara Mixson | 722 | Home & Auto Ins. Loan | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 10/29/2019 | 10/28/2019 $ | 6,000.00 | Curtis E Smith | 725 | | Enterprise Account | | 6779 |
| 10/29/2019 | 10/28/2019 $ | 5,628.11 | Kenny Hughes | 773 | | Palmetto State Bank Account (#0069015271) | | 6779 |
| 10/31/2019 | $ | 66.20 | Check Order | | | | | 6779 |
| 10/31/2019 | 10/30/2019 $ | 62,035.00 | Dr. Amanda Seay | 726 | | BofA Account | | 6779 |
| 11/1/2019 | 10/31/2019 $ | 6,605.00 | Curtis Smith | 771 | | Enterprise Account | | 6779 |
| 11/5/2019 | 11/3/2019 $ | 8,507.00 | CE Smith | 733 | | Enterprise Account (#801007162) | | 6779 |
| 11/7/2019 | 11/6/2019 $ | 4,251.03 | Curtis Smith | 727 | Dozer wk - 2001.03, Exc. | Enterprise Account | | 6779 |
| 11/8/2019 | 11/7/2019 $ | 8,491.17 | Kenny Hughes | 728 | Dock (Edisto) | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 11/12/2019 | 11/8/2019 $ | 2,000.00 | Sunoco | 729 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 11/12/2019 | $ | 8,325.11 | Curtis E Smith | 741 | | Enterprise Account (#801007162) | | 6779 |
| 11/12/2019 | 11/11/2019 $ | 60,000.00 | Alex Murdaugh | 770 | | 35k to PSB 6092, 25K to PSB 1646 | | 6779 |
| 11/12/2019 | 11/11/2019 $ | 5,605.00 | Kenny Hughes | 772 | | PSB Account | | 6779 |
| 11/15/2019 | 11/14/2019 $ | 5,550.00 | Curtis E Smith | 737 | | Enterprise Account | | 6779 |
| 11/18/2019 | 11/15/2019 $ | 7,204.27 | CE Smith | 731 | | Enterprise Account (#801007162) | | 6779 |
| 11/18/2019 | 11/15/2019 $ | 2,000.00 | Sunoco | 735 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 11/20/2019 | 11/19/2019 $ | 5,428.00 | Kenny Hughes | 776 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 11/22/2019 | 11/22/2019 $ | 7,260.00 | Curtis Smith | 743 | | Enterprise Account (#801007162) | | 6779 |
| 11/25/2019 | 11/24/2019 $ | 3,000.00 | Sunoco | 665 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 11/26/2019 | 11/26/2019 $ | 7,896.71 | Kenny Hughes | 775 | | PSB Account | | 6779 |
| 11/29/2019 | 11/27/2019 $ | 3,122.00 | Kenny Hughes | 778 | Last pt - Edisto | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 12/2/2019 | 11/28/2019 $ | 7,114.83 | CE Smith | 732 | | Enterprise Account | | 6779 |

| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
| | | | | OUTGOING (From 6779) | | | | |
| 12/4/2019 | 12/2/2019 | $ 25,000.00 | Alex Murdaugh | 745 | | PSB 6092 | | 6779 |
| 12/5/2019 | 12/1/2019 | $ 3,700.23 | CE Smith | 730 | | Enterprise Account | | 6779 |
| 12/5/2019 | 12/5/2019 | $ 1,675.00 | CE Smith | 782 | | Enterprise Account | | 6779 |
| 12/6/2019 | 12/6/2019 | $ 5,361.00 | Kenny Hughes | 746 | 37838;37841;26592 | PSB Account | | 6779 |
| 12/11/2019 | 12/9/2019 | $ 8,000.00 | CE Smith | 783 | | Enterprise Account | | 6779 |
| 12/16/2019 | 12/12/2019 | $ 96.00 | Dale Davis | 660 | | PSB Account | | 6779 |
| 12/17/2019 | 12/15/2019 | $ 3,000.00 | Sunoco | 742 | | Palmetto State Bank Account (#0069021042) | Midway Express Check Cashing Service | 6779 |
| 12/19/2019 | 12/16/2019 | $ 7,609.00 | CE Smith | 739 | | Palmetto State Bank Account (#0069015271) | | 6779 |
| 12/30/2019 | | $ 3,395.29 | Cash Withdrawal | | | | GA/Out of $5000 | 6779 |
| 2/12/2020 | | $ 2,500.00 | Cash Withdrawal | | | | GA/Out of $8000 | 6779 |
| 2/14/2020 | 2/13/2020 | $ 165.13 | CE Smith | 766 | | Enterprise Account | Out of $3750 | 6779 |
| 2/18/2020 | 2/16/2020 | $ 84.87 | Sunoco | 757 | | Palmetto State Bank Account (#0069021042) | Out of $2500/Midway Express Check Cashing | 6779 |
| Total | | $ 2,798,449.89 | $ | | 0.00 | | | |

| | | | OUTGOING (From 6092) - $1.47 Million transfer from 5/28/19 to 12/4/19 | | | | |
|---|---|---|---|---|---|---|---|
| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
| 5/29/2019 | | $ 1,747.27 | Kenny Hughes | 5063 | | | Out of $3,695.11 | 6092 |
| 5/30/2019 | | $ 13,154.10 | Visa | 5055 | | | | 6092 |
| 5/31/2019 | | $ 200.00 | Green Swamp Club | 5043 | | | | 6092 |
| 6/3/2019 | | $ 1,250.00 | Barbara Mixson | 5069 | | | | 6092 |
| 6/4/2019 | | $ 3,500.00 | Brenda Young | 5062 | | | | 6092 |
| 6/4/2019 | | $ 24,000.00 | Drew Mahaffey | 5066 | | | | 6092 |
| 6/6/2019 | | $ 609,686.98 | Payment to 6991524 Loan (Randolph III Cosignor) | | | | | 6092 |
| 6/10/2019 | | $ 5,700.00 | Maggie Murdaugh | 5074 | PSB 5109 | | | 6092 |
| 6/10/2019 | | $ 250.00 | Annette Griswold | 5077 | | | | 6092 |
| 6/11/2019 | | $ 50.00 | Auto Alexander | 5068 | | | | 6092 |
| 6/11/2019 | | $ 400.00 | Barbara Mixson | 5079 | | | | 6092 |
| 6/13/2019 | | $ 960.00 | Barbara Mixson | 5083 | | | | 6092 |
| 6/14/2019 | | $ 321.96 | Dominion Energy | 5070 | | | | 6092 |
| 6/14/2019 | | $ 33.99 | Dominion Energy | 5071 | | | | 6092 |
| 6/14/2019 | | $ 800.00 | Barbara Mixson | 5085 | | | | 6092 |
| 6/18/2019 | | $ 750.00 | Tony Papa | 5065 | | | | 6092 |
| 6/18/2019 | | $ 20,673.89 | Visa | 5076 | | | | 6092 |
| 6/19/2019 | | $ 1,521.81 | Webster's Marine | 5080 | | | Out of $4084.54 | 6092 |
| 7/12/2019 | | $ 205.30 | William Wylie | 5101 | | | Out of $400/Neg. Balance | 6092 |
| 7/12/2019 | | $ 84.00 | Progressive | 5073 | | | | 6092 |
| 7/12/2019 | | $ 85.00 | Leroy Milligan | 5104 | | | | 6092 |
| 7/17/2019 | | $ 216.68 | Town of Edisto Beach | 5090 | | | | 6092 |
| 7/17/2019 | | $ 3,750.34 | Town of Edisto Beach | 5091 | | | | 6092 |
| 7/17/2019 | | $ 535.53 | Dominion Energy | 5099 | | | | 6092 |
| 7/17/2019 | | $ 35.33 | Dominion Energy | 5100 | | | | 6092 |
| 7/17/2019 | | $ 475.47 | Visa | 5108 | | | | 6092 |
| 7/19/2019 | | $ 50.00 | Auto Alexander | 5113 | | | | 6092 |
| 7/22/2019 | | $ 14.95 | Chase Card Services | 5109 | | | | 6092 |
| 7/22/2019 | | $ 840.00 | Southern Green | 5111 | | | | 6092 |
| 7/22/2019 | | $ 50.95 | Progressive | 5112 | | | | 6092 |
| 7/22/2019 | | $ 347.00 | Discover Payments 8484 | | | | | 6092 |
| 7/23/2019 | | $ 12.95 | Brunson Building Supply | 5103 | | | | 6092 |
| 7/23/2019 | | $ 358.96 | Dominion Energy | 5110 | | | | 6092 |
| 7/23/2019 | | $ 151.04 | Lowcountry Regional Water System | 5114 | | | | 6092 |
| 7/24/2019 | | $ 216.07 | Webster's Marine | 5107 | | | | 6092 |
| 7/26/2019 | | $ 1,700.00 | Kenny Hughes | 5119 | | | | 6092 |
| 7/30/2019 | | $ 15,000.00 | Wofford College | 5116 | | | | 6092 |
| 8/2/2019 | | $ 5,751.83 | Kenny Hughes | 5123 | | | | 6092 |
| 8/5/2019 | | $ 100.00 | Hampton United Methodist Church | 5081 | | | | 6092 |
| 8/7/2019 | | $ 575.00 | Alice B. Hazel, CPA, LLC | 5127 | | | | 6092 |
| 8/8/2019 | | $ 3,000.00 | Cash | 5132 | | | | 6092 |
| 8/9/2019 | | $ 400.00 | William Wylie | 5125 | | | | 6092 |
| 8/9/2019 | | $ 1,500.00 | Cash | 5135 | | | | 6092 |
| 8/12/2019 | | $ 616.95 | BB&T | 5129 | | | | 6092 |
| 8/12/2019 | | $ 832.04 | Macy's | 5130 | | | | 6092 |
| 8/13/2019 | | $ 10.05 | Dominion Energy | 5117 | | | | 6092 |
| 8/13/2019 | | $ 48.71 | Dominion Energy | 5122 | | | | 6092 |
| 8/13/2019 | | $ 852.78 | Domino | 5124 | | | | 6092 |
| 8/13/2019 | | $ 202.59 | Brunson Building Supply | 5128 | | | | 6092 |
| 8/14/2019 | | $ 40.00 | Leroy Milligan | 5121 | | | | 6092 |
| 8/15/2019 | | $ 3,012.14 | Webster's Marine | 5120 | | | | 6092 |
| 8/16/2019 | | $ 50.00 | Auto Alexander | 5126 | | | | 6092 |
| 8/20/2019 | | $ 1,500.00 | Cash | 5141 | | | | 6092 |
| 8/21/2019 | | $ 250.00 | Austin Aviation, Inc | 5137 | | | | 6092 |

| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
|  | OUTGOING (From 6092) - $1.47 Million transfer from 5/28/19 to 12/4/19 |||||||||
| 8/22/2019 | | $ 459.92 | Dominion Energy | 5136 | | | | 6092 |
| 8/22/2019 | | $ 2,089.00 | Kenny Hughes | 5143 | | | | 6092 |
| 8/22/2019 | | $ 336.00 | Discover Payments 8484 | | | | | 6092 |
| 8/28/2019 | | $ 57.22 | PMPED | 5140 | | | | 6092 |
| 8/28/2019 | | $ 3,900.00 | Kenny Hughes | 5147 | | | | 6092 |
| 8/30/2019 | | $ 500.00 | Kristi Jarrell | 5148 | | | | 6092 |
| 8/30/2019 | | $ 4,475.00 | Kenny Hughes | 5150 | | | | 6092 |
| 8/30/2019 | | $ 3,000.00 | Cash | 5152 | | | | 6092 |
| 9/3/2019 | | $ 14.95 | Chase Card Services | 5134 | | | | 6092 |
| 9/3/2019 | | $ 70.00 | Leroy Milligan | 5145 | | | | 6092 |
| 9/4/2019 | | $ 10.05 | Dominion Energy | 5144 | | | | 6092 |
| 9/4/2019 | | $ 5,754.00 | Kenny Hughes | 5153 | | | | 6092 |
| 9/10/2019 | | $ 45.00 | Leroy Milligan | 5149 | | | | 6092 |
| 9/11/2019 | | $ 105.41 | Lowcountry Regional Water System | 5139 | | | | 6092 |
| 9/12/2019 | | $ 167.50 | Blanca Simpson | 5162 | | | | 6092 |
| 9/13/2019 | | $ 2,500.00 | Cash | 5154 | | | | 6092 |
| 9/13/2019 | | $ 400.00 | William Wylie | 5155 | | | | 6092 |
| 9/20/2019 | | $ 867.99 | Dominion Energy | 5156 | | | | 6092 |
| 9/20/2019 | | $ 44.37 | Dominion Energy | 5157 | | | | 6092 |
| 9/20/2019 | | $ 8,700.00 | Kenny Hughes | 5168 | | | | 6092 |
| 9/23/2019 | | $ 14.95 | Chase Card Services | 5160 | | | | 6092 |
| 9/23/2019 | | $ 347.00 | Discover Payments 8484 | | | | | 6092 |
| 9/24/2019 | | $ 25.00 | University of South Carolina | 5158 | | | | 6092 |
| 9/24/2019 | | $ 73.53 | Brunson Building Supply | 5159 | | | | 6092 |
| 9/24/2019 | | $ 206.59 | Dominion Energy | 5161 | | | | 6092 |
| 9/25/2019 | | $ 134.59 | Lowcountry Regional Water System | 5165 | | | | 6092 |
| 9/27/2019 | | $ 75.00 | Leroy Milligan | 5166 | | | | 6092 |
| 9/27/2019 | | $ 10.05 | Dominion Energy | 5167 | | | | 6092 |
| 9/27/2019 | | $ 6,852.47 | Jimmy Butler Auto Sales | 5170 | | | | 6092 |
| 9/27/2019 | | $ 3,000.00 | Cash | 5171 | | | | 6092 |
| 9/27/2019 | | $ 10,000.00 | Maggie Murdaugh | 5172 | | PSB 5109 | $500 Cash | 6092 |
| 9/27/2019 | | $ 7,100.00 | Kenny Hughes | 5173 | | | | 6092 |
| 9/30/2019 | | $ 750.00 | Barbara Mixson | 5176 | | | | 6092 |
| 10/1/2019 | | $ 427.26 | Hampton County Tax Collector | 5164 | | | | 6092 |
| 10/1/2019 | | $ 71.74 | Lowcountry | | 5177 Mixson | | | 6092 |
| 10/8/2019 | | $ 13,000.00 | xfer to other acct to cover overdraft | | | PSB 6649 | | 6092 |
| 10/9/2019 | | $ 1,395.00 | Ken Stoak | 5142 | | | | 6092 |
| 10/9/2019 | | $ 400.00 | William Wylie | 5179 | | | | 6092 |
| 10/9/2019 | | $ 1,000.00 | Barbara Mixson | 5181 | | | | 6092 |
| 10/11/2019 | | $ 575.00 | Jason Smith | 5183 | | | | 6092 |
| 10/11/2019 | | $ 665.00 | Blanca Simpson | 5187 | | | | 6092 |
| 10/15/2019 | | $ 100.00 | Chaplain [illegible] the Lowcountry | 5180 | | | | 6092 |
| 10/16/2019 | | $ 45.00 | Leroy Milligan | 5184 | | | | 6092 |
| 10/16/2019 | | $ 6,750.00 | Kenny Hughes | 5189 | | | | 6092 |
| 10/17/2019 | | $ 14.95 | Chase Card Services | 5185 | | | | 6092 |
| 10/18/2019 | | $ 47.42 | Dominion Energy | 5174 | | | | 6092 |
| 10/18/2019 | | $ 556.04 | Dominion Energy | 5175 | | | | 6092 |
| 10/18/2019 | | $ 206.16 | Brunson Building Supply | 5178 | | | | 6092 |
| 10/18/2019 | | $ 79.92 | Dominion Energy | 5186 | | | | 6092 |
| 10/21/2019 | | $ 1,674.00 | Richard Hill RDK Clothiers | 5191 | | | | 6092 |
| 10/21/2019 | | $ 7,100.00 | Curtis Edward Smith | 5193 | | | | 6092 |
| 10/21/2019 | | $ 2,000.00 | Sunoco | 5194 | | | | 6092 |
| 10/22/2019 | | $ 7,342.79 | Visa | 5188 | | | | 6092 |
| 10/22/2019 | | $ 1,000.00 | Barbara Mixson | 5197 | | | | 6092 |

| | | | OUTGOING (From 6092) - $1.47 Million transfer from 5/28/19 to 12/4/19 | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
| 10/22/2019 | | $ 343.00 | Discover Payments 8484 | | | | | 6092 |
| 10/23/2019 | | $ 1,511.66 | Hampton County Treasurer | 5182 | | | | 6092 |
| 10/23/2019 | | $ 13,684.96 | Hampton County Treasurer | 5190 | | | | 6092 |
| 10/23/2019 | | $ 7,500.00 | Maggie Murdaugh | 5195 | | | | 6092 |
| 10/23/2019 | | $ 427.42 | Bank of America | | | | | 6092 |
| 10/23/2019 | | $ 5.00 | Overdraft Charge | | | | | 6092 |
| 10/24/2019 | | $ 5,509.03 | Curtis Edward Smith | 5198 | | | | 6092 |
| 10/24/2019 | | $ 5.00 | Overdraft Charge | | | | | 6092 |
| 10/25/2019 | | $ 500,000.00 | Payment to Loan 6987336 (Moselle) | | | | | 6092 |
| 10/25/2019 | | $ 27,247.00 | Alex Murdaugh | | PSB 1646 | | | 6092 |
| 10/30/2019 | | $ 9,980.00 | Griffin Davis | 5199 | | | | 6092 |
| 10/30/2019 | | $ 8,400.00 | Curtis Edward Smith | 5201 | | | | 6092 |
| 11/1/2019 | | $ 3,629.00 | Dr. Amanda Seay | 5202 | | | | 6092 |
| 11/1/2019 | | $ 400.00 | Stacy Loadholt | 5206 | | | | 6092 |
| 11/5/2019 | | $ 166.74 | Lowcountry Regional Water System | 5192 | | | | 6092 |
| 11/5/2019 | | $ 10.05 | Dominion Energy | 5196 | | | | 6092 |
| 11/6/2019 | | $ 45.00 | Leroy Milligan | 5200 | | | | 6092 |
| 11/6/2019 | | $ 850.00 | Barbara Mixson | 5213 | | | | 6092 |
| 11/8/2019 | | $ 1,262.50 | Alice B. Hazel, CPA, LLC | 5208 | | | | 6092 |
| 11/8/2019 | | $ 770.00 | Southern Green | 5211 | | | | 6092 |
| 11/12/2019 | | $ 5,108.00 | Curtis Edward Smith | 5203 | | | | 6092 |
| 11/12/2019 | | $ 54.69 | Dominion Energy | 5204 | | | | 6092 |
| 11/12/2019 | | $ 526.27 | Dominion Energy | 5205 | | | | 6092 |
| 11/12/2019 | | $ 81.33 | Brunson Building Supply | 5209 | | | | 6092 |
| 11/12/2019 | | $ 2,000.00 | Mike Seekings for Mayor | 5210 | | | | 6092 |
| 11/15/2019 | | $ 450.00 | Blanca Simpson | 5218 | | | | 6092 |
| 11/18/2019 | | $ 1,500.00 | Cash | 5219 | | | | 6092 |
| 11/19/2019 | | $ 400.00 | William Wylie | 5207 | | | | 6092 |
| 11/19/2019 | | $ 83.10 | Dominion Energy | 5214 | | | | 6092 |
| 11/20/2019 | | $ 1,015.72 | Visa | 5212 | | | | 6092 |
| 11/20/2019 | | $ 347.89 | Jimmy Butler Auto Sales | 5216 | | | | 6092 |
| 11/22/2019 | | $ 328.00 | Discover Payments 8484 | | | | | 6092 |
| 11/27/2019 | | $ 14.95 | Chase Card Services | 5217 | | | | 6092 |
| 11/27/2019 | | $ 1,314.62 | Ronald Freeman | 5228 | | | | 6092 |
| 11/27/2019 | | $ 1,588.00 | Barbara Mixson | 5230 | | | | 6092 |
| 11/29/2019 | | $ 10.05 | Dominion Energy | 5222 | | | | 6092 |
| 11/29/2019 | | $ 13,820.38 | Griffin Davis | 5225 | | | | 6092 |
| 12/2/2019 | | $ 253.00 | Estill Gas Company | 5220 | | | | 6092 |
| 12/2/2019 | | $ 103.34 | Lowcountry Regional Water System | 5221 | | | | 6092 |
| 12/2/2019 | | $ 54.90 | Estill Gas Company | 5224 | | | | 6092 |
| 12/3/2019 | | $ 2,500.00 | Sam Scarville | 5223 | | | | 6092 |
| 12/4/2019 | | $ 22,291.87 | Maggie Murdaugh | 5235 | | | Out of $25,000 | 6092 |
| Total | | $ 1,470,000.00 | | | | | | |

| OUTGOING (From 6649) - $13k transfer from 10/8/19 (Neg. Balance) ||||||||
|---|---|---|---|---|---|---|---|
| Date Deposited | Date on Check | Amount | Description | Check No | Memo | Deposited to | Notes | Acc No |
| 9/17/2019 | | $ 3,219.24 | Curtis Edward Smith | 2945 | | | Out of $8,220.00 | 6649 |
| 9/23/2019 | | $ 15.00 | Helen Tyler | 2947 | | | | 6649 |
| 9/25/2019 | | $ 4,875.00 | Curtis Edward Smith | 2946 | | | | 6649 |
| 9/25/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 9/26/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 9/27/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 9/30/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 10/1/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 10/2/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 10/3/2019 | | $ 4,000.00 | Kenny Hughes | 2948 | | | | 6649 |
| 10/3/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 10/4/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 10/7/2019 | | $ 5.00 | Overdraft Charge | | | | | 6649 |
| 10/10/2019 | | $ 845.76 | Curtis Edward Smith | 2949 | | | Out of $5,295.00 | 6649 |
| Total | | $ 13,000.00 | | | | | | |

**OUTGOING [From 1646] - $147,247 transfer from 5/29/19 to 10/15/19**

| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
| 5/15/2019 | | $ 1,178.03 | Carolina Eastern Farm Services | 2151 | | | Out of $2,062.72 | 1646 |
| 5/15/2019 | | $ 665.56 | IRS | | | | | 1646 |
| 5/16/2019 | | $ 150.00 | SCDOR | 5253452 | | | | 1646 |
| 5/16/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/17/2019 | | $ 1,314.62 | Ronald Freeman | 2165 | | | | 1646 |
| 5/17/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/20/2019 | | $ 305.00 | Dale Davis | 2164 | | | | 1646 |
| 5/20/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/21/2019 | | $ 47.52 | G&G Milling | 2156 | | | | 1646 |
| 5/21/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/22/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/23/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/24/2019 | | $ 236.52 | Brunson Building Supply | 2157 | | | | 1646 |
| 5/24/2019 | | $ 213.25 | Comcast | 2159 | | | | 1646 |
| 5/24/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/28/2019 | | $ 374.00 | Coastal Electric Cooperative | 2162 | | | | 1646 |
| 5/28/2019 | | $ 443.00 | Coastal Electric Cooperative | 2163 | | | | 1646 |
| 5/28/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 5/29/2019 | | $ 163.85 | Walsh Supply | 2155 | | | | 1646 |
| 5/31/2019 | | $ 437.67 | Carolina Eastern Farm Services | 2152 | | | | 1646 |
| 5/31/2019 | | $ 378.93 | Hampton Auto Parts | 2158 | | | | 1646 |
| 5/31/2019 | | $ 355.68 | Carolina Eastern Farm Services | 2160 | | | | 1646 |
| 5/31/2019 | | $ 440.00 | Carolina Eastern Farm Services | 2161 | | | | 1646 |
| 5/31/2019 | | $ 1,314.62 | Ronald Freeman | 2166 | | | | 1646 |
| 5/31/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 9/10/2019 | | $ 834.51 | Cel Oil Products | 2213 | | | | 1646 |
| 6/14/2019 | | $ 1,314.62 | Ronald Freeman | 2174 | | | | 1646 |
| 6/17/2019 | | $ 208.64 | PPTC | 2167 | | | | 1646 |
| 6/17/2019 | | $ 54.36 | Walsh Supply | 2169 | | | | 1646 |
| 6/17/2019 | | $ 225.00 | SCDOR | 5585070 | | | | 1646 |
| 6/25/2019 | | $ 295.80 | Brunson Building Supply | 2170 | | | | 1646 |
| 6/25/2019 | | $ 142.56 | G&G Milling | 2171 | | | | 1646 |
| 6/25/2019 | | $ 1,767.78 | SCV Oil | 2173 | | | | 1646 |
| 6/28/2019 | | $ 362.93 | Hampton Auto Parts | 2172 | | | | 1646 |
| 6/28/2019 | | $ 1,314.62 | Ronald Freeman | 2180 | | | | 1646 |
| 6/28/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 7/3/2019 | | $ 3,603.04 | Kenny Hughes | 2189 | | | | 1646 |
| 7/8/2019 | | $ 10,000.00 | Richard "Buster" Alexander Mudraugh | | | PSB 2403 | | 1646 |
| 7/9/2019 | | $ 17.00 | Coastal Electric Cooperative | 2175 | | | | 1646 |
| 7/9/2019 | | $ 477.00 | Coastal Electric Cooperative | 2176 | | | | 1646 |
| 7/9/2019 | | $ 671.00 | Coastal Electric Cooperative | 2177 | | | | 1646 |
| 7/10/2019 | | $ 136.80 | Palmetto Security Systems | 2179 | | | | 1646 |
| 7/12/2019 | | $ 330.00 | W.M.S.C. | 2181 | | | | 1646 |
| 7/12/2019 | | $ 1,314.62 | Ronald Freeman | 2194 | | | | 1646 |
| 7/15/2019 | | $ 665.56 | IRS | | | | | 1646 |
| 7/16/2019 | | $ 150.00 | SCDOR | 5565894 | | | | 1646 |
| 7/17/2019 | | $ 209.54 | Palmetto Rural Telephone Company | 2185 | | | | 1646 |
| 7/17/2019 | | $ 346.63 | Culligan Water of Charleston | 2186 | | | | 1646 |
| 7/17/2019 | | $ 34.09 | Walsh Supply | 2188 | | | | 1646 |
| 7/18/2019 | | $ 394.78 | Carolina Eastern Farm Services | 2168 | | | | 1646 |
| 7/18/2019 | | $ 274.00 | Carolina Eastern Farm Services | 2178 | | | | 1646 |
| 7/18/2019 | | $ 838.50 | Carolina Eastern Farm Services | 2183 | | | | 1646 |
| 7/18/2019 | | $ 651.78 | Carolina Eastern Farm Services | 2184 | | | | 1646 |
| 7/19/2019 | | $ 463.65 | Cel Oil Products | 2191 | | | | 1646 |

**OUTGOING [From 1646] - $147,247 transfer from 5/29/19 to 10/15/19**

| Date Deposited | Date on Check | Amount | Description | Check No | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
| 7/19/2019 | | $ 753.50 | G&G Milling | 2192 | | | | 1646 |
| 7/23/2019 | | $ 211.41 | Brunson Building Supply | 2187 | | | | 1646 |
| 7/24/2019 | | $ 899.36 | Carolina Eastern Farm Services | 2182 | | | | 1646 |
| 7/24/2019 | | $ 230.06 | Comcast | 2193 | | | | 1646 |
| 7/24/2019 | | $ 250.56 | Cel Oil Products | 2196 | | | | 1646 |
| 7/24/2019 | | $ 512.00 | Coastal Electric Cooperative | 2198 | | | | 1646 |
| 7/24/2019 | | $ 17.00 | Coastal Electric Cooperative | 2199 | | | | 1646 |
| 7/24/2019 | | $ 641.00 | Coastal Electric Cooperative | 2200 | | | | 1646 |
| 7/25/2019 | | $ 814.48 | Hampton Auto Parts | 2190 | | | | 1646 |
| 7/25/2019 | | $ 638.26 | SCV Oil | 2195 | | | | 1646 |
| 7/26/2019 | | $ 1,314.62 | Ronald Freeman | 2205 | | | | 1646 |
| 7/29/2019 | | $ 438.75 | Carolina Eastern Farm Services | 2201 | | | | 1646 |
| 7/31/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 8/1/2019 | | $ 1.68 | SCDOR | 5062804 | | | | 1646 |
| 8/5/2019 | | $ 22,378.47 | Colleton County | 2204 | | | | 1646 |
| 8/6/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/7/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/8/2019 | | $ 42.00 | IRS | | | | | 1646 |
| 8/8/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/9/2019 | | $ 1,314.62 | Ronald Freeman | 2212 | | | | 1646 |
| 8/9/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/12/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/13/2019 | | $ 338.54 | Cel Oil Products | 2211 | | | | 1646 |
| 8/13/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/14/2019 | | $ 136.80 | Palmetto Security Systems | 2202 | | | | 1646 |
| 8/14/2019 | | $ 134.15 | Culligan Water of Charleston | 2206 | | | | 1646 |
| 8/14/2019 | | $ 209.52 | Palmetto Rural Telephone Company | 2207 | | | | 1646 |
| 8/14/2019 | | $ 32.62 | Walsh Supply | 2208 | | | | 1646 |
| 8/14/2019 | | $ 117.17 | G&G Milling | 2210 | | | | 1646 |
| 8/14/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/15/2019 | | $ 665.56 | IRS | | | | | 1646 |
| 8/15/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 8/16/2019 | | $ 3,000.00 | Cash | 678 | | | | 1646 |
| 8/16/2019 | | $ 76.64 | Hampton Auto Parts | 2209 | | | | 1646 |
| 8/16/2019 | | $ 150.00 | SCDOR | 5719226 | | | | 1646 |
| 8/23/2019 | | $ 1,314.62 | Ronald Freeman | 2217 | | | | 1646 |
| 8/30/2019 | | $ 1,425.00 | Barbara Mixson | 2218 | | | | 1646 |
| 8/30/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 9/6/2019 | | $ 1,314.62 | Ronald Freeman | 2220 | | | | 1646 |
| 9/10/2019 | | $ 484.00 | Coastal Electric Cooperative | 2214 | | | | 1646 |
| 9/10/2019 | | $ 552.00 | Coastal Electric Cooperative | 2215 | | | | 1646 |
| 9/10/2019 | | $ 132.00 | Coastal Electric Cooperative | 2216 | | | | 1646 |
| 9/10/2019 | | $ 4,065.00 | Lowcountry Marine | 2219 | | | | 1646 |
| 9/11/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 9/12/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 9/13/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 9/16/2019 | | $ 114.03 | Huber Supply Company | 2223 | | | | 1646 |
| 9/16/2019 | | $ 998.34 | IRS | | | | | 1646 |
| 9/16/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 9/17/2019 | | $ 225.00 | SCDOR | 5913368 | | | | 1646 |
| 9/17/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 9/18/2019 | | $ 14.86 | Walsh Supply | 2221 | | | | 1646 |
| 9/18/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 9/19/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |

| OUTGOING (From 1646) - $147,247 transfer from 5/29/19 to 10/15/19 |

| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
|---|---|---|---|---|---|---|---|---|
| 9/20/2019 | | $ 418.82 | Stan Tracks? | 2222 | | | | 1646 |
| 9/20/2019 | | $ 206.64 | Palmetto Rural Telephone Company | 2224 | | | | 1646 |
| 9/20/2019 | | $ 253.00 | Estill Gas Company | 2226 | | | | 1646 |
| 9/20/2019 | | $ 1,314.62 | Ronald Freeman | 2234 | | | | 1646 |
| 9/23/2019 | | $ 889.36 | G&G Milling | 2225 | | | | 1646 |
| 9/23/2019 | | $ 2,450.00 | ODAC | 2233 | | | | 1646 |
| 9/24/2019 | | $ 245.32 | Brunson Building Supply | 2227 | | | | 1646 |
| 9/25/2019 | | $ 17.00 | Coastal Electric Cooperative | 2229 | | | | 1646 |
| 9/25/2019 | | $ 662.00 | Coastal Electric Cooperative | 2230 | | | | 1646 |
| 9/25/2019 | | $ 561.00 | Coastal Electric Cooperative | 2231 | | | | 1646 |
| 9/27/2019 | | $ 189.75 | Estill Gas Company | 2232 | | | | 1646 |
| 9/30/2019 | | $ 465.41 | Hampton Auto Parts | 2228 | | | | 1646 |
| 9/30/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 10/4/2019 | | $ 1,314.62 | Ronald Freeman | 2243 | | | | 1646 |
| 10/9/2019 | | $ 7,000.00 | Kenny Hughes | 2246 | | | | 1646 |
| 10/10/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/11/2019 | | $ 238.35 | Culligan Water of Charleston | 2238 | | | | 1646 |
| 10/11/2019 | | $ 370.00 | Murdaugh Kubota | 2239 | | | | 1646 |
| 10/11/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/15/2019 | | $ 974.52 | Cel Oil Products | 2236 | | | | 1646 |
| 10/15/2019 | | $ 571.00 | Cel Oil Products | 2237 | | | | 1646 |
| 10/15/2019 | | $ 665.56 | IRS | | | | | 1646 |
| 10/15/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/16/2019 | | $ 150.00 | SCDOR | 6082575 | | | | 1646 |
| 10/16/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/17/2019 | | $ 68.40 | Palmetto Security Systems | 2235 | | | | 1646 |
| 10/17/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/18/2019 | | $ 25.42 | Brunson Building Supply | 2241 | | | | 1646 |
| 10/18/2019 | | $ 523.69 | Hampton Auto Parts | 2244 | | | | 1646 |
| 10/18/2019 | | $ 522.25 | G&G Milling | 2245 | | | | 1646 |
| 10/18/2019 | | $ 1,314.62 | Ronald Freeman | 2250 | | | | 1646 |
| 10/18/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/21/2019 | | $ 206.76 | Palmetto Rural Telephone Company | 2240 | | | | 1646 |
| 10/21/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/22/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/23/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/24/2019 | | $ 5.00 | Overdraft Charge | | | | | 1646 |
| 10/30/2019 | | $ 550.00 | Philadelphia Insurance Group | 2252 | | | | 1646 |
| 10/31/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 11/1/2019 | | $ 1,314.62 | Ronald Freeman | 2253 | | | | 1646 |
| 11/6/2019 | | $ 17.00 | Coastal Electric Cooperative | 2247 | | | | 1646 |
| 11/6/2019 | | $ 493.00 | Coastal Electric Cooperative | 2248 | | | | 1646 |
| 11/6/2019 | | $ 494.00 | Coastal Electric Cooperative | 2249 | | | | 1646 |
| 11/12/2019 | | $ 238.15 | Brunson Building Supply | 2255 | | | | 1646 |
| 11/13/2019 | | $ 86.36 | Culligan Water of Charleston | 2254 | | | | 1646 |
| 11/13/2019 | | $ 60.04 | Walsh Supply | 2256 | | | | 1646 |
| 11/13/2019 | | $ 206.86 | Palmetto Rural Telephone Company | 2257 | | | | 1646 |
| 11/15/2019 | | $ 136.08 | Hampton Auto Parts | 2258 | | | | 1646 |
| 11/15/2019 | | $ 1,314.62 | Ronald Freeman | 2260 | | | | 1646 |
| 11/15/2019 | | $ 665.56 | IRS | | | | | 1646 |
| 11/18/2019 | | $ 150.00 | SCDOR | 6052818 | | | | 1646 |
| 11/19/2019 | | $ 3,980.10 | Dickinson Well Drilling | 2265 | | | | 1646 |
| 11/29/2019 | | $ 136.80 | Palmetto Security Systems | 2264 | | | | 1646 |
| 11/29/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |

| | | | OUTGOING (From 1646) - $147,247 transfer from 5/29/19 to 10/15/19 | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Deposited | Date on Check | Amount | Description | Check No. | Memo | Deposited to | Notes | Acc No |
| 12/2/2019 | | $ 491.80 | G&G Maling | 2259 | | | | 1646 |
| 12/2/2019 | | $ 471.00 | Coastal Electric Cooperative | 2261 | | | | 1646 |
| 12/2/2019 | | $ 432.00 | Coastal Electric Cooperative | 2262 | | | | 1646 |
| 12/2/2019 | | $ 410.00 | Coastal Electric Cooperative | 2263 | | | | 1646 |
| 12/13/2019 | | $ 1,314.62 | Ronald Freeman | 2274 | | | | 1646 |
| 12/13/2019 | | $ 665.56 | IRS | | | | | 1646 |
| 12/16/2019 | | $ 150.00 | SCDOR | 6319997 | | | | 1646 |
| 12/20/2019 | | $ 235.18 | Hampton Auto Parts | 2269 | | | | 1646 |
| 12/20/2019 | | $ 615.71 | Brunson Building Supply | 2271 | | | | 1646 |
| 12/20/2019 | | $ 172.40 | G&G Milling | 2272 | | | | 1646 |
| 12/20/2019 | | $ 437.41 | Murdaugh Rental Center, Inc. | 2273 | | | | 1646 |
| 12/20/2019 | | $ 859.00 | Paul Murdaugh | 2283 | | | | 1646 |
| 12/23/2019 | | $ 37.76 | Walsh Supply | 2267 | | | | 1646 |
| 12/23/2019 | | $ 206.98 | Palmetto Rural Telephone Company | 2268 | | | | 1646 |
| 12/23/2019 | | $ 990.21 | Cel Oil Products | 2270 | | | | 1646 |
| 12/23/2019 | | $ 600.00 | Maria Castillo | 2286 | | | | 1646 |
| 12/24/2019 | | $ 600.00 | Hipolita Torrer | 2285 | | | | 1646 |
| 12/24/2019 | | $ 405.00 | Philip Benton | 2287 | | | | 1646 |
| 12/26/2019 | | $ 100.00 | Kevin (?) Murdaugh | 2288 | | | | 1646 |
| 12/27/2019 | | $ 2,600.00 | Curtis Edward Smith | 2284 | | | | 1646 |
| 12/27/2019 | | $ 1,314.62 | Ronald Freeman | 2289 | | | | 1646 |
| 12/30/2019 | | $ 361.00 | Coastal Electric Cooperative | 2275 | | | | 1646 |
| 12/30/2019 | | $ 322.00 | Coastal Electric Cooperative | 2276 | | | | 1646 |
| 12/30/2019 | | $ 967.00 | Coastal Electric Cooperative | 2277 | | | | 1646 |
| 12/30/2019 | | $ 5,407.00 | Kenny Hughes | 2291 | | | | 1646 |
| 12/31/2019 | | $ 4,718.00 | Curtis Edward Smith | 2281 | | | | 1646 |
| 12/31/2019 | | $ 6.00 | Monthly Maintenance Fee | | | | | 1646 |
| 1/2/2020 | | $ 400.00 | SSQF | 2280 | | | | 1646 |
| 1/3/2020 | | $ 9,213.15 | Blanchard Equipment Company | 2282 | | | Out of $11,440 | 1646 |
| Total | | $ 147,247.00 | | | | | | |


**Date Presented**  **Sequence**  **State**  **Remitter Account Number**  **Remitter R/T Number**
5/15/2019   5352494892   ZZ   5127071626   5320160

**Amount Presented**  **Check Number**  **Image Indicator**  **Sorry Indicator**  **Deposit Sequence**
$2,961,931.95   24909   1   0   5352494891

**Deposit Account**  **ImgVolNo**
223024167625   1

Printed using Image Onsite Portable