```
1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
2                    CHARLESTON DIVISION

3
              DEPOSITION OF JAN MALINOWSKI,
4              30(b)(6) PALMETTO STATE BANK

5

6    NAUTILUS INSURANCE COMPANY,

7                Plaintiff,

8       vs.               CASE NO. 2:22-cv-1307-RMG

9    RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING,
     MOSS & KUHN, P.A., CHAD WESTENDORF, and
10   PALMETTO STATE BANK,

11               Defendants.
     _____
12

13
     DEPONENT:     JAN MALINOWSKI
14

15   DATE:         JUNE 30, 2023

16
     TIME:         10:35 A.M.
17

18   LOCATION:     WALKER GRESSETTE FREEMAN & LINTON
                   CHARLESTON, SC
19

20   REPORTED BY: RUTH MOTT, RPR, CRR
                  CLARK BOLEN
21                P.O. BOX 12189
                  CHARLESTON, SC 29422
22                843-762-6294
                  WWW.CLARKBOLEN.COM
23

24

25
```

1     accurate?

2         A.   I have no opinion.

3         Q.   This is where there will be an

4     objection, so let me go ahead and just ask the

5     question:  Did the bank have discussions with

6     counsel about its potential exposure to any

7     parties relating to anybody's service as a

8     fiduciary in connection with Alex Murdaugh?

9              MR. GRESSETTE:  Objection.  Calls

10    for attorney-client privileged information, calls

11    for work product.  It's outside the scope of the

12    noticed topics.  It also implicates information

13    and deliberation during executive sessions of the

14    bank's governing committees.  Furthermore, it

15    implicates trade secrets and business operation

16    information which are protected.  For those

17    reasons I'm instructing the witness not to answer

18    that question.

19             MR. RANNIK:  And I will just say

20    for the record so that this is clear, this

21    exhibit is one of the exhibits that was admitted

22    at the trial of Russell Laffitte.  It was

23    Government's Exhibit 200, and it is a matter of

24    public record.

25        Q.   When did Russell Laffitte become CEO of