# EXHIBIT "3"

## DISBURSMENT STATEMENT
Estate of Gloria Satterfield v. R. Alexander Murdaugh

### DATE OF INJURY: 02/28/2018

| | |
|---|---|
| Settlement: | $475,000.00 |
| Attorney's Fees | 50,000.00 |
| | $ 425,000.00 |
| | |
| Chad Westendorf (as PR of the Estate) | $   10,000.00 |
| | |
| Total Prosecution Expenses: | $11,500.00 |
| | |
| FORGE | $403,500.00 |

I understand and fully approve the above disbursements; I acknowledge receipt of the above amount and a copy of this statement. Any known or unknown medical bills or expenses, medical or otherwise, which are not included above, shall be paid by me, the undersigned.

Chad Westendorf, as PR of the Estate of
Gloria Satterfield

Date: 1/7/2019