# EXHIBIT "7"

**Cory Fleming**

**From:** Cory Fleming
**Sent:** Monday, April 1, 2019 4:00 PM
**To:** John M. Grantland
**Subject:** Re: Estate of Gloria Satterfield (Claim No. 10096368)

Ok.

Standard check

Chad Westendorf as pr and Moss, Kuhn and Fleming attorneys

Also Chad does not need a w9 as he is not receiving funds.

I will send mine if we haven't already

Thank you.


Cory Fleming
Cory@mossandkuhn.com
(843)986-6379

Please excuse the auto correct
Sent from my iPhone


On Mar 30, 2019, at 10:46 AM, John M. Grantland <jgrantland@murphygrantland.com> wrote:

> FYI
> Let me know what I need to tell her. Also, can you ask Chad to send me a w-9?
> Thank you
>
> <image001.png>
> **Murphy & Grantland, P.A.**
> John M. Grantland, Esquire
> jgrantland@murphygrantland.com
> Post Office Box 6648
> Columbia, South Carolina 29260
> 803-782-4100 ext. 1237
> 803-454-1237 dd
> 803-782-4140 fax
> www.murphygrantland.com
>
> Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

1

**EXHIBIT**
DFT. 4 KUHN 7/21/23

CHF_00334

**Cory Fleming**

**From:** Cory Fleming
**Sent:** Saturday, March 30, 2019 12:45 PM
**To:** John M. Grantland
**Subject:** Re: Estate of Gloria Satterfield (Claim No. 10096368)

I meant to add Moss Kuhn and Fleming on the check. I will need to check with Forge on Monday to double check.

Thank you.

Cory Fleming
Cory@mossandkuhn.com
(843)986-6379

Please excuse the auto correct
Sent from my iPhone

On Mar 30, 2019, at 10:46 AM, John M. Grantland <jgrantland@murphygrantland.com> wrote:

> FYI
> Let me know what I need to tell her. Also, can you ask Chad to send me a w-9?
> Thank you

<image001.png>
**Murphy & Grantland, P.A.**
John M. Grantland, Esquire
jgrantland@murphygrantland.com
Post Office Box 6648
Columbia, South Carolina 29260
803-782-4100 ext. 1237
803-454-1237 dd
803-782-4140 fax
www.murphygrantland.com

*Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.*

**From:** Coryer Miller, Amy L. [mailto:ACoryerMiller@nautilus-ins.com]
**Sent:** Friday, March 29, 2019 6:01 PM
**To:** John M. Grantland <jgrantland@murphygrantland.com>
**Cc:** Marsi Kearns <MKearns@ringlerassociates.com>
**Subject:** RE: Estate of Gloria Satterfield (Claim No. 10096368)

Hi, John.

1

## Cory Fleming

**From:** Cory Fleming
**Sent:** Friday, March 29, 2019 12:47 PM
**To:** John M. Grantland
**Subject:** RE: Estate of Gloria Satterfield (Claim No. 10096368)

Chad Westendorf as Personal Representative of the Estate of Gloria Satterfield

ID # 570641119

Thank you,

Cory Fleming
Moss, Kuhn & Fleming, PA
PO Box 507
Beaufort, SC 29901
(843) 524-3373

Confidentiality Note:
This message is intended exclusively for the individual or which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (843) 524-3373 or reply to this e-mail and delete all copies of this message.

---

**From:** John M. Grantland [mailto:jgrantland@murphygrantland.com]
**Sent:** Friday, March 29, 2019 12:33 PM
**To:** Cory Fleming
**Subject:** Re: Estate of Gloria Satterfield (Claim No. 10096368)

Great. Can you just send me your tax ID exactly how you want the check made out? Thank you so much

Sent from my iPhone

On Mar 29, 2019, at 11:02 AM, Cory Fleming <cory@mossandkuhn.com> wrote:

> John
>
> Order the check. The structure we have will include an administrator that serves the purpose of a conservator.
>
> Thank you.
>
>
> Cory Fleming
> Cory@mossandkuhn.com
> (843)986-6379

1

Please excuse the auto correct
Sent from my iPhone

On Mar 29, 2019, at 10:54 AM, John M. Grantland <jgrantland@murphygrantland.com> wrote:

> FYI
> Let me know if you're ready for me to order the settlement check or if you are going to do a structure. I'm happy to order the check when you are ready.
>
> Do I need to do a conservatorship for the son in Hampton?
>
> Just let me know. thanks and take care,
> JG
>
> <image001.png>
> **Murphy & Grantland, P.A.**
> John M. Grantland, Esquire
> jgrantland@murphygrantland.com
> Post Office Box 6648
> Columbia, South Carolina 29260
> 803-782-4100 ext. 1237
> 803-454-1237 dd
> 803-782-4140 fax
> www.murphygrantland.com
>
> *Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.*
>
> **From:** Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com>
> **Sent:** Thursday, March 28, 2019 7:30 PM
> **To:** John M. Grantland <jgrantland@murphygrantland.com>; Katherine Karam (katherine.karam@phelps.com) <katherine.karam@phelps.com>; Robert Kennedy, Jr. (5303) <Robert.Kennedy@phelps.com>
> **Cc:** Marsi Kearns <MKearns@ringlerassociates.com>
> **Subject:** Estate of Gloria Satterfield (Claim No. 10096368)
>
> Good afternoon, all.
>
> There is a little bit of an approval process to get $3.8 million checks cut that requires layers of approval. With that in mind, I need to get payment instructions as soon as possible, along with the W-9 for the Estate's counsel. I wanted to give everyone a heads up. It typically takes 2 weeks to get a check once I have payment instructions.
>
> Marsi, any word on whether the Estate wants to structure any of this?
>
> John, in light of the one son's disability, will the personal representative be required to appoint a guardian ad litem for him?

2

We will need to begin drafting a release if a structure is not in the works.

Thank you.



**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

IMPORTANT WARNING: This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the e-mail.

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

---

**Total Control Panel**

To: jgrantland@murphygrantland.com          Remove this sender from my allow list
From: acoryermiller@nautilus-ins.com

*You received this message because the sender is on your allow list.*

3