# EXHIBIT "12"

```
STATE OF SOUTH CAROLINA    )
                           )  OFFICE OF DISCIPLINARY
                           )         COUNSEL
COUNTY OF RICHLAND         )
                           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

In the Matter of:          )
                           )
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  )  TRANSCRIPT OF RECORD
                           )
             Respondent.   )
```

On-the-Record Appearance of:
Russell Lucius Laffitte
* * * * * * * * * * * * * * * * *
Thursday, June 23, 2022
10:09 a.m. to 5:48 p.m.
Friday, June 24, 2022
10:19 a.m. to 1:05 p.m.
* * * * * * * * * * * * * * * * *

APPEARANCES

    John S. Nichols, Esquire
    Disciplinary Counsel
    Caitlin C. Heyward, Esquire
    Assistant Disciplinary Counsel
    Jeffrey I. Silverberg, Esquire
    Assistant Disciplinary Counsel
    Sara P. Morris, Esquire
    Assistant Disciplinary Counsel
    Office of Disciplinary Counsel
    P.O. Box 12159
    Columbia, South Carolina

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    E. Bart Daniel, Esquire
    Marshall T. Austin, Esquire
    Nelson Mullins Riley & Scarborough
    151 Meeting Street, Suite 600
    Charleston, SC 29401
    Appearing on behalf of Mr. Laffitte

                        DEBORAH M. McCURDY, RPR
                        Certified Court Reporter

DEBORAH M. MCCURDY, RPR
CERTIFIED COURT REPORTER

2

## INDEX OF WITNESSES

RUSSELL L. LAFFITTE

    By ▮▮▮▮▮▮ . . . . . . . . . . . . . . . 5

    By Ms. Heyward . . . . . . . . . . . . . . 260

    By Mr. Silverberg . . . . . . . . . . . . . 307

    By Ms. Heyward . . . . . . . . . . . . . . 317

CERTIFICATE OF REPORTER . . . . . . . . . . . . 379

## EXHIBITS

[exhibit list redacted]

RUSSELL L. LAFFITTE -- BY MS. HEYWARD

353



18  Q   Uh-huh.  Why was Westendorf -- why was Chad
19      approached instead of you?
20  A   I was approached.
21  Q   You were approached?  Okay.  And did you decline?
22  A   I did.
23  Q   Why did you decline?
24  A   By that time I was so busy.  You know, when I first
25      started doing them when I was doing them, you know,

| | | |
|---|---|---|
| 1 | | I just had nightmares of how much work it was on |
| 2 | | Hannah and Alania Plyler. |
| 3 | Q | Uh-huh. |
| 4 | A | I did not want to get in another one of those.  I |
| 5 | | was extremely busy at my office.  You know, by this |
| 6 | | time I was either chief operating officer or -- I |
| 7 | | was not a -- I was more of a chief lending officer |
| 8 | | than chief operating officer, even though that was |
| 9 | | my title.  And I was running our branch and had |
| 10 | | gone -- we had already just done a merger several |
| 11 | | years back prior, and we were still trying to work |
| 12 | | through all the collections -- |
| 13 | Q | Right. |
| 14 | A | -- and all of that.  I just did not have time. |
| 15 | Q | Okay. |
| 16 | A | So I didn't want to do it. |
| 17 | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 18 | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 19 | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 20 | | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 21 | | ■■■■■■■■■■■■■■   ■■■■■■■■■■■■■■■■ |
| 22 | | ■■■■■■■■■ |
| 23 | ■ | ■■■■■■■■■ |
| 24 | Q | Okay.  I'm going to hand you two exhibits that are |
| 25 | | marked as 57 and 58.  Wait, let's change that to a |

|   |   |   |
|---|---|---|
| 1 |   | 9. I have given you what is 58 and 59, is what we |
| 2 |   | are looking at. And these are text messages that |
| 3 |   | you produced to us this week, is that right? And I |
| 4 |   | have highlighted a couple of relevant ones. There |
| 5 |   | is one dated December 2018, it looks like it is |
| 6 |   | from Alex Murdaugh to you, which says, I need to |
| 7 |   | get with you. I want you to be a PR of a couple of |
| 8 |   | estates. It won't be much work and I'll be able to |
| 9 |   | pay you well. Do you see that? |
| 10 | A | I did, I saw it. When I perused the texts, I also |
| 11 |   | saw those when I did it. |
| 12 | Q | What estates is Alex referencing to? |
| 13 | A | I don't know. I was thinking maybe -- I don't |
| 14 |   | remember when Cristiani -- those weren't estates, |
| 15 |   | though, so I'm not sure. It could have been Gloria |
| 16 |   | Satterfield. I'm not sure when that took place, |
| 17 |   | but it was somewhere around there. |
| 18 | Q | Okay. And then 59, August 14th, 2018. He again |
| 19 |   | asked you at the bottom of the page, Are you |
| 20 |   | interested in being PR of an estate? We will be |
| 21 |   | able to pay you well. Do you see that? |
| 22 | A | I do. |
| 23 | Q | Each time he says he will be able to pay you well, |
| 24 |   | but do you know if he is -- what estate Alex is |
| 25 |   | referring to? |

1  A   I do not.
2  Q   Okay. And you don't -- did you have any further
3      conversation about the theft?
4  A   I would safely say that I at least called him and
5      told him, I was like, you know -- I just don't -- I
6      don't remember what took place in 2018. I mean, I
7      just -- I saw those and I was thinking, Huh, wonder
8      what estates those were, because I know I'm going
9      to get asked.
10 Q   All right. And when he says he is going to be able
11     to pay you well, what did you understand that to
12     mean?
13 A   I just assumed he would pay me whatever fee that
14     you normally would get. It shouldn't be any more
15     or any less, it should be -- generally there is
16     a -- whatever you call it.
17 Q   So if it was a larger settlement, you would be paid
18     more?
19 A   More. If it was a smaller settlement, I would be
20     paid less.
21 ▮ ██████████████████████████████████████████████
22   ████████████████████████████████████████████████
23   ██████████████████████████████████████████████
24 ▮ ███████████████████
25 ▮   ████████████████████████████████████████████

1       MR. SILVERBERG:  When you were approached to
2   serve as PR in the Satterfield matter, were you
3   ever told the nature of the claims in that matter?
4       THE WITNESS:  Are you talking about the
5   amounts?
6       MR. SILVERBERG:  No.  Did you know who the
7   parties were?
8       THE WITNESS:  I did.  Gloria Satterfield, she
9   had worked for years for Alex and she was a
10  customer of the bank, so, yes, I did know her.
11      MR. SILVERBERG:  But do you know the claims
12  were against Alex Murdaugh?
13      THE WITNESS:  Yes.
14      MR. SILVERBERG:  Okay.  So Alex Murdaugh
15  approached you to serve as PR for somebody --
16      THE WITNESS:  I don't know whether he called
17  me or Cory Fleming, somebody.  I know Alex called
18  me.  And I told him, No, I wasn't interested.
19      MR. SILVERBERG:  Right.  But Alex told you
20  that Gloria Satterfield was filing a claim against
21   -- let me finish my question -- filing a claim
22  against him and there was going to be a settlement
23  and that Alex wanted you to serve as PR for the
24  person filing a claim against him, is that
25  accurate?

1    THE WITNESS:  That's correct.
2    MR. SILVERBERG:  Okay.  And --
3    THE WITNESS:  I don't know --



1  ████████████████ ████████████████ ▌
2  ████████████████████████████
3  ██████████ ████
4  ██████████ ████████████

5      THE WITNESS:  I mean, you know, Alex would
6  be -- he would, what do you call it, you know,
7  he -- Gloria worked for him.  And, you know, and he
8  had helped her and been doing things for her for
9  years.
10     MR. SILVERBERG:  Uh-huh.
11     THE WITNESS:  Everybody in the community I
12 think, not just myself, knew about her falling and
13 being in the hospital, subsequently dying.  And I
14 just remember that Alex would say, You know, we are
15 trying to help the family.  We are going to sue
16 myself to, you know, to try to get the family some
17 money.  So, no, it didn't seem strange to me.

18 ████████████████ ████████████████████
19 ████████████████████████████████
20 ████████████████████████████████
21 ██████████████ ████████████████████
22 ████████████████████
23 ██████████████ ██████████████
24 ████████████████
25 ██████████ ████████████████

1      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2            MR. SILVERBERG: And the fact that, you know,

3      he was asking you to serve as PR for Gloria

4      Satterfield to recover funds based on a claim

5      against himself, that at all did not -- is that

6      any -- is that a reason why you thought this isn't

7      something you should touch and therefore not be

8      involved?

9            THE WITNESS: No, it wasn't. They would sue

10     each other. So, I mean, it wouldn't --

11           MR. SILVERBERG: What do you mean they would

12     sue each other?

13           THE WITNESS: They sued -- I always heard the

14     story about Buster Murdaugh, Alex's grandad,

15     suing -- or his wife suing him, or vice versa, you

16     know, or if one of them fell at their friend's

17     house, suing their friend for -- suing their

18     homeowners. No, it didn't surprise me.

19     BY MS. HEYWARD:

20     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22     ▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

23     ▮▮▮▮▮▮▮

24     ▮  ▮▮▮

25     ▮  ▮▮▮▮▮▮

1               THE WITNESS:  On Arthur Badger.

2               MR. SILVERBERG:  Yes, sure.

3               THE WITNESS:  Hindsight, I personally believe
4        he asked me to do so he could steal the money.

5               MR. SILVERBERG:  Alex asked you to be PR in
6        the estate of Donna Badger so that he could
7        misappropriate the Arthur Badger claims?

8               THE WITNESS:  Right.  I truly believe that he
9        targeted, intentionally targeted myself, Chad, and
10       Palmetto State Bank because he knew the
11       relationship that we had with him personally, the
12       relationship we had with him professionally, as a
13       borrower/customer, and the relationship we had with
14       the firm.  He knew we weren't going to ask a lot of
15       questions.

16              MR. SILVERBERG:  Do you have any idea or has
17       anyone told you why Alex may have targeted the
18       clients he did when it came to misappropriating
19       funds?  In other words, do you think this was just,
20       you know, it is an opportunity whenever the
21       opportunity presented itself, or do you think he
22       specifically figured out which clients he tried to
23       misappropriate funds from?

24              THE WITNESS:  This is all just my opinion.

25              MR. SILVERBERG:  Yes, that's fine.