# EXHIBIT "13"

```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
                      CHARLESTON DIVISION


                 DEPOSITION OF CHAD WESTENDORF


   NAUTILUS INSURANCE COMPANY,

             Plaintiff,

      vs.              CASE NO. 2:22-cv-1307-RMG

   RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING,
   MOSS & KUHN, P.A., CHAD WESTENDORF, and
   PALMETTO STATE BANK,

             Defendants.
   _____


   DEPONENT:       CHAD WESTENDORF


   DATE:           JUNE 30, 2023


   TIME:           1:57 P.M.


   LOCATION:       WALKER GRESSETTE FREEMAN & LINTON
                   CHARLESTON, SC


   REPORTED BY:    RUTH L. MOTT, RPR, CRR
                   CLARK BOLEN
                   P.O. BOX 73129
                   CHARLESTON, SC 29422
                   843-762-6294
                   WWW.CLARKBOLEN.COM
```

1      A.   I would assume.
2      Q.   When you were asked to serve as PR for
3   the Estate of Gloria Satterfield, you ran that
4   request by Mr. -- by Russell Laffitte, correct?
5      A.   That is correct.
6      Q.   Did he tell you anything about any of
7   the wrongdoing associated with serving as a
8   fiduciary for Alex Murdaugh when you asked?
9           MR. GRESSETTE:  Objection.
10     A.   No, sir.
11     Q.   Did he tell you that Murdaugh had
12  substantial overdrafts?
13     A.   No, sir.
14     Q.   Did Mr. Laffitte tell you that when he
15  was a vice president like you were, he had caused
16  PSB to issue illegal loans to Alex Murdaugh from
17  a conservatorship account?
18          MS. ALLEN:  Objection to the form.
19          MR. GRESSETTE:  Objection.
20     A.   He did not.
21     Q.   Did he tell you that funds had been
22  disbursed in prior conservatorships in violation
23  of the disbursement statements approved by the
24  court?
25     A.   He did not.

1        Q.   Now, you heard us also talk a little bit
2   earlier about the PR fee that you were paid?
3        A.   Yes, sir.
4        Q.   And that was $30,000?
5        A.   That's correct.
6        Q.   And you refunded that to the
7   Satterfields or you paid that to the Bland
8   Richter firm?
9        A.   Yes, sir, immediately.
10       Q.   And that was -- did that come out of
11  your Palmetto State Bank account?
12       A.   I borrowed the money.
13       Q.   Okay.
14       A.   I have a loan right now I'm paying back
15  for it.
16       Q.   Okay.  With Palmetto State Bank?
17       A.   Yes, sir.
18       Q.   When you were first contacted about
19  serving as the PR for the Estate of Gloria
20  Satterfield, I think you said it was right before
21  Thanksgiving and you were out of the office; is
22  that right?
23       A.   Yes, sir.
24       Q.   So it was a call you got on your cell
25  phone?

1       A.  Yes, sir.
2       Q.  And then I believe you told me 19 is one
3   that you had not seen until your first
4   deposition?
5       A.  Yes, sir.
6       Q.  Okay.  And there's no signature by you
7   anywhere on this document, right?
8       A.  No.
9       Q.  All right.  I asked you a bunch of
10  questions about what Mr. Laffitte did or did not
11  tell you when you asked if you could serve as PR
12  for the Estate of Gloria Satterfield.  I forgot
13  one.
14      Did he tell you that he had been asked
15  to serve as the PR for the estate?
16      A.  He did not.
17      Q.  Did he tell you -- I assume he didn't,
18  therefore, tell you why he was not serving as the
19  PR?
20      A.  He did not.
21      Q.  Okay.  Another bit of cleanup, if we
22  could go back to -- which exhibit was this?
23      A.  No. 3.
24      Q.  Right there, No. 3.  Just to clarify,
25  this withdrawal, you didn't approve this