PLACEHOLDER FOR CONFIDENTIAL INFORMATION TO BE SUBMITTED TO COURT IN CONNECTION WITH MOTION TO SEAL