**From:** "Coryer Miller, Amy L." <ACoryerMiller@nautilus-ins.com>
**To:** "Katherine Karam (katherine.karam@phelps.com)" <katherine.karam@phelps.com>, "Matthew G. Greig (matthew.greig@phelps.com)" <matthew.greig@phelps.com>
**Subject:** FW: Satterfield (Claim No. 10096368)
**Date:** Mon, 25 Feb 2019 16:32:25 -0500
**Importance:** Normal
**Inline-Images:** image001.png; image002.png

---

FYI



**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**IMPORTANT WARNING:** This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the e-mail.

**From:** Coryer Miller, Amy L.
**Sent:** Monday, February 25, 2019 2:27 PM
**To:** 'John M. Grantland' <jgrantland@murphygrantland.com>
**Subject:** RE: Satterfield (Claim No. 10096368)

Hi, John.

I did speak with Mr. Murdaugh on 3/22/18 when the claim was initially reported. I don't think it's a good idea to have Mr. Murdaugh give a deposition and I would object to it. Please keep trying to find an expert to give an opinion on life expectancy. I'm disappointed the first responders won't talk with us. I'm wondering if they might talk to an independent adjuster as opposed to an attorney. If you think they will, let me know and I'll hire an IA.

Thank you.

**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**IMPORTANT WARNING:** This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the e-mail.

**From:** John M. Grantland [mailto:jgrantland@murphygrantland.com]
**Sent:** Saturday, February 23, 2019 12:48 PM
**To:** Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com>
**Subject:** [EXTERNAL] RE: Satterfield (Claim No. 10096368)

Amy,
The first responders are not willing to talk to us w/out a subpoena. They said discussing the claim with a lawyer who didn't serve them a subpoena violates HIPPA. Right or wrong, they won't talk to us at least right now. .

We have a call into two internists but I don't have a commitment yet from either to review the records. Orthopedics and neurologists seem to be easier to find than just a regular internist.

**CONFIDENTIAL**

I spoke to Attorney Fleming to confirm the mediation date, and he said he wanted one of 2 things. He either wanted to take Alex Murdaugh's deposition or he wanted Alex to speak during the mediation and under the umbrella of confidentiality say what happened and what Ms. Satterfield allegedly said to him. Fleming said he has never heard Alex's explanation but I don't believe that. I smell a trap, but I'm not sure we can tell Alex that he can't speak at mediation.

I talked to Alex about it and he definitely doesn't want to give a deposition. Alex would like to talk to you prior to the mediation. He seems to think it is a big deal that the two of you haven't talked or you haven't heard his side of the story. I told him you have heard it from other sources but I would pass on his request.

Please let me know your thoughts. Take care
JG



**Murphy & Grantland, P.A.**
John M. Grantland, Esquire
jgrantland@murphygrantland.com
Post Office Box 6648
Columbia, South Carolina 29260
803-782-4100 ext. 1237
803-454-1237 dd
803-782-4140 fax
www.murphygrantland.com

*Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.*

**From:** Coryer Miller, Amy L. [mailto:ACoryerMiller@nautilus-ins.com]
**Sent:** Friday, February 22, 2019 8:13 PM
**To:** John M. Grantland <jgrantland@murphygrantland.com>
**Subject:** RE: Satterfield (Claim No. 10096368)

Hi, John.

Let's get this to Dr. Pritchard as well as the doctor that we decide to retain to evaluate life expectancy. REDACTED. Have you identified an internist or nephrologist? Have you been able to set up the interviews with the first responders? 3/22/19 is going to be here faster than we know it.

Thank you. Have a great weekend.

**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**IMPORTANT WARNING:** This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the e-mail.

**From:** John M. Grantland [mailto:jgrantland@murphygrantland.com]
**Sent:** Friday, February 22, 2019 3:10 PM
**To:** Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com>
**Subject:** [EXTERNAL] Fwd: Satterfield

FYI

**CONFIDENTIAL**

Sent from my iPhone

Begin forwarded message:

**From:** Tanya King <tanya@mossandkuhn.com>
**Date:** February 22, 2019 at 3:08:28 PM EST
**To:** "John M. Grantland" <jgrantland@murphygrantland.com>
**Cc:** Cory Fleming <cory@mossandkuhn.com>
**Subject: RE: Satterfield**

Mr. Grantland:

I have attached the Oct 6, 2015 records from Hampton Regional. It was a lab work visit.

Kindly,

# Tanya King
Paralegal to
Cory H. Fleming

P O Drawer 507 (mailing)
1501 North Street
Beaufort, South Carolina 29901
843-524-3373
843-379-3381 direct dial
843-379-1322 fax

Confidentiality Note:
This message is intended exclusively for the individual or which it is addressed.  This communication may contain information that is proprietary , privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately either by phone (843) 524-3373 or reply to this e-mail and delete all copies of this message.

---

**From:** John M. Grantland [mailto:jgrantland@murphygrantland.com]
**Sent:** Wednesday, February 13, 2019 6:07 PM
**To:** Tanya King
**Cc:** Cory Fleming
**Subject:** Re: Satterfield

No that's it.  I was just checking in.  Thank you Tanya.
Take care,
JG

Sent from my iPhone

On Feb 13, 2019, at 5:59 PM, Tanya King <tanya@mossandkuhn.com> wrote:

Mr. Grantland:

**CONFIDENTIAL**

I just got your message from earlier today and from my understanding you are needing more medical records. The other records that you have requested are still being worked on. Are there any new ones you need? Please advise.

Kindly,

## Tanya King
Paralegal to
Cory H. Fleming

**Please note that I will be out of the office from 12:00 p.m. on Thursday, February 14, 2019 until 8:30 a.m. Wednesday, February 20, 2019. Emails will not be checked during this time.**

P O Drawer 507 (mailing)
1501 North Street
Beaufort, South Carolina 29901
843-524-3373
843-379-3381 direct dial
843-379-1322 fax

Confidentiality Note:
This message is intended exclusively for the individual or which it is addressed.  This communication may contain information that is proprietary , privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately either by phone (843) 524-3373 or reply to this e-mail and delete all copies of this message.

**From:** John M. Grantland [mailto:jgrantland@murphygrantland.com]
**Sent:** Thursday, January 31, 2019 5:05 PM
**To:** Tanya King
**Cc:** Cory Fleming
**Subject:** RE: Satterfield

Thank you Tanya and Cory!

<image001.png>
**Murphy & Grantland, P.A.**
John M. Grantland, Esquire
jgrantland@murphygrantland.com
Post Office Box 6648
Columbia, South Carolina 29260
803-782-4100 ext. 1237
803-454-1237 dd
803-782-4140 fax
www.murphygrantland.com

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed.  If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Tanya King <tanya@mossandkuhn.com>
**Sent:** Thursday, January 31, 2019 2:49 PM
**To:** John M. Grantland <jgrantland@murphygrantland.com>

**CONFIDENTIAL**

Cc: Cory Fleming <cory@mossandkuhn.com>
**Subject:** FW: Satterfield

Mr. Grantland:

Attached you will find the correspondence from CIOX Health for medical records request for Gloria Satterfield, the Medical records and billing from the Colleton County Fire-Rescue along with the Beaufort Memorial Hospital November 13, 2015 records and billing.

Currently, I am waiting on Primary care physician records and Hampton Regional Medical Center records. Once these are in, I will send them as well.


Kindly,

# Tanya King
Paralegal to
Cory H. Fleming


P O Drawer 507 (mailing)
1501 North Street
Beaufort, South Carolina 29901
843-524-3373
843-379-3381 direct dial
843-379-1322 fax


Confidentiality Note:
This message is intended exclusively for the individual or which it is addressed.  This communication may contain information that is proprietary , privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately either by phone (843) 524-3373 or reply to this e-mail and delete all copies of this message.


**From:** Cory Fleming
**Sent:** Tuesday, January 29, 2019 9:25 AM
**To:** John M. Grantland
**Subject:** Re: Satterfield

We are working on the meds daily.

I think the world of Jon.  I certainly would be happy with him.

Thank you.


Cory Fleming
Cory@mossandkuhn.com
(843)986-6379

Please excuse the auto correct
Sent from my iPhone

**CONFIDENTIAL**

PHELPS-000370

On Jan 28, 2019, at 5:14 PM, John M. Grantland <jgrantland@murphygrantland.com> wrote:

Cory,
How are you?

I just wanted to check in with you about Ms. Satterfield's records I requested. Also, my Nautilus adjuster likes Jon Austen as a mediator. Would that be o.k. w/ you?

Just let me know.   thank you for your help and take care,
JG

<image001.png>

**Murphy & Grantland, P.A.**
John M. Grantland, Esquire
jgrantland@murphygrantland.com
Post Office Box 6648
Columbia, South Carolina 29260
803-782-4100 ext. 1237
803-454-1237 dd
803-782-4140 fax
www.murphygrantland.com

*Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed.  If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.*

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.
CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

**CONFIDENTIAL**