**From:** "Coryer Miller, Amy L." <ACoryerMiller@nautilus-ins.com>
**To:** "Katherine Karam (1264)" <Katherine.Karam@phelps.com>
**Subject:** RE: Estate of Gloria Satterfield v. Murdaugh
**Date:** Sun, 24 Mar 2019 16:06:07 -0400
**Importance:** Normal
**Attachments:** Forbes_Article.pdf

---

I wish there was a way to prove it.  I have attached an article that the mediator gave me.

**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

IMPORTANT WARNING:  This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distr bution or copying of this information is proh bited.  If you have received this message in error, please notify me immediately and delete the e-mail.

**From:** Katherine Karam (1264) [mailto:Katherine.Karam@phelps.com]
**Sent:** Friday, March 22, 2019 7:18 PM
**To:** Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com>
**Subject:** [EXTERNAL] Re: Estate of Gloria Satterfield v. Murdaugh

Worst case insurance fraud and injustice I have ever heard of!

——————————————————
Katherine Karam
Partner, Insurance and Reinsurance
Phelps Dunbar LLP
**504-584-9264 direct**
Katherine.Karam@phelps.com


On Mar 22, 2019, at 7:45 PM, Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com> wrote:

Katherine, this was the craziest experience in my life.  Borderline assault by Murdaugh.  I had to have 3 glasses of wine to calm my nerves.


**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

IMPORTANT WARNING:  This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited.  If you have received this message in error, please notify me immediately and delete the e-mail.

**From:** Katherine Karam (1264) [mailto:Katherine.Karam@phelps.com]
**Sent:** Friday, March 22, 2019 8:39 AM

**To:** Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com>
**Subject:** [EXTERNAL] Re: Estate of Gloria Satterfield v. Murdaugh

I got an earful and total understand the situation there. The $2m might have to be paid today if demanded REDACTED . What a cluster and injustice.

———————————————
Katherine Karam
Partner, Insurance and Reinsurance
Phelps Dunbar LLP
504-584-9264 direct
Katherine.Karam@phelps.com

On Mar 22, 2019, at 10:32 AM, Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com> wrote:

I will let Robert fill you in.

**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**IMPORTANT WARNING:** This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the e-mail.

**From:** Katherine Karam (1264) [mailto:Katherine.Karam@phelps.com]
**Sent:** Thursday, March 21, 2019 5:52 AM
**To:** Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com>
**Subject:** [EXTERNAL] Re: Estate of Gloria Satterfield v. Murdaugh

Amy,

Did you also receive an evaluation from DC with settlement value?

Katherine

———————————————
Katherine Karam
Partner, Insurance and Reinsurance
Phelps Dunbar LLP
504-584-9264 direct
Katherine.Karam@phelps.com

CONFIDENTIAL

PHELPS-000933

On Mar 20, 2019, at 4:42 PM, Coryer Miller, Amy L. <ACoryerMiller@nautilus-ins.com> wrote:

Hi, Katherine, Matthew and Robert.

I have attached defense counsel's mediation statement. Please note the second paragraph under Background. We were told that Ms. Satterfield had come to the home to pick up a check from Murdaugh's father for work that she had done for his father. How should we address the possibility that Ms. Satterfield was working for Murdaugh on the date of loss?



**Amy L. Coryer Miller | Senior Litigation Specialist**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.367.5342 | Fax: 480.281.0816
E-mail: acoryermiller@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**IMPORTANT WARNING:** This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the e-mail.

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

<DC's Mediation Statement.pdf>
CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

CONFIDENTIAL

PHELPS-000934