# Tanya King

**From:** Tanya King
**Sent:** Wednesday, November 28, 2018 5:06 PM
**To:** Cory Fleming
**Subject:** Re: Satterfield - follow up [GWB-IMANMAIN.FID625305]

I guess we need to get him appointed first. We will have to talk about how to get a different person appointed....

Thank you,

Tanya King
Paralegal to
Cory H. Fleming

Please excuse any auto correct.
Sent from my iPhone

On Nov 28, 2018, at 4:57 PM, Cory Fleming <cory@mossandkuhn.com> wrote:

> He is the VP of the bank and we want him to be the PR to manage the money
>
> Thank you.
>
>
> Cory Fleming
> Cory@mossandkuhn.com
> (843)986-6379
>
> Please excuse the auto correct
> Sent from my iPhone
>
>
> On Nov 28, 2018, at 4:56 PM, Tanya King <tanya@mossandkuhn.com> wrote:
>
>> What kind of relations to the deceased is this?
>>
>> Thank you,
>>
>> Tanya King
>> Paralegal to
>> Cory H. Fleming
>>
>> Please excuse any auto correct.
>> Sent from my iPhone
>>
>> On Nov 28, 2018, at 4:41 PM, Cory Fleming <cory@mossandkuhn.com> wrote:
>>
>>> Yes
>>>
>>> Thank you.

1