



R. Scott Wallinger, Jr. | D: 803.255.0419 | E: swallinger@collinsandlacy.com
Shareholder

December 6, 2018

**Sent Via Federal Express**
Cory H. Fleming, Esquire
Moss, Kuhn, Fleming, P.A.
Post Office Drawer 507
Beaufort, SC 29901

Re:   In Re: Estate of Gloria Satterfield
      Claim No. 4151474
      C&L File No. 002002-00100

Dear Cory:

In accordance with David Rheney's letter to you of November 12, 2018, enclosed is a check in the amount of $505,000.00 made payable to "Chad Westendorf as Personal Representative of the Estate of Gloria Satterfield and Moss, Kuhn & Fleming, P.A.," pursuant to your payment instructions. If you have any questions feel free to call me.

With warmest regards, I am,

Very truly yours,

R. Scott Wallinger, Jr.
Shareholder

Encl.

COLLINS & LACY, P.C. 1330 Lady Street, Sixth Floor | Columbia, SC 29201 | Post Office Box 12487 (29211)
P: 803.256.2660   F: 803.256.3056   collinsandlacy.com

M&G000590