

**MURPHY & GRANTLAND, P.A.**

John M. Grantland
Direct dial 803-454-1237
jgrantland@murphygrantland.com

April 22, 2019

**VIA FEDEX**
Cory H. Fleming, Esquire
Moss, Kuhn & Fleming, P.A.
1501 North Street
Beaufort, SC 29902

Re:  Estate of Gloria Satterfield vs. Richard Alexander Murdaugh
     Claim No.:      10096368
     Insured:        Richard Alexander Murdaugh
     Our File No.:   1510-0088

Dear Cory:

Enclosed please find check no. 0000125788 in the amount of Three Million Eight Hundred Thousand and 00/100 ($3,800,000.00) Dollars made payable to Chad Westendorf, as Personal Representative of the Estate of Gloria Satterfield, and Moss Kuhn & Fleming, PA, representing full and final payment for settlement of the above-referenced matter.

Please hold these settlement funds in trust until the Petition and Order Approving Settlement have been signed and filed at the Probate Court settlement hearing.

If you have any questions or need additional information, please do not hesitate to give me a call.

Yours truly,

John M. Grantland

JMG/rld
Enclosure

Telephone 803-782-4100 • Facsimile 803-782-4140
4406-B Forest Drive, Columbia, South Carolina 29206 • Post Office Box 6648, Columbia, South Carolina 29260

Westentdorf-000059