

# County of Hampton

*"Striving for Excellence"*

**Sheila B. Odom**
Probate Judge

Probate Court
Telephone: (803) 914-2173
Fax: (803) 914-2183

October 22, 2021

Eric S. Bland, Esquire
Bland Richter, LLP
1500 Calhoun Street
P. O. Box 72
Columbia, S. C. 29202-0072

    Re: Estate of Gloria Ann Satterfield
        Case No.:2018ES250056

Dear Mr. Bland:

    You will find enclosed, a Motion and Order for Removal to the Circuit Court of the Gloria Ann Satterfield Case in its entirety pursuant to South Carolina Probate Law Annotated 2021 §62-1-302. The Motion and Order for Removal asserts the reasons for removal, to which this Court will add the following; You have stated the initial filing for Probate Appointment of Mr. Michael Anthony Satterfield was prepared and filed by sources outside of this Probate Court and that is not correct. Upon receipt of the required information for the application from Mr. Satterfield, I prepared his appointment documents, which reflect no attorney of record, as there was no attorney of record provided to this court at the time of appointment nor otherwise, but particularly at the onset of this estate matter or the record itself as well as the documents to include the Notice to Creditors would have reflected such. Further cause for removal pursuant to Title 15 Civil Remedies and Procedures Chapter 50 Structured Settlement Protection Act § Section 15-50-40 directly relates to Structured Settlement Trust to which this Court had no knowledge of a Civil Action having been filed, let alone the subsequent actions. For the final reason for removal, the amount of the relinquished Personal Representative fee in controversy exceeds the at least amount of $5,000.00.

    Your most recent filing of the Request for Rule to Show Cause and Request for an Emergency hearing along with filing fee was clocked into the Probate Record on October 14,2021. Your filing fee check has been endorsed by this Court and turned over to the Clerk of Court for Hampton County along with the Estate record.

Sincerely,

[signature]

Judge of Probate

/SBO

Enclosures

cc: Thomas E. Lydon, Esquire
　　G. Trenholm Walker, Esquire
　　Thomas P. Gressette, Jr., Esquire