## Moss & Kuhn Trust
## Customer Balance Detail
### All Transactions

10/2Q

| Type | Date | Num | Source Name | Amount | Balance |
|---|---|---|---|---|---|
| **Satterfield** | | | | | |
| Payment | 12/19/2018 | | Satterfield | -505,000.00 | -505,000.00 |
| Check | 1/7/2019 | 24817 | Forge | 403,500.00 | -101,500.00 |
| Check | 1/7/2019 | 24768 | Chad Westendorf | 10,000.00 | -91,500.00 |
| Check | 1/7/2019 | 24815 | | 0.00 | -91,500.00 |
| Check | 1/7/2019 | 24816 | | 0.00 | -91,500.00 |
| Check | 1/17/2019 | 24836 | Cory Fleming | 8,000.00 | -83,500.00 |
| Check | 1/18/2019 | 24818 | Moss, Kuhn & Flem... | 50,000.00 | -33,500.00 |
| Check | 4/3/2019 | 24837 | Cory Fleming | 8,500.00 | -25,000.00 |
| Check | 4/11/2019 | 24875 | Austen & Gowder | 1,512.46 | -23,487.54 |
| Payment | 4/26/2019 | | Satterfield | -3,800,000.00 | -3,823,487.54 |
| Check | 5/13/2019 | 24909 | Forge | 2,961,931.95 | -861,555.59 |
| Check | 5/13/2019 | 24894 | Chad Westendorf | 20,000.00 | -841,555.59 |
| Check | 5/14/2019 | 24910 | Moss, Kuhn & Flem... | 600,055.59 | -241,500.00 |
| Check | 1/23/2020 | 25042 | Cory Fleming | 9,700.00 | -231,800.00 |
| Check | 10/6/2020 | 25202 | Forge | 118,000.00 | -113,800.00 |
| **Total Satterfield** | | | | -113,800.00 | -113,800.00 |
| **TOTAL** | | | | -113,800.00 | -113,800.00 |

Page
CHF_00036
**MOSS & KUHN 0050**
**CONFIDENTIAL**