## Cory Fleming

**From:** Cory Fleming
**Sent:** Thursday, October 1, 2020 11:01 AM
**To:** Tanya King
**Subject:** Fwd: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

We need to do a stipulation of dismissal
Thank you.

Cory Fleming
Moss,Kuhn and Fleming PA

---

**From:** Jvonndra Brooks-Creech <jbrooks@hamptoncountysc.org>
**Sent:** Wednesday, September 30, 2020 2:57:07 PM
**To:** Cory Fleming <Cory@mossandkuhn.com>
**Subject:** Re: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

Hey nothing was ever filed with us to remove it from our active docket. Can you file a SOD?

*Jvonndra Brooks-Creech*
Clerk of Common Pleas
PO Box 7
Hampton, SC 29924
(803)-914-2255

---

**From:** Cory Fleming <Cory@mossandkuhn.com>
**Sent:** Wednesday, September 30, 2020 10:41 AM
**To:** Tanya King <tanya@mossandkuhn.com>; Jvonndra Brooks-Creech <jbrooks@hamptoncountysc.org>
**Subject:** Re: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

This case is actually settled. It keeps appearing but no suit was ever filed. We simply filed the settlement order under this case number.

Thank you.

Cory Fleming
Moss,Kuhn and Fleming PA

---

**From:** Tanya King <tanya@mossandkuhn.com>
**Sent:** Wednesday, September 30, 2020 10:25:59 AM
**To:** jbrooks@hamptoncountysc.org <jbrooks@hamptoncountysc.org>
**Cc:** Cory Fleming <Cory@mossandkuhn.com>
**Subject:** FW: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

1

CHF_00146

Ms. Brooks:

Please be advised that I received the above notice for October 6,2020 via the courtmail email address. I don't know if you noticed or not but the date of October 6, 2020 is a Tuesday. Can you please verify the date that the above will be done on the virtual ADR non-compliance Roster meeting?

Thank you kindly,

Tanya King
Paralegal to
Cory H. Fleming

P O Drawer 507 (mailing)
1501 North Street
Beaufort, South Carolina 29901
843-524-3373
843-379-3381 direct dial
843-379-1322 fax

PRIVILEGED AND CONFIDENTIAL: This electronic message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is attorney-client privileged, may be confidential work product, or may be exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is wrongful, is strictly prohibited, and may subject you to civil liability. If you have received this communication in error, please immediately notify us by telephone or by return e-mail, and destroy any copies (electronic, paper, or otherwise) that you may have of this communication.


-----Original Message-----
From: Courtmail25_DoNotReply@sccourts.org <Courtmail25_DoNotReply@sccourts.org>
Sent: Wednesday, September 30, 2020 10:05 AM
To: Tanya King <tanya@mossandkuhn.com>
Cc: jbrooks@hamptoncountysc.org
Subject: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

A Virtual ADR Non-compliance Roster Meeting will be held before Judge Deadra L. Jefferson, Common Pleas Administrative Judge, on Monday, October 6, 2020, at 9:30 am. Click the following Virtual Courtroom link to access the Roster Meeting:
https://scjudicial.webex.com/scjudicial/onstage/g.php? MTID=ee049dab08f301e3d0cc2c34c8c480ea2. You will be prompted to enter your first name, last name and email address. Once the information is entered you will enter the videoconference.  Your microphone will be muted upon entering. Attorneys & Pro Se Litigants are hereby on notice that they, or another lawyer speaking on their belalf, must appear at the roster meeting and that failure to be present mahy result in their case being dismissed. Due to Covid19 the court will extend adr compliance no more that 90 days. Please e-file consent orders extending Adr on or before 10-5 ~~~ CONFIDENTIALITY NOTICE ~~~ This message is intended only for the addressee and may contain information that is confidential. If you are not the intended recipient, do not read, copy, retain, or disseminate this message or any attachment. If you have received this message in error, please contact the sender immediately and delete all copies of the message and any attachments.

**Cory Fleming**

**From:** Cory Fleming
**Sent:** Wednesday, September 30, 2020 3:02 PM
**To:** Jvonndra Brooks-Creech
**Subject:** Re: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

Sure. Thank you

Thank you.

Cory Fleming
Moss,Kuhn and Fleming PA

---

**From:** Jvonndra Brooks-Creech <jbrooks@hamptoncountysc.org>
**Sent:** Wednesday, September 30, 2020 2:57:07 PM
**To:** Cory Fleming <Cory@mossandkuhn.com>
**Subject:** Re: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

Hey nothing was ever filed with us to remove it from our active docket. Can you file a SOD?

*Jvonndra Brooks-Creec*h
Clerk of Common Pleas
PO Box 7
Hampton, SC 29924
(803)-914-2255

---

**From:** Cory Fleming <Cory@mossandkuhn.com>
**Sent:** Wednesday, September 30, 2020 10:41 AM
**To:** Tanya King <tanya@mossandkuhn.com>; Jvonndra Brooks-Creech <jbrooks@hamptoncountysc.org>
**Subject:** Re: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

This case is actually settled. It keeps appearing but no suit was ever filed. We simply filed the settlement order under this case number.

Thank you.

Cory Fleming
Moss,Kuhn and Fleming PA

---

**From:** Tanya King <tanya@mossandkuhn.com>
**Sent:** Wednesday, September 30, 2020 10:25:59 AM
**To:** jbrooks@hamptoncountysc.org <jbrooks@hamptoncountysc.org>
**Cc:** Cory Fleming <Cory@mossandkuhn.com>

1

**Subject:** FW: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

Ms. Brooks:

Please be advised that I received the above notice for October 6, 2020 via the courtmail email address. I don't know if you noticed or not but the date of October 6, 2020 is a Tuesday. Can you please verify the date that the above will be done on the virtual ADR non-compliance Roster meeting?

Thank you kindly,

Tanya King
Paralegal to
Cory H. Fleming

P O Drawer 507 (mailing)
1501 North Street
Beaufort, South Carolina 29901
843-524-3373
843-379-3381 direct dial
843-379-1322 fax

PRIVILEGED AND CONFIDENTIAL: This electronic message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is attorney-client privileged, may be confidential work product, or may be exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is wrongful, is strictly prohibited, and may subject you to civil liability. If you have received this communication in error, please immediately notify us by telephone or by return e-mail, and destroy any copies (electronic, paper, or otherwise) that you may have of this communication.


-----Original Message-----
From: Courtmail25_DoNotReply@sccourts.org <Courtmail25_DoNotReply@sccourts.org>
Sent: Wednesday, September 30, 2020 10:05 AM
To: Tanya King <tanya@mossandkuhn.com>
Cc: jbrooks@hamptoncountysc.org
Subject: Case 2018CP2500505-Chad Westendorf VS Richard A. Murdaugh added to Court Roster for period 2020-10-06 through 2020-10-06.

A Virtual ADR Non-compliance Roster Meeting will be held before Judge Deadra L. Jefferson, Common Pleas Administrative Judge, on Monday, October 6, 2020, at 9:30 am. Click the following Virtual Courtroom link to access the Roster Meeting:
https://scjudicial.webex.com/scjudicial/onstage/g.php? MTID=ee049dab08f301e3d0cc2c34c8c480ea2. You will be prompted to enter your first name, last name and email address. Once the information is entered you will enter the videoconference.  Your microphone will be muted upon entering. Attorneys & Pro Se Litigants are hereby on notice that they, or another lawyer speaking on their belalf, must appear at the roster meeting and that failure to be present mahy result in their case being dismissed. Due to Covid19 the court will extend adr compliance no more that 90 days. Please e-file consent orders extending Adr on or before 10-5 ~~~ CONFIDENTIALITY NOTICE ~~~ This message is intended only for the addressee and may contain information that is confidential. If you are not the intended recipient, do not read, copy,

retain, or disseminate this message or any attachment. If you have received this message in error, please contact the sender immediately and delete all copies of the message and any attachments.

3

CHF_00150