ELECTRONICALLY FILED - 2020 Oct 06 1:48 PM - HAMPTON - COMMON PLEAS - CASE#2018CP2500505

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | CASE NO.: 2018-CP-25-00505 |
| COUNTY OF HAMPTON ) | |
| ) | |
| Chad Westendorf, as Personal ) | |
| Representative of the Estate of ) | |
| Gloria Satterfield, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION OF DISMISSAL |
| ) | |
| Richard A. Murdaugh, ) | |
|       Defendant. ) | |

It has been made to appear to the Court that the parties hereto have settled their differences and this matter is no longer at issue. Upon motion of Cory H. Fleming, Attorney for Plaintiff, Chad Westendorf, as Personal Representative of the Estate of Gloria Satterfield, with consent of Richard A. Murdaugh, the Defendant, IT IS HEREBY STIPULATED by and between the parties that the above captioned matter be dismissed pursuant to Rule 41(a)(1).

DATED this __5th__ day of October, 2020.

WE STIPULATE:

_____
Cory H. Fleming
Attorney for Plaintiff
Chad Westendorf, as PR of the
Estate of Gloria Satterfield

ELECTRONICALLY FILED - 2020 Oct 06 1:48 PM - HAMPTON - COMMON PLEAS - CASE#2018CP2500505

**STIPULATION OF DISMISSAL**
*Chad Westendorf, as PR of the Estate of Gloria Satterfield vs. Richard A. Murdaugh*
Case No.: 2018CP2500505

**WE STIPULATE:**

_____
Richard A. Murdaugh
Defendant