# EPTING & RANNIK

ATTORNEYS AT LAW

ANDREW K. EPTING, JR. · AKE@EPTING-LAW.COM
JAAN G. RANNIK · JGR@EPTING-LAW.COM
CLINTON T. MAGILL · CTM@EPTING-LAW.COM

May 24, 2023

**VIA US MAIL**

Phillip D. Barber, Esquire
Harpootlian Law Firm
Post Office Box 1090
Columbia  SC  29201

    RE:    *Nautilus*

Dear Phillip:

In light of the most recent pleading filed by Murdaugh I am writing to advise that there is no coverage under the Nautilus policy #PU386804 as conceded by Murdaugh. There was no occurrence as there were no dogs, and Ms. Satterfield was not there to pick up a check related to work for Murdaugh's parents. This letter will serve as a denial of coverage based upon the pleading.

Sincerely,

EPTING & RANNIK

Jaan G. Rannik, Esquire
JGR/rhm