Nautilus Insurance Group
Nautilus Insurance Company
7233 E. Butherus Drive
Scottsdale, AZ 85260
480-951-0905



MURPHY & GRANTLAND PA
4406 B FOREST DRIVE
COLUMBIA, SC 29206
US

| Check Date<br>Apr 18 2019 | Reference Number<br>000012578R | Supplier Number<br>0000050750 | Pay Group<br>CL | AP Unit<br>10075 | Print Group Code<br>HD | Check Number<br>000012578R |
|---|---|---|---|---|---|---|
| Policy Number | PU386801 | | | | | |
| Insured | Richard Alexander Murdaugh | | | | | |
| Date of Loss | 02/02/2018 | | | | | |
| Reported Date of Loss | 03/10/2018 | | | | | |
| Claims System ID | ESCCPRD:1411422 | | | | | |
| Claim Number | 10096368 | | | | | |
| Claimant Name | Gloria Satterfield | | | | | |
| Supplier Invoice Date | 04/17/2019 | | | | | |
| Supplier Invoice Number | ESCCPRD:1411422 | | | | | |
| Service Dates | | | | | | |
| Adjuster Name | Amy Coryer-Miller (Nautilus Liability 3) | | | | | |
| Agency Code | | | | | | |
| Agency Name | | | | | | |
| Pay Amount | $ 3,800,000.00 | | | | | |
| Memo / Description | Full and Final Release of all Claims | | | | | |

| Page 1 Summary | Total Paid Count | 1 | Total Paid Amount | $ 3,800,000.00 *** |
|---|---|---|---|---|
| Page 1 through 1 Summary | Total Paid Count | 1 | Total Paid Amount | $ 3,800,000.00 *** |

WARNING: DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

WR8C

Berkley Insurance Company
Nautilus Insurance Company
For Questions Please Call: 480-951-0905
Claim No: 10096368
In Payment Of: Claim N900010096368

WELLS FARGO BANK, N.A.

56-382/412

0000125788

Date  04/18/2019                    Pay Amount  $ 3,800,000.00 ***

Pay     **** THREE MILLION EIGHT HUNDRED THOUSAND AND XX/100 DOLLAR ****

To The Order Of

CHAD WESTENDORF AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
GLORIA SATTERFIELD & MOSS KUHN & FLEMING PA AS ATTORNEY

THIS CHECK EXPIRES AND IS VOID 90 DAYS FROM ISSUE DATE

_Authorized Signature_

_Authorized Signature_

⑈"000012578B⑈" ⑆:041203824⑆: 9600100664⑈"

Westentdorf-000060

1331454



Westentdorf-000061