DDA Credits - 3/4/2019



Palmetto State 053202596
Hampton
2019-03-04
0025673934

---

**ALEX MURDAUGH**
101 MULBERRY ST E
HAMPTON, SC 29924-3421

519
67-448/539 SC
0491

Date 3-4-19

Pay to the Order of: Palmetto State Bank        $ 400,000.00

Four Hundred Thousand & 00/100 ———  Dollars

**Bank of America**        Wealth Management Banking
ACH R/T 053904483

For _____        [signature]

⑆053904483⑆   223013516779⑈0519

Transit - 3/4/2019

---

0025673935

Palmetto State 053202596
Hampton
2019-03-04
0025673935

For Deposit to Credit of
the within named Payee
Absence of Endorsement
Guaranteed
PALMETTO STATE B6
Hampton SC

For Deposit Only
6940 to 992
Palmetto State Bank

Transit - 3/4/2019

**CONFIDENTIAL**

PSB 000845