# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br> Petitioner, <br><br> vs. <br><br> RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, PALMETTO STATE BANK, and THE UNITED STATE OF AMERICA, <br><br> Respondents. | Case No.: 2:22-cv-1307-RMG <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO NAUTILUS'S RESPONSE IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY PSB AND WESTENDORF** |

Pursuant to Local Rule 6.01, Defendant Palmetto State Bank ("PSB") and Defendant Chad Westendorf ("Westendorf") hereby move this Court for a seven day extension of time, until Friday, August 18, 2023, to reply to Plaintiff Nautilus Insurance Company's Response in Opposition, (ECF Entry No. 142), to PSB's and Westendorf's Motions for Summary Judgment, (ECF Entry Nos. 131 and 135). The current deadline to reply is Friday, August 11, 2023. The deadline has not previously been extended; and the requested extension will not affect any other deadlines.

On the date of the current deadline, August 11, 2023, PSB and Westendorf also face deadlines in this case to respond to Nautilus's Motion for Leave to Amend, (ECF Entry No. 134). PSB also must reply to Nautilus's Response to PSB's Motion to Seal, (ECF Entry No. 141). The additional time requested by this Motion will alleviate the burden caused by this incidental scheduling overlap and afford undersigned counsel the time required to dedicate the proper attention and analysis to each submission.

Counsel for the undersigned have conferred with counsel for the Plaintiff who reports the Plaintiff does not object to the requested extension. Therefore, PSB and Westendorf respectfully request the Court enter an order extending the deadline, to August 18, 2023, for PSB and

Westendorf to reply to Plaintiff Nautilus Insurance Company's Response in Opposition, (ECF Entry No. 142).

        WE SO MOVE.

        /s/ *Thomas P. Gressette, Jr.*
        **G. Trenholm Walker (Fed ID# 4487)**
        Direct: (843) 727-2208
        Email: Walker@WGLFIRM.com
        **Thomas P. Gressette, Jr. (Fed ID# 7261)**
        Direct: (843) 727-2249
        Email: Gressette@WGLFIRM.com
        **James W. Clement (Fed ID# 12720)**
        Direct: (843) 727-2224
        Email: Clement@WGLFIRM.com

        **WALKER GRESSETTE & LINTON, LLC**
        Mail: P.O. Drawer 22167, Charleston, SC 29413
        Office: 66 Hasell Street, Charleston, SC 29401
        Phone: (843) 727-2200

        ***ATTORNEYS FOR PALMETTO STATE BANK***

August 9, 2023
Charleston, South Carolina

        WE SO MOVE.

        */s/ Christy Ford Allen*
        **John A. Massalon (Federal ID #5227)**
        Email: jmassalon@wmalawfirm.net
        **Christy Ford Allen (Federal ID #7549)**
        Email: callen@wmalawfirm.net
        **WILLS MASSALON & ALLEN LLC**
        Mail: Post Office Box 859, Charleston, SC 29402
        Phone: (843) 727-1144

        ***ATTORNEYS FOR CHAD WESTENDORF***

August 9, 2023
Charleston, South Carolina