# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, | C/A No.: 2:22-cv-1307-RMG |
| Plaintiff, | |
| v. | **RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |
| Richard Alexander Murdaugh, Sr.; Cory Fleming, Moss & Kuhn, P.A.; Chad Westendorf; *and* Palmetto State Bank, | |
| Defendants. | |

Defendant Richard Alexander Murdaugh, Sr., through undersigned counsel, hereby responds in opposition to the motion of Plaintiff Nautilus Insurance Company for leave to amend the amended complaint (ECF No. 134). Mr. Murdaugh opposes leave to file the proposed second amended complaint because it fails to join necessary parties Michael (Tony) Satterfield and Brian Harriott. Those parties are necessary to this action for the reasons set forth in Mr. Murdaugh's pending motion to compel joinder or to dismiss for failure to join necessary parties (ECF No. 133). Mr. Murdaugh does not otherwise oppose leave to amend.

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian, Fed. ID No. 1730
Phillip D. Barber, Fed. ID No.12816
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

James M. Griffin, Fed. ID No. 1053
Margaret N. Fox, Fed. ID No. 10576

                                              GRIFFIN DAVIS, LLC
                                              4408 Forest Dr., Suite 300 (29206)
                                              P.O. Box 999 (29202)
                                              Columbia, South Carolina
                                              (803) 744-0800
                                              jgriffin@griffindavislaw.com
                                              mfox@griffindavislaw.com

                                              ATTORNEYS FOR DEFENDANT RICHARD ALEXANDER MURDAUGH, SR.

August 10, 2023
Columbia, South Carolina.