# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company,<br><br>             Plaintiff,<br>v.<br><br>Richard Alexander Murdaugh, Sr.; Cory Fleming, Moss & Kuhn, P.A.; Chad Westendorf; *and* Palmetto State Bank,<br><br>             Defendants. | C/A No.: 2:22-cv-1307-RMG<br><br>**STATUS REPORT** |

Defendant Richard Alexander Murdaugh, Sr., has no interest or position regarding the phasing of Plaintiff's discovery directed at his co-Defendants. Mr. Murdaugh intends to issue discovery requests to Nautilus regarding his statute of limitations and laches defenses, and then to move for summary judgment based on those defenses. It is his understanding the phasing of discovery will not affect his ability to issue discovery requests to Nautilus, which he can complete well within the existing discovery deadline of November 28, 2023.

However, Mr. Murdaugh alerts the Court that his criminal trial on the Satterfield-related charges has been set to begin on November 27, 2023, only two months from present. Mr. Murdaugh can only be deposed with leave of the Court. Fed. R. Civ. P. 30(a)(2)(B). Mr. Murdaugh asks that the Court condition any such leave on the deposition being set after his criminal trial and extend discovery deadlines accordingly. If the trial schedule changes, Mr. Murdaugh will promptly notify the Court.

                        Respectfully submitted,

                        s/Phillip D. Barber
                        Richard A. Harpootlian (Fed. ID No. 1730)
                        Phillip D. Barber (Fed. ID No. 12816)
                        RICHARD A. HARPOOTLIAN, P.A.

1

        1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

James M. Griffin, Fed. ID No. 1053
Margaret N. Fox, Fed. ID No. 10576
GRIFFIN HUMPHRIES, LLC
4408 Forest Dr., Suite 300 (29206)
P.O. Box 999 (29202)
Columbia, South Carolina
(803) 744-0800
jgriffin@griffinhumphries.com
mfox@griffinhumphries.com

ATTORNEYS FOR PLAINTIFF

September 25, 2023
Columbia, South Carolina.