UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>RICHARD ALEXANDER MURDAUGH, SR., CORY FLEMING, MOSS & KUHN, P.A., CHAD WESTENDORF, and PALMETTO STATE BANK,<br><br>        Defendants. | Case No. 2:22-cv-1307-RMG<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

    WHEREAS discovery in this matter has been segmented into phases;

    WHEREAS, the Court directed the Parties to attempt to agree on a scheduling order;

    NOW, THERFORE, Plaintiff Nautilus Insurance Company ("Nautilus"), with the consent of all Defendants, moves this Honorable Court pursuant to Local Rule 6.01 for an Order amending the scheduling order.

    The scheduling order has been previously amended, once at the outset of the case [ECF No. 73], again in December 2022 [ECF No. 98], and a third time following the lifting of the stay in this matter relating to Defendant Murdaugh's state murder trial [ECF No. 112]. Nautilus now requests that the current scheduling order be amended per the attached proposed Fourth Amended Scheduling Order. **Exh. A**.

**[signatures on following page]**

|  |  |
|---|---|
| | **Respectfully submitted:** |
| This 8th day of November, 2023<br>Charleston, South Carolina. | /s/ *Jaan Rannik*<br>EPTING & RANNIK, LLC<br>Jaan G. Rannik (Fed I.D. No. 12621)<br>Clinton T. Magill (Fed I.D. No. 12459)<br>46A State Street<br>Charleston, SC 29401<br>P: (843) 377-1871<br>F: (843) 377-1310<br>jgr@epting-law.com<br>ctm@epting-law.com<br><br>*COUNSEL FOR PLAINTIFF NAUTILUS INSURANCE COMPANY* |

**WE CONSENT:**

| | |
|---|---|
| /s/ *Phillip D. Barber*<br>GRIFFIN DAVIS, LLC<br>James M. Griffin, Esq., (FED #1053)<br>Margaret N. Fox, Esq., (FED #10576)<br>4408 Forest Dr., Suite 300<br>Columbia, South Carolina, 29206<br>Ph: (803) 744-0800<br>jgriffin@griffindavislaw.com<br>mfox@griffindavislaw.com<br><br>AND<br><br>Richard A. Harpootlian, Esq., (FED #1730)<br>Phillip D. Barber, Esq., (FED #12816)<br>RICHARD A. HARPOOTLIAN, P.A.<br>1410 Laurel Street<br>Columbia, South Carolina 29201<br>Ph: (803) 252-4848<br>rah@harpootlianlaw.com<br>pdb@harpootlianlaw.com<br><br>*COUNSEL FOR RICHARD ALEXANDER MURDAUGH, SR.* | /s/ *Robert H. Hood, Jr.*<br>HOOD LAW FIRM, LLC<br>Robert H. Hood, Jr. (Fed I.D. 6998)<br>Maryrose P. Williamson (Fed I.D. 12802)<br>172 Meeting Street<br>P.O. Box 1508<br>Charleston, SC 29402<br>P: (843) 577-4435<br>F: (843) 722-1630<br>Bobbyjr.hood@hoodlaw.com<br>Maryrose.williamson@hoodlaw.com<br><br>*COUNSEL FOR DEFENDANT MOSS & KUHN, P.A.* |

| | |
|---|---|
| */s/ Thomas A. Pendarvis*_____<br>Thomas A. Pendarvis (Fed. Id. 5785)<br>PENDARVIS LAW OFFICES, P.C.<br>710 Boundary Street, Suite 1-A<br>Beaufort, SC 29902<br>843.524.9500<br>Thomas@PendarvisLaw.com<br><br>*COUNSEL FOR DEFENDANT CORY FLEMING* | */s/ Thomas P. Gressette, Jr.*_____<br>WALKER GRESSETTE & LINTON, LLC<br>Thomas P. Gressette, Jr. (Fed ID# 7261)<br>G. Trenholm Walker (Fed ID# 4487)<br>James W. Clement (Federal ID #12720)<br>66 Hasell Street, Charleston, SC 29401<br>P.O. Drawer 22167, Charleston, SC<br>P: (843) 727-2200<br>Gressette@WGLFIRM.com<br>Walker@WGLFIRM.com<br>Clement@WGLFIRM.com<br><br>*COUNSEL FOR DEFENDANT PALMETTO STATE BANK* |
| */s/Christy Ford Allen*_____<br>WILLS MASSALON & ALLEN LLC<br>John A. Massalon (Federal ID #5227)<br>Christy Ford Allen (Federal ID #7549)<br>Post Office Box 859<br>Charleston, South Carolina 29402<br>P: (843) 727-1144<br>jmassalon@wmalawfirm.net<br>callen@wmalawfirm.net<br><br>*COUNSEL FOR DEFENDANT CHAD WESTENDORF* | |