IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ALEXANDER MURDAUGH, SR., et al.,<br><br>    Defendant(s). | C/A No.:  2:22-CV-1307 - RMG<br><br>**FOURTH AMENDED SCHEDULING ORDER** |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court and with the consent of all Parties, the Third Amended Scheduling Order [ECF #112] filed in this case on April 20, 2023 is amended to provide a schedule as follows for Phase 1 of discovery delineated by the Court:

1. <u>Phase 1 Expert Witnesses:</u>  Parties shall file and serve a document identifying any witness they expect to call to testify as an expert at trial relating to the issues in Phase 1 of discovery by full name, address, and telephone number and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:

    Plaintiff: **December 15, 2023**
    Defendant: **February 15, 2024**

2. <u>Discovery</u>: Phase 1 of Discovery shall be completed no later than **March 15, 2024**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

3. <u>Dispositive Motions:</u> All dispositive motions relating to Phase 1 of discovery shall be filed on or before **April 1, 2024.**  Oppositions or responses to any Phase 1 dispositive motions shall be filed on or before **April 24, 2024.**  Any replies to oppositions or responses shall be filed on or before **May 3, 2024.**

Following resolution of any dispositive motions relating to Phase 1, a schedule (subject to the Court's approval)  will be entered for the remainder of the case.

November 17, 2023                              s/ Richard Mark Gergel
Charleston, South Carolina                  Richard M. Gergel
                                                     United States District Judge