# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, ) | |
| ) | |
| Plaintiff, ) | C/ A. No.: 2:22-1307-RMG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Richard Alexander Murduagh, Sr., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the Court on Plaintiff's motion to take the deposition of Defendant Cory Fleming, an incarcerated person, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). (Dkt. No. 176). Defendant Fleming has filed a response indicating he does not oppose the motion. (Dkt. No. 177). For good cause shown, the motion to take the deposition of Defendant Fleming is granted. Plaintiff is to make arrangements with federal prison officials to take the deposition of Defendant Fleming.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

December 14, 2023
Charleston, South Carolina