UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>vs.<br><br>Richard Alexander Murdaugh, Sr., Cory Fleming, MOSS & KUHN, P.A., Chad Westendorf, and PALMETTO STATE BANK,<br><br>                        Defendants. | Civil Action No. 2:22-cv-1307-RMG<br><br>**DEFENDANT CORY FLEMING'S MOTION FOR SUMMARY JUDGMENT** |

YOU WILL PLEASE TAKE NOTICE THAT pursuant to FED. R. CIV. P. 56(a), Defendant, Cory Fleming ("Mr. Fleming"), moves for an Order granting summary judgment in favor of Mr. Fleming on the claims asserted on behalf of Plaintiff, NAUTILUS INSURANCE COMPANY ("Nautilus"), in its Second Amended Complaint (Dkt. 154). This is a "no evidence" motion for summary judgment.

                                                      Respectfully submitted,

                                                      /s/ *Thomas A. Pendarvis*
                                                      Thomas A. Pendarvis (Fed. Id. 5785)
                                                      710 Boundary Street, Suite 1-A
                                                      Beaufort, SC 29902
                                                      843.524.9500
                                                      Thomas@PendarvisLaw.com

                                                      Counsel for Defendant, Cory Fleming

Beaufort, South Carolina

April 1, 2024