WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

Berkley Insurance Company
Nautilus Insurance Company
For Questions Please Call: 480-951-0905
Claim No: 10096368
In Payment Of: Claim N900010096368

WELLS FARGO BANK, N.A.

56-382/412

WRBC
0000125788

| Date | 04/18/2019 | Pay Amount | $ 3,800,000.00 *** |

Pay    **** THREE MILLION EIGHT HUNDRED THOUSAND AND XX/100 DOLLAR ****

To The Order Of

THIS CHECK EXPIRES AND IS VOID 90 DAYS FROM ISSUE DATE

CHAD WESTENDORF AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
GLORIA SATTERFIELD & MOSS KUHN & FLEMING PA AS ATTORNEY

_____
Authorized Signature

_____
Authorized Signature

⑈0000125788⑈ ⑆041203824⑆ 9600100664⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

EXHIBIT 18

NAUTILUS_002565

1331454

PAY TO THE ORDER OF
BB&T SC
BEAUFORT, SC 29901
FOR DEPOSIT ONLY
MOSS, KUHN & FLEMING, P.A.
IOLTA TRUST ACCOUNT
5127071626

WARNING! DO NOT ACCEPT THE CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND FOLD ALONG LINE ON THE FACE THAT FADES AND RETURNS WHEN UNWARPED

NAUTILUS_002566