# EPTING & RANNIK

ATTORNEYS AT LAW

ANDREW K. EPTING, JR. · ake@epting-law.com
JAAN G. RANNIK · jgr@epting-law.com
CLINTON T. MAGILL · ctm@epting-law.com

April 12, 2024

**VIA CM/ECF**

The Honorable Richard M. Gergel
United States District Court Judge
District of South Carolina

  RE: *Nautilus v. Murdaugh et al.*, No. 2:22-cv-01307-RMG

**Notice of Withdrawal of Motion to File Under Seal [ECF No. 186]**

Dear Judge Gergel:

On April 1, 2024, Nautilus Insurance Company ("Nautilus") filed a Motion to File Exhibit Under Seal [ECF No. 186] (the "Motion"). The exhibit in question was marked confidential by Defendants Palmetto State Bank and Chad Westendorf. Nautilus has reached an agreement with those Defendants regarding a less restrictive means of protecting the confidential information within the exhibit in question, rendering the Motion unnecessary.

Accordingly, Nautilus withdraws the Motion and will substitute the current placeholder exhibit with a redacted exhibit as agreed between counsel.

With thanks and kindest regards,

EPTING & RANNIK

*/s/ Jaan Rannik*

Jaan G. Rannik

Cc: All counsel of record (via CM/ECF)