UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Alexander Murdaugh, Sr., Cory Fleming, MOSS & KUHN, P.A., Chad Westendorf, and PALMETTO STATE BANK,<br><br>Defendants. | Civil Action No. 2:22-cv-1307-RMG<br><br>**CONSENT MOTION TO ENTER FIFTH AMENDED SCHEDULING ORDER** |

Defendant Cory Fleming, through his undersigned counsel, files this motion by consent under Rule 6.01 of the District of South Carolina Local Civil Rules, hereby move this honorable Court to enter the proposed Consent Fifth Amended Scheduling Order in this matter to extend the oppositions and responses to Dispositive Motions deadline from April 24, 2024 to May 1, 2024 and to extend the deadline for any replies to oppositions or responses from May 3, 2024 to May 10, 2024, under the Fourth Amended Scheduling Order (ECF # 175). Counsel for the Plaintiff and counsel for all Defendants have conferred and the grounds for this Motion are founded on other professional obligations materially limiting the time available to prepare responses and oppositions in time for filing within the current response deadline.

The scheduling order has been previously amended, once at the outset of the case [ECF No. 73], again in December 2022 [ECF No. 98], a third time following the lifting of the stay in this matter relating to Defendant Murdaugh's state murder trial [ECF No. 112], and again for a fourth time on November 17, 2023 [EFC No. 175], Defendant Cory Fleming now requests that the current scheduling order be amended per the attached proposed Fifth Amended Scheduling Order (**Exhibit 1**).

WHEREFORE, Plaintiff and all Defendants respectfully ask this Court to enter a Consent Fifth Amended Scheduling Order extending the oppositions and responses to Dispositive Motions deadline from April 24, 2024 to May 1, 2024 and extending the deadline for any replies to oppositions or responses from May 3, 2024 to May 10, 2024.

**WE SO MOVE:**

/s/ Thomas A. Pendarvis
Thomas A. Pendarvis (Fed. Id. 5785)
PENDARVIS LAW OFFICES, P.C.
710 Boundary Street, Suite 1-A
Beaufort, SC 29902
(843) 524-9500
Thomas@PendarvisLaw.com

*Counsel for Defendant Cory Fleming*

**WE CONSENT:**

*/s/ Jaan Rannik*
EPTING & RANNIK, LLC
Charleston, South Carolina
Jaan G. Rannik (Fed. ID No. 12621)
Clinton T. Magill (Fed. ID No. 12459)
46A State Street
Charleston, SC 29401
P: (843) 377-1871
F: (843) 377-1310
jgr@epting-law.com
ctm@epting-law.com

*Counsel for NAUTILUS INSURANCE COMPANY*

**[Signatures Continue on Next Page]**

/s/ John A. Massalon
John A. Massalon (Federal ID #5227)
Christy Ford Allen (Federal ID #7549)
WILLS MASSALON & ALLEN, LLC
P.O. Box 859
Charleston, South Carolina 29402
P: (843) 727-1144
jmassalon@wmalawfirm.net
callen@wmalawfirm.net

**Counsel for Defendant Chad Westendorf**

/s/ Thomas P. Gressette, Jr.
Thomas P. Gressette, Jr. (Fed ID# 7261)
G. Trenholm Walker (Fed ID# 4487)
James W. Clement (Federal ID #12720)
WALKER GRESSETTE & LINTON, LLC
66 Hasell Street, Charleston, SC 29401
P.O. Drawer 22167, Charleston, SC
P: (843) 727-2200
Gressette@WGLFIRM.com
Walker@WGLFIRM.com
Clement@WGLFIRM.com

**Counsel for Defendant Palmetto State Bank**

/s/ Robert H. Hood, Jr.
Robert H. Hood, Jr. (Fed I.D. 6998)
Maryrose P. Williamson (Fed I.D. 12802)
HOOD LAW FIRM, LLC
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402
P: (843) 577-4435
F: (843) 722-1630
Bobbyjr.hood@hoodlaw.com
Maryrose.williamson@hoodlaw.com

**Counsel for Defendant, Moss & Kuhn, P.A.**