UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Richard Alexander Murdaugh, Sr., Cory Fleming, MOSS & KUHN, P.A., Chad Westendorf, and PALMETTO STATE BANK,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:22-cv-1307-RMG<br><br>**FIFTH AMENDED CONSENT SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court and with the consent of all Parties, the Fourth Amended Scheduling Order [ECF #175] filed in this case on November 17, 2023 is amended to provide a schedule as follows for Phase 1 of discovery delineated by the Court:

1. Dispositive Motions: Oppositions or responses to any Phase 1 dispositive motions shall be filed on or before **May 1, 2024.** Any replies to oppositions or responses shall be filed on or before **May 10, 2024.**

Following resolution of any dispositive motions relating to Phase 1, a schedule (subject to the Court's approval) will be entered for the remainder of the case.

April 19, 2024　　　　　　　　　　　　　s/Richard Mark Gergel
Charleston, South Carolina　　　　　　　Richard M. Gergel
　　　　　　　　　　　　　　　　　　　United States District Judge