# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RICHARD ALEXANDER MURDAUGH, SR., )<br>CORY FLEMING, MOSS & KUHN, P.A., CHAD )<br>WESTENDORF, PALMETTO STATE BANK, )<br>and THE UNITED STATE OF AMERICA, )<br>)<br>Respondents. ) | C/A No. 2:22-cv-1307-RMG<br><br>**CONSENT MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Defendants Palmetto State Bank and Defendant Chad Westendorf hereby move the Court for an extension of time, until July 23, 2024 (seven additional days), to file responses to Plaintiff, Nautilus Insurance Company's Motion for Reconsideration, (ECF Entry 219), pursuant to Local Civil Rule 6.01. The requested extension of the deadline is necessary due to other pending matters involving PSB's undersigned attorneys and previously scheduled time out of the office taken after the filing of the Plaintiff's Motion for Reconsideration. The current deadline to respond to the Motion is today, July 16, 2024; the deadline has not previously been extended; and the requested extension of the deadline, if granted, would not affect any other deadlines.

Counsel for the Plaintiff has consented to this request. Therefore, Defendants Palmetto State Bank and Chad Westendorf request that the Court grant this Motion and issue an Order extending the deadline to July 23, 2024, for responding to Plaintiff's Motion for Reconsideration.

| | |
|---|---|
| **WE SO MOVE:** | **WE SO MOVE:** |
| *s/ James W. Clement* | *s/ Christy F. Allen* |
| **G. Trenholm Walker (Fed ID #4487)** | **John A. Massalon (Fed ID #5227)** |
| Direct: (843) 727-2208 | **Christy Ford Allen (Fed ID #7549)** |
| Email: Walker@WGLFIRM.com | |
| **Thomas P. Gressette, Jr. (Fed ID #7261)** | **WILLS MASSALON & ALLEN LLC** |
| Direct: (843) 727-2249 | Post Office Box 859 |
| Email: Gressette@WGLFIRM.com | Charleston, South Carolina 29402 |
| **James W. Clement (Fed ID #12720)** | (843) 727-1144 |
| Direct: (843) 727-2224 | jmassalon@wmalawfirm.net |
| Email: Clement@WGLFIRM.com | callen@wmalawfirm.net |
| | |
| **WALKER GRESSETTE & LINTON, LLC** | *ATTORNEYS FOR DEFENDANT* |
| P.O. Drawer 22167, Charleston, SC 29413 | *CHAD WESTENDORF* |
| 66 Hasell Street, Charleston, SC 29401 | |
| P: (843) 727-2200 | |
| | |
| *ATTORNEYS FOR DEFENDANT* | |
| *PALMETTO STATE BANK* | |

**WE CONSENT:**

**EPTING & RANNIK, LLC**

*s/ Jaan G. Rannik*
**Jaan G. Rannik (Fed ID No. 12621)**
**Clinton T. Magill (Fed ID No. 12459)**
**46A State Street**
**Charleston, SC 29401**
**P: (843) 377-1871**
**F: (843) 337-1310**
jgr@epting-law.com
ctm@epting-law.com

*ATTORNEYS FOR PLAINTIFF*
*NAUTILUS INSURANCE COMPANY*

Charleston, South Carolina
July 16, 2024