**JUDGE RICHARD M. GERGEL**
**JURY SELECTION INSTRUCTIONS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON AND BEAUFORT DIVISIONS**

Please take notice that **JURY SELECTION has been set for this case.**

**Trial will begin immediately following the jury selection**.

Please see the ECF Notice of Electronic Filing for the specific jury selection and trial dates.

***Parties should be present no later than 9:00 AM.  Jury Selection will begin at 10 AM.

Courtroom #1, J. Waties Waring Judicial Center, 83 Meeting St, Charleston, S.C.

<u>**ATTORNEYS RECEIVING THIS NOTICE MUST NOTIFY THEIR CLIENTS OF**</u>

<u>**THE DATES AND TIMES OF THESE EVENTS**</u>.

Criminal defendants will **NOT** receive notice from the Clerk of Court.

**JUROR QUESTIONNAIRES** will be available to counsel of record through CM/ECF seven (7) days prior to jury selection.

To obtain access to the jury list and juror questionnaires: COMPLETE and FILE the Juror Questionnaire Request Form (located on the Court's website). The information contained within these documents shall be used solely for evaluating potential jurors for jury service and is not to be used or distributed for any other purpose.  Any person wanting to obtain this information for any other purpose must petition the Court for a hearing.  If you have any questions about this procedure, please call the Jury Administrator at (803) 253-3198.

Attorneys are required to **CONFER AND SUBMIT A JOINT LIST OF POTENTIAL STRIKES FOR CAUSE** using the attached **Strikes for Cause** form. This form must be submitted to chambers by e-mail no later than*<u>**8:00 AM on Thursday, January 2, 2025.**</u>

If a form is not received, you will be waiving your option to strike for cause.

**VOIR DIRE** requests shall be filed/submitted to the court <u>at least one week prior to jury selection</u>.

**PLEASE NOTE: THE JUROR QUESTIONNAIRE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

To access the forms and information referred to herein, please use the following directions:

- The web address is        http://www.scd.uscourts.gov/
- **Click** on *Judges*
- **Click** on *District Judges*
- **Scroll down** to *Judge Richard Mark Gergel*


Should you have any questions or need additional information concerning this jury selection notice, please contact Crystal Perry in the Charleston Clerk's Office at (843) 579-1417.


BY DIRECTION OF THE COURT:

ROBIN L. BLUME, CLERK

UNITED STATES DISTRICT COURT


October 8, 2024

United States District Court for the District of South Carolina

The Honorable Richard Mark Gergel

<u>Strikes for Cause</u>

(Based on Responses from Court Questionnaires)

Case Name                                        Case Number

| Juror # | Juror Name | Question # at Issue | Concern (if not self-evident) | Parties Agree | Opposed By |
|---|---|---|---|---|---|
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |

Attorneys must **<u>confer</u>** and use this form to  **<u>submit a joint list</u>** of potential strikes for cause.

PLEASE E-MAIL THIS FORM TO:   gergel_ecf@scd.uscourts.gov

**<u>*Due no later than 8:00 AM</u> on Thursday, January 2, 2025.***