# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE COMMUNICATIONS WITH JURORS         ) ) ) ) | **STANDING ORDER OF JUDGE GERGEL** |

The following standing order is hereby issued and is applicable to all civil and criminal cases tried before Judge Gergel:

In a civil or criminal case, no attorney or party litigant shall personally, or through any investigator or other person acting for the attorney or party litigant, initiate or attempt to initiate any interview, examination, or questioning of any juror, alternate juror, or discharged juror with respect to the verdict or deliberations of the jury except with leave of Court granted upon good cause shown and upon such conditions as the Court shall fix.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

October ＿, 2023
Charleston, South Carolina