# EXHIBIT 2

| STATE OF SOUTH CAROLINA | FILED | ) | IN THE COURT OF GENERAL SESSIONS |
|---|---|---|---|
| COUNTY OF BEAUFORT | SEP 14 2023 | ) | |
| STATE VS. | MARGARET J. SELF CLERK, SC STATE GRAND JURY | ) ) ) | INDICTMENT/CASE#: 2021-GS-47-00030, Ct. 15 |

Cory Howerton Fleming
AKA:
Race: White    Sex: Male    Age: 54
DOB:              SS#:
Address:
City, State, Zip: Beaufort, SC 29902
DL#*                SID# SC00598888

A/W#: Direct Indictment
Date of Offense: May 1, 2019 – May 31, 2019
S.C. Code §: 38-55-540(A)(4)
CDR Code #: 3553

**SENTENCE SHEET**

RECEIVED
Sep 22 2023
SC Court of Appeals

*CDL Yes ☐ No ☐ CMV Yes ☐ No ☐ Hazmat Yes ☐ No ☐

In disposition of the above indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS

TO: False Statement or Misrepresentation (Insurance Fraud), Value $50,000 or More
(0-10 Years &/or $20,000-$100,000 Fine)

In violation of § 38-55-540(A)(4) of the S.C. Code of Laws, bearing CDR Code # 3553

☐ NON-VIOLENT   ☐ VIOLENT   ☐ SERIOUS   ☐ MOST SERIOUS   ☐ Mandatory GPS   ☐ § 17-25-45
(CSC w/minor 1st or CSC w/minor 3rd)

The charge is: ☒ As indicted,   ☐ Lesser Included Offense,   ☐ Defendant Waives Presentment to Grand Jury. _____ (def.'s initials)

The plea is: ☐ Without Negotiations or Recommendation,   ☐ Negotiated Sentence,   ☐ Recommendation by the State.
ATTEST:

_____   12155         _____         _____   6920
Attorney General    SC Bar #    Defendant                    Attorney for Defendant       SC Bar #

WHEREFORE, the Defendant is committed to the ☒ State Department of Correction   ☐ County Detention Center,

for a determinate term of __5__ days/months/years/Time Served   ☐ Youthful Offender Act not to exceed ____ years

and/or to pay a fine of $____; provided that upon the service of ____ days/months/years/Time Served and or payment

of $____; plus costs and assessments as applicable*; the balance is suspended with **probation** for _____

months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.

The sentence shall run
☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: _____

☒ The Defendant is to be given credit for time served pursuant to S.C. Code § 24-13-40 to be calculated and applied by SCDOC.
    _____ days/months
    ☐ To include time spent on monitored house arrest prior to trial and sentencing.
☐ The Defendant Shall be Released from County Detention Center.

Pursuant to 18 U.S.C. § 922 and § 16-25-30 it is unlawful for a person convicted of a violation of § 16-25-20 or § 16-25-65 (Domestic Violence) to ship, transport, possess, or receive a firearm or ammunition.

STATE VS. CORY HOWERTON FLEMING     INDICTMENT/CASE#: 2021 -GS- 47 - 00030, Ct.15

## SPECIAL CONDITIONS:

☐ **PTUP** after _____ months/years
**And Other Terms Listed Below:**

☐ Substance Abuse Counseling ☐ Completion of GED ☐ Random Drug/Alcohol Testing

☐ Attend Voc. Rehab. Or Job Corp ☐ No Contact with Victim ☐ Domestic Violence Intervention Program

☐ Mental Health Counseling ☐ May serve W/E beginning: _____

☐ Sex Offender Registry pursuant to S.C. Code § 23-3-430 ☐ Public Service Employment _____ days/hours

☐ Central Registry of Child Abuse and Neglect pursuant to S.C. Code § 17-25-135.

☐ Other: _____

☐ **RESTITUTION:** ☑ Deferred ☐ Def. Waives Hearing ☐ Ordered

Total $_____ plus 20% fee: _____ $_____

Payment Terms: _____ ☐ Set by SCDPPPS

Recipient: _____

*Fine: $_____
Fine may be pd. in equal consecutive weekly/monthly pmts. of $_____ Beginning _____

| Statute | Amount | Paid |
|---|---|---|
| §14-1-206 (Assessments 107.5%) | | $ |
| §14-1-211 (A)(1)(Conv. Surcharge) | $100 | $ 100 |
| §14-1-211 (A)(2)(DUI Surcharge) | $100 | $ |
| §56-5-2995 (DUI Assessment) | $12 | $ |
| §56-1-286 (DUI Breath Test) | $25 | $ |
| §14-1-212 (Law Enforce. Funding) | $25 | $ 25 |
| §14-1-213 (Drug Court Surcharge) | $150 | $ |
| §34-11-70(b)and(c), and 34-11-90(c)and(d) (Admin Fraud Check Court Costs) | $41 | $ |
| §50-21-114 (BUI Breath Test Fee) | $50 | $ |
| §56-5-2942(J) (Vehicle Assessment) | $40/ea | $ |
| 3% to County (if paid in installments) | TBD | $ 3.75 |
| ☐ Appointed PD or appointed other counsel, Proviso requires $500 be paid to Clerk during probation and shall be collected before any other fees | $500 | $ |
| ☐ § 17-3-30(B) Unpaid Application Fee to be paid to the Public Defender Fund | TBD | $ |
| | **TOTAL** | $ 128.75 |

Clerk of Court/Deputy Clerk: *Margaret J Self*
Court Reporter: *Cathy Provost*

Presiding Judge: *C. Warn*
Judge Code: 2127
Sentence Date: Sept. 14, 2023
*Sentencing deferred*

SCCA/217 (07/2021)    Page 2 of 2