# EPTING & RANNIK

ATTORNEYS AT LAW

ANDREW K. EPTING, JR. · AKE@EPTING-LAW.COM
JAAN G. RANNIK · JGR@EPTING-LAW.COM
CLINTON T. MAGILL · CTM@EPTING-LAW.COM

December 6, 2024

**VIA E-FILING**

The Honorable Richard Gergel
U.S. District Judge
P. O. Box 835
Charleston, SC 29402

RE:   *Nautilus Insurance Company v. Richard Alexander Murdaugh, Jr., et al.*
      Civil Action No. 2:22-cv-01307-RMG

Dear Judge Gergel:

Per the Court's Text Order of October 7, 2024 (ECF No. 235), I write to advise that the Parties were unable to resolve this matter and that Nautilus will go forward with trial beginning January 6, 2025.

With best regards,

**EPTING & RANNIK**

Jaan G. Rannik


Cc: All counsel of record (*via electronic notice*)