### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 2:22-1307-RMG |
| ) | |
| Richard Alexander Murdaugh, Sr., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |
| ) | |

Plaintiff's counsel mentioned during the Court's status conference on December 9, 2024 that he anticipated subsequently pursuing claims against a successor entity of Defendant Moss and Kuhn, P.A. This was the first instance the Court recalls any discussion by Plaintiff regarding potential successor liability of Moss and Kuhn, P.A., and no alleged successor entity has been joined as a party to this litigation.

Plaintiff is directed to file a response to the following questions of the Court on or before the end of the business day of December 13, 2024:

1. Identify any entity Plaintiff alleges has successor liability for the claims against Moss and Kuhn, P.A.

2. State the factual and legal basis for any alleged successor liability for any entity identified in response to Question No. 1.

3. Explain why Plaintiff has not previously moved to join in this lawsuit the entity identified in response to Question No. 1.

**AND IT IS SO ORDERED.**

1

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

December 10, 2024
Charleston, South Carolina

2