UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                               Plaintiff,<br><br>vs.<br><br>Richard Alexander Murdaugh, Sr., Cory Fleming, MOSS & KUHN, P.A., Chad Westendorf, and PALMETTO STATE BANK,<br><br>                              Defendants. | Civil Action No. 2:22-cv-1307-RMG<br><br>**DEFENDANT CORY FLEMING'S MOTION FOR AN ORDER FOR TRANSPORTATION OF PRISONER** |

YOU WILL PLEASE TAKE NOTICE THAT Defendant Cory Fleming ("Mr. Fleming") moves under the Court's authority according to 28 U.S.C. § 2241, including 28 U.S.C. § 2241(c)(1) (the Writ of Habeas Corpus) for an Order For Transportation of Prisoner directing the Federal Bureau of Prisons to release Mr. Fleming and, with the assistance of the U.S. Marshals Service, transport Mr. Fleming from the Federal Correctional Institution in Jesup, Georgia, where he is presently incarcerated to Charleston, South Carolina to permit Mr. Fleming to attend the trial of this case that is scheduled to begin on January 6, 2025.

The presence of Mr. Fleming is needed for the trial of this case. Mr. Fleming (date of birth in September 1968; Federal Prison Register Number 60986-510) is incarcerated at FCI Jesup, 2600 Highway 301 South, Jesup Georgia 31599. Mr. Fleming pled guilty and was incarcerated for participating in a "Conspiracy to Commit Wire Fraud" in violation of 18 U.S.C. § 371. Mr. Fleming's presence for trial at Federal Court in Charleston, Courtroom #1, J. WAITES WARING JUDICIAL CENTER, 83 Meeting Street, Charleston, South Carolina, for the week of January 6, 2025,

is necessary to protect Mr. Fleming's right and ability to defend the claims asserted against him at the trial of this case. Given the nature of the alleged conspiracy and related claims, Mr. Fleming's testimony is necessary to properly defend the claims.

The United States Code Section 2241(a) authorizes the District Court to issue writs of habeas corpus. The United States Code Section 2241(c)(1) authorizes issuing a writ of habeas corpus for a prisoner incorporated under the authority of the United States, such as Mr. Fleming, who is presently incarcerated at Jesup FCI.

WHEREFORE, Mr. Fleming respectfully requests the Court issue an Order directing that Jesup Federal Correctional Institution release Mr. Fleming to the custody of the US Marshall's Office for transportation to the Charleston County Detention Center for the trial of this case, beginning on January 6, 2025.

Respectfully submitted,

*/s/ Thomas A. Pendarvis*
Thomas A. Pendarvis (Fed. Id. 5785)
PENDARVIS LAW OFFICES, P.C.
710 Boundary Street, Suite 1-A
Beaufort, SC 29902
843.524.9500 Tel.
Thomas@PendarvisLaw.com

*Counsel for Cory Fleming*

Beaufort, South Carolina
December 10, 2024