# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 2:22-1307-RMG |
| Richard Alexander Murdaugh, Sr., Cory Fleming, and Moss & Kuhn, P.A., | ) |
| Defendants. | ) **ORDER** |

Defendant Cory Fleming, currently incarcerated at FCI Jessup, has moved through counsel to be transported to Charleston, South Carolina so that he can participate in the trial of the above captioned action, which is scheduled to commence on January 6, 2025 at the J. Waties Waring Federal Judicial Center. (Dkt. No. 257). Defendant Fleming asserts that his attendance at this civil trial is "necessary to protect [his] right and ability to defend the claims asserted against him at the trial of the case." (*Id.* at 1-2). For good cause shown, the motion is granted.

The United States Marshal Service is hereby ordered to (1) transport Defendant Fleming from FCI Jessup to an appropriate detention center facility utilized by the Marshal Service in the Charleston, South Carolina area prior to January 6, 2025; (2) maintain custody of Defendant Fleming for the duration of the trial in the above captioned matter; (3) transport Defendant Fleming daily to the trial from the detention center where he will be housed; and (4) transport Defendant Fleming back to FCI Jessup upon the completion of the trial. The Bureau of Prisons is directed to cooperate with the Marshal Service in its compliance with this Order.

**AND IT IS SO ORDERED.**

                                                                           s/ Richard Mark Gergel
                                                                           Richard Mark Gergel
                                                                           United States District Judge

December 10, 2024
Charleston, South Carolina