UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | |
| | ) | C/A No. 2:22-cv-1307-RMG |
| Plaintiff, | ) | |
| Versus | ) | |
| | ) | **DEFENDANT MOSS & KUHN, P.A.'S** |
| Richard Alexander Murdaugh, Sr., Cory | ) | **SECOND SUPPLEMENTAL PRETRIAL** |
| Fleming, Moss & Kuhn, P.A., Chad | ) | **DISCLOSURES - EXHIBIT LIST** |
| Westendorf, and Palmetto State Bank, | ) | |
| | ) | |
| Defendants. | ) | |

**iii.** **EXHIBITS** – as identification of each document or other exhibit, including summaries of other evidence, separately identifying those items the party expects to offer and those it may offer if the need arises:

This Defendant reserves the right to introduce any documents that the Plaintiff produced and those produced by any party during the course of discovery or marked at any deposition as exhibits. This Defendant may offer the following exhibits:

| Exhibit # | Bates # | Description |
|---|---|---|
| 1 | NAUTILUS_006358-006359 | Email from Joel Lasky at Nautilus dated 5/2/18 |
| 2 | NAUTILUS_000287-000288 | Emails between Amy Miller and John Grantland dated 11/27/18 |
| 3 | Miller/Nautilus 000550 | Email from Amy Miller to John Grantland dated 3/13/19 |
| 4 | Moss & Kuhn 0212 | Email from John Grantland to Jon Austen and Cory Fleming dated 3/19/19 |
| 5 | NAUTILUS_006380-006382 | Emails between Amy Miller and Katherine Karam dated 3/24/19 |
| 6 | PHELPS-000932-000934 | Emails between Amy Killer and Katherine Karam dated 3/24/19 |
| 7 | Moss & Kuhn 0128-0130 | Mediation Agreement signed 3/25/19 |
| 8 | Miller/Nautilus 00074 | Email from Amy Miller to John Grantland and Jon Austen dated 3/25/19 |
| 9 | Moss & Kuhn 0218 | Emails between Amy Miller and John Grantland dated 3/25/19 |
| 10 | Moss & Kuhn 0027 | Email from John Grantland to Cory Fleming and copying Amy Miller dated 3/25/19 |

| 11 | Nautilus_002402-002551 | Internal Nautilus communications dated 3/22/18 through 3/26/19 |
|---|---|---|
| 12 | NAUTILUS_006377 | Emails between Amy Miller and Joel Lasky dated 3/27/19 |
| 13 | CHF_00082-00085 | Letter from Cory Fleming to John Grantland dated 4/11/19 with signed Release |
| 14 | Moss & Kuhn 0091-0093 | Release dated 4/11/19 |
| 15 | CHF_00051 | Check for $3,800,000 payable to Chad Westendorf as PR of the Satterfield Estate dated 4/18/19 |
| 16 | CHF_00081 | Letter from John Grantland to Cory Fleming dated 4/22/19 |
| 17 | Moss & Kuhn 0020 | Emails between Cory Fleming and John Grantland's office dated 4/25/19 |
| 18 | Moss & Kuhn 0021 | Emails between John Grantland and Cory Fleming dated 5/6/19 |
| 19 | Moss & Kuhn 0241-0243 | Emails between John Grantland and Cory Fleming dated 5/6/19 regarding settlement approval hearing |
| 20 | Miller/Nautilus 000700-000701 | Emails between Amy Miller and John Grantland dated 5/10/19 |
| 21 | Moss & Kuhn 0034 | Emails between Cory Fleming and John Grantland's office dated 5/13/19 |
| 22 | M&G001935-000048 | Email from John Grantland to Amy Miller dated 5/13/19 |
| 23 | Moss & Kuhn 0014-0016 | Letter from Cory Fleming to John Grantland dated 5/13/19 with Order Approving Settlement |
| 24 | CHF_00107-00110 | Order Approving Settlement dated 5/13/19 |
| 25 | Moss & Kuhn 0120-0127 | Petition for Approval of Settlement dated 5/13/19 |
| 26 | NAUTILUS_000683-000684 | Emails between Amy Miller and John Grantland dated 5/14/19 |
| 27 | M&G001960 | Email from Judge Mullen law clerk to John Grantland's office dated 6/13/19 |
| 28 | CHF_00033-00035 | Stipulation of Dismissal filed 10/5/20 |

This Defendant specifically reserves the right to supplement his Exhibit List prior to trial.

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Ph: (843) 577-4435 / Fax: (843) 722-1630
Email: Info@hoodlaw.com

| | |
|---|---|
| **December 12, 2024**<br>Charleston, South Carolina | **/s/ Maryrose P. Williamson**<br>Robert H. Hood, Jr. (FED #6998)<br>bobbyjr.hood@hoodlaw.com<br>Maryrose P. Williamson (FED #12802)<br>Maryrose.williamson@hoodlaw.com<br><br>*Attorneys for the Defendant*<br>*Moss & Kuhn, P.A.* |