```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
                   CHARLESTON DIVISION


NAUTILUS INSURANCE COMPANY,      )
          Plaintiff,             )   August 15, 2023
                                 )
     -versus-                    )   2:22-1307
                                 )
                                 )   Charleston, SC
RICHARD ALEXANDER MURDAUGH,      )
SR., CORY FLEMING, MOSS &        )
KUHN, PA, CHAD WESTENDORF,       )
PALMETTO STATE BANK,             )
          Respondents.           )


              TRANSCRIPT OF STATUS CONFERENCE

         BEFORE THE HONORABLE RICHARD M. GERGEL
         UNITED STATES DISTRICT JUDGE, presiding


A P P E A R A N C E S:

For the Plaintiff:     JAAN G. RANNIK, ESQ.
                       CLINTON T. MAGILL, ESQ.
                       Epting and Rannik LLC
                       46-A State Street
                       Charleston, SC 29401

For Respondent Murdaugh:
                       PHILLIP D. BARBER, ESQ.
                       Richard A. Harpootlian PA
                       1410 Laurel Street
                       Columbia, SC 29201

For Respondent Fleming:
                       THOMAS A. PENDARVIS, ESQ.
                       Pendarvis Law Office
                       500 Carteret Street, Suite A
                       Beaufort, SC 29902

For Respondent Moss & Kuhn PA:
                       MARYROSE P. WILLIAMSON, ESQ.
                       Hood Law Firm
                       172 Meeting Street
                       Charleston, SC 29401
```

Karen E. Martin, RMR, CRR
US District Court
District of South Carolina

```
For Respondent Westendorf:
                    CHRISTY F. ALLEN, ESQ.
                    Wills Massalon and Allen
                    PO Box 859
                    Charleston, SC 29402

For Respondent Palmetto State Bank:
                    G. TRENHOLM WALKER, ESQ.
                    THOMAS P. GRESSETTE, JR., ESQ.
                    Walker Gressette and Linton LLC
                    66 Hasell Street
                    Charleston, SC 29401

For Intervenor Satterfield and Harriott:
                    RONALD L. RICHTER, JR., ESQ.
                    Bland Richter
                    18 Broad Street, Mezzanine
                    Charleston, SC 29401

Court Reporter:     KAREN E. MARTIN, RMR, CRR
                    PO Box 835
                    Charleston, SC 29402

   Proceedings reported by stenographic court reporter.
   Transcript produced with computer-aided transcription
                         software.
```

1   Amendment immunity left after that.  So we'll give you the
2   time to do it.  And whatever schedule we have, if you
3   encounter problems, I want to give you a chance to do your
4   best.  Some people may just -- who aren't charged can
5   assert the Fifth and you can't make them testify.  For
6   those who are parties to this case, in a civil case that's
7   an inference against the witness.
8          Let me turn, if I -- so, basically, what I'm
9   doing is I'm granting the motion to amend and mooting all
10  those motions.  They are denied without prejudice as moot
11  all to be raised again, if necessary.
12         There is this motion by Mr. Murdaugh that the
13  Satterfields are a necessary party.  Mr. Barber, is that
14  your idea?
15         MR. BARBER:  Well, Your Honor, that is our
16  position is that there's a judgment against him for
17  stealing the exact same money that Nautilus says, no, was
18  in fact stolen from us and not them.
19         THE COURT:  Yeah.  ==The problem here is a==
20  ==plaintiff is the master of his complaint.  Okay?  He gets==
21  ==to choose who he sues.==  And I don't think it's a necessary
22  party and I'm going to deny your motion.  And I don't --
23  and I think Mr. Murdaugh's role in this is a kind of
24  dubious voice for this issue anyway.  But, you know, if
25  Nautilus wanted to pursue that, that's something Nautilus