# EXHIBIT 2

STATE OF SOUTH CAROLINA    FILED    ) IN THE COURT OF GENERAL SESSIONS
COUNTY OF BEAUFORT    SEP 14 2023    )
                                    )
STATE                               ) INDICTMENT/CASE#:    2021-GS-47-00030, Ct. 15
        VS.    MARGARET J. SELF     )
               CLERK, SC STATE GRAND JURY )

Cory Howerton Fleming                   A/W#:             Direct Indictment
AKA:                                    Date of Offense:  May 1, 2019 – May 31, 2019
Race: White    Sex: Male    Age: 54     S.C. Code §:      38-55-540(A)(4)
DOB:           SS#:                     CDR Code #:       3553
Address:
City, State, Zip: Beaufort, SC 29902                      **RECEIVED**
DL#*            SID# SC00598888                           SENTENCE SHEET
                                                          **Sep 22 2023**
                                                          **SC Court of Appeals**

*CDL Yes ☐ No ☐ CMV Yes ☐ No ☐ Hazmat Yes ☐ No ☐

In disposition of the above indictment comes now the Defendant who was    ☐ CONVICTED OF or    ☒ PLEADS

TO:    False Statement or Misrepresentation (Insurance Fraud), Value $50,000 or More
       (0-10 Years &/or $20,000-$100,000 Fine)

In violation of §   38-55-540(A)(4)   of the S.C. Code of Laws, bearing CDR Code #   3553

☐ NON-VIOLENT    ☐ VIOLENT    ☐ SERIOUS    ☐ MOST SERIOUS    ☐ Mandatory GPS    ☐ § 17-25-45
                                                                            (CSC w/minor 1st or CSC w/minor 3rd)

The charge is:    ☒ As indicted,    ☐ Lesser Included Offense,    ☐ Defendant Waives Presentment to Grand Jury.    _____ (def.'s initials)

The plea is:    ☐ Without Negotiations or Recommendation,    ☐ Negotiated Sentence,    ☐ Recommendation by the State.
ATTEST:

_____ 12155    _____        _____ 6920
Attorney General  SC Bar #  Defendant       Attorney for Defendant    SC Bar #

WHEREFORE, the Defendant is committed to the    ☒ State Department of Correction    ☐ County Detention Center,

for a determinate term of __5__ days/months/**years**/Time Served    ☐ Youthful Offender Act not to exceed ____ years

and/or to pay a fine of $____; provided that upon the service of ____ days/months/years/Time Served and or payment

of $____; plus costs and assessments as applicable*; the balance is suspended with **probation** for _____

months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.

The sentence shall run
☒ CONCURRENT or    ☐ CONSECUTIVE to sentence on: _____

☒    The Defendant is to be given credit for time served pursuant to S.C. Code § 24-13-40 to be calculated and applied by SCDOC.
     _____ days/months
     ☐    To include time spent on monitored house arrest prior to trial and sentencing.
☐    The Defendant Shall be Released from County Detention Center.

Pursuant to 18 U.S.C. § 922 and § 16-25-30 it is unlawful for a person convicted of a violation of § 16-25-20 or § 16-25-65 (Domestic Violence) to ship, transport, possess, or receive a firearm or ammunition.

STATE VS. CORY HOWERTON FLEMING    INDICTMENT/CASE#: 2021 -GS- 47 - 00030,Ct.15

## SPECIAL CONDITIONS:

- [ ] **PTUP** after _____ months/years
  **And Other Terms Listed Below:**

- [ ] Substance Abuse Counseling
- [ ] Completion of GED
- [ ] Random Drug/Alcohol Testing
- [ ] Attend Voc. Rehab. Or Job Corp
- [ ] No Contact with Victim
- [ ] Domestic Violence Intervention Program
- [ ] Mental Health Counseling
- [ ] May serve W/E beginning: _____
- [ ] Sex Offender Registry pursuant to S.C. Code § 23-3-430
- [ ] Public Service Employment _____ days/hours
- [ ] Central Registry of Child Abuse and Neglect pursuant to S.C. Code § 17-25-135.
- [ ] Other: _____

- [ ] **RESTITUTION:** [✓] Deferred [ ] Def. Waives Hearing [ ] Ordered

Total $_____ plus 20% fee: _____ $_____

Payment Terms: _____ [ ] Set by SCDPPPS

Recipient: _____

*Fine:                                                                                    $ _____
Fine may be pd. in equal consecutive weekly/monthly pmts. of $ _____ Beginning _____

| Statute | Amount | Paid |
|---|---|---|
| §14-1-206 (Assessments 107.5%) | | $ |
| §14-1-211 (A)(1)(Conv. Surcharge) | $100 | $ 100 |
| §14-1-211 (A)(2)(DUI Surcharge) | $100 | $ |
| §56-5-2995 (DUI Assessment) | $12 | $ |
| §56-1-286 (DUI Breath Test) | $25 | $ |
| §14-1-212 (Law Enforce. Funding) | $25 | $ 25 |
| §14-1-213 (Drug Court Surcharge) | $150 | $ |
| §34-11-70(b)and(c), and 34-11-90(c)and(d) (Admin Fraud Check Court Costs) | $41 | $ |
| §50-21-114 (BUI Breath Test Fee) | $50 | $ |
| §56-5-2942(J) (Vehicle Assessment) | $40/ea | $ |
| 3% to County (if paid in installments) | TBD | $ 3.75 |
| [ ] Appointed PD or appointed other counsel, Proviso requires $500 be paid to Clerk during probation and shall be collected before any other fees | $500 | $ |
| [ ] § 17-3-30(B) Unpaid Application Fee to be paid to the Public Defender Fund | TBD | $ |
| | **TOTAL** | $ 128.75 |

Clerk of Court/Deputy Clerk: _Margaret J Seth_
Court Reporter: _Cathy Provost_

Presiding Judge: _C. Newman_
Judge Code: 2127
Sentence Date: Sept. 14, 2023
Sentencing deferred

SCCA/217 (07/2021)                                                                 Page 2 of 2