# EXHIBIT 3

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                     BEAUFORT DIVISION


UNITED STATES OF AMERICA,    )
                             )    May 25, 2023
                             )
       -versus-              )    Charleston, SC
                             )
CORY HOWERTON FLEMING,       )    9:23-394-1
                             )
           Defendant.        )



          TRANSCRIPT OF ARRAIGNMENT AND CHANGE OF PLEA

            BEFORE THE HONORABLE RICHARD M. GERGEL
             UNITED STATES DISTRICT JUDGE, presiding



A P P E A R A N C E S:

For the Government:    EMILY E. LIMEHOUSE, AUSA
                       KATHLEEN M. STOUGHTON, AUSA
                       WINSTON D. HOLLIDAY, AUSA
                       US Attorney's Office
                       151 Meeting Street, Suite 200
                       Charleston, SC 29401


For the Defendant:     DEBORAH B. BARBIER, ESQ.
                       Barbier Law Office
                       1811 Pickens Street
                       Columbia, SC 29201


Court Reporter:        KAREN E. MARTIN, RMR, CRR
                       PO Box 835
                       Charleston, SC 29402


   Proceedings reported by stenographic court reporter.
 Transcript produced with computer-aided transcription
                        software.
```

```
1            THE COURT:  Well, why would -- if the fees are
2   $670,000, then naturally it would go to the beneficiaries
3   of the estate, correct?
4            THE DEFENDANT:  I thought they did.
5            THE COURT:  But you understand what I'm saying
6   is that normally you wouldn't need to overstate your legal
7   fees because the net amount is what goes to the
8   beneficiaries, correct?
9            THE DEFENDANT:  Yes, sir.
10           THE COURT:  So let me understand this a little
11  bit better.  One day we're going to have a sentencing
12  hearing.  I need to understand this.  Where did you think
13  the 600-and-some-odd-thousand dollars was going to go if
14  not -- was Mr. Murdaugh to get some portion of it?
15           THE DEFENDANT:  A portion, yes, sir.
16           THE COURT:  How much?
17           THE DEFENDANT:  Around a hundred thousand
18  dollars roughly.
19           THE COURT:  Now, is that a normal thing that
20  defendants get, a hundred thousand dollars of the
21  plaintiff's attorneys' fees?
22           THE DEFENDANT:  No, sir.
23       (WHEREUPON, the defendant and attorney spoke
24       privately.)
25           THE COURT:  And what was the thinking behind the
```