UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | C/A No. 2:22-cv-1307-RMG |
| | ) | |
| Plaintiff, | ) | |
| Versus | ) | |
| | ) | **DEFENDANT** |
| Richard Alexander Murdaugh, Sr., Cory | ) | **MOSS & KUHN, P.A.'S COUNTER-** |
| Fleming, Moss & Kuhn, P.A., Chad | ) | **DESIGNATIONS TO PLAINTIFF'S ALL** |
| Westendorf, and Palmetto State Bank, | ) | |
| | ) | |
| Defendants. | ) | |

TO: THE HONORABLE RICHARD M. GERGEL, PRESIDING JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION:

The Defendant Moss & Kuhn, P.A. (hereinafter "this Defendant"), hereby submits the following Counter designations to Plaintiff's Designation.:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| NAUTILUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD ALEXANDER MURDAUGH, Sr., *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-1307-RMG<br><br>NAUTILUS INSURANCE COMPANY'S DEPOSITION DESIGNATIONS |

## DEPOSITION DESIGNATION FORM

**DEPONENT NAME:** Chad Westendorf
DATE OF DEPOSITION: June 30, 2023
OFFERING PARTY: Nautilus Insurance Company

| Nautilus Insurance Company **DESIGNATION** | _____<br>[party]<br>**OBJECTION**<br>**EXPLAIN BASIS OF** | _____<br>[party]<br>**COUNTER**<br>**DESIGNATION** | _____<br>[party]<br>**OBJECTION**<br>**(TO COUNTER DESIGNATION)**<br>**OR INDICATE WITHDRAWAL**<br>**OF DESIGNATION** |
|---|---|---|---|
| page 5:11-24 | | page _____<br>lines _____-_____ | |
| page 7:5-11 | | page _____<br>lines _____-_____ | |
| pages 14:23 – 15:3 | | page _____<br>lines _____-_____ | |

1

**DEPONENT NAME:** Chad Westendorf
DATE OF DEPOSITION: **February 22, 2022** *(Exhibit 1 to and incorporated into June 30, 2023 deposition)*
OFFERING PARTY: Nautilus Insurance Company

| Nautilus Insurance Company **DESIGNATION** | [party] **OBJECTION EXPLAIN BASIS OF** | [party] **COUNTER DESIGNATION** | [party] **OBJECTION (TO COUNTER DESIGNATION) OR INDICATE WITHDRAWAL OF DESIGNATION** |
|---|---|---|---|
| Page 10:1-11 | | page ____ lines ____ - ____ | |
| Pages 13:7 – 14:3 | | page ____ lines ____ - ____ | |
| Pages 16:20 – 17:4 | | page ____ lines ____ - ____ | |
| Pages 23:18 – 24:21 | | page ____ lines ____ - ____ | |
| Page 28:1-13 | | page ____ lines ____ - ____ | |
| Page 34:11-17 | | page  34  lines  18  -  23  | |
| Page 34:23-24 | | page ____ lines ____ - ____ | |
| Page 36:9-19 | | page  37  lines  25  - ____<br>page 39, line 23 | |
| Page 38:9-11 | | page ____ lines ____ - ____ | |
| Pages 39:24 - 40:20 | | page  40  lines  21  -  25  | |
| Page 41:9-15 | | page  41  lines  1  -  8  | |
| Page 42:9-17 | | page  42  lines  19  -  25  | |

| | | | |
|---|---|---|---|
| Pages 43:22 - 44:8 | | page  43  <br>lines  1  -  21  | |
| Page 46:12-16 | | page ____ <br>lines ____ - ____ | |
| Page 48:8-22 | | page ____ <br>lines ____ - ____ | |
| Pages 49:20 – 50:9 | | page ____ <br>lines ____ - ____ | |
| Pages 59:23 – 60:8 | | page ____ <br>lines ____ - ____ | |
| Pages 79:21 – 80:5 | | page  80  <br>lines  6  -  12  | |
| Pages 81:21 – 82:5 | | page  98  <br>lines  20  -  25  | |
| Pages 99:12 – 100:12 | | page  99  <br>lines  1  -  11  | |
| Page 103:8-25 | | page  100  <br>lines  13  -  24  | |
| Page 117:11-18 | | page  101  <br>lines  9  -  16  <br>p. 101, line 23 - 102, line 3 | |
| Pages 118:6 – 119:14 | | page  103  <br>lines  2  -  7  <br>Page 117, line 19 - Page 118, line 5 | |

3

**DEPONENT NAME:** Moss & Kuhn, P.A.
DATE OF DEPOSITION: July 21, 2023
OFFERING PARTY: Nautilus Insurance Company

| Nautilus Insurance Company **DESIGNATION** | [party] **OBJECTION EXPLAIN BASIS OF** | [party] **COUNTER DESIGNATION** | [party] **OBJECTION (TO COUNTER DESIGNATION) OR INDICATE WITHDRAWAL OF DESIGNATION** |
|---|---|---|---|
| pages 9:23 - 10:21 | | page 14 lines 1 - 25 | |
| page 13:2-25 | | page 15 lines 1 - 25 | |
| page 23:2-3, | | page 16 lines 1 - 23 | |
| pages 23:7-18 to 23:22-25 | | page 23 lines 19 - 22 | |
| page 56:7-16 | | page 56 lines 17 - 25 | |
| pages 57:17 - 58:3 | | page 57 lines 1 - 25 | |
| pages 61:11 - 62:15 | | page 58 lines 1 - 6 | |
| page 69:5-17 | | page 69 lines 2 - 4 | |
| page 70:5-9 | | page 69 lines 18 - 25 | |
| pages 70:14-71:1 | | page 70 lines 1 - 4 | |
| Page 71:10-14 | | page 70 lines 10 - 13 Page 71 lines 2-9 | |

4

**DEPONENT NAME: CORY FLEMING**
DATE OF DEPOSITION: FEBRUARY 14, 2024
OFFERING PARTY: NAUTILUS INSURANCE COMPANY

| [party] **DESIGNATION** | [party] **OBJECTION** **EXPLAIN BASIS OF** | [party] **COUNTER DESIGNATION** | [party] **OBJECTION (TO COUNTER DESIGNATION OR INDICATE WITHDRAWAL OF DESIGNATION** |
|---|---|---|---|
| Page 9<br>Lines 9 to 12 | | Page 9<br>Lines 13 to 18 | |
| Page 12<br>Lines 19 to 20 | | Page 12<br>Lines 21 to 25 | |
| Page 14<br>Lines 14 starting with "in a private" to 21 | | Page 13<br>Lines 1 to 25<br>Page 14, lines 1-13<br>Page 14, lines 22-25 | |
| Page 16<br>Lines 23 to 25 | | Page 15<br>Lines 1 to 10 | |
| Page 17<br>Lines 13 to 16 | | Page 15<br>Lines 16 to 25<br>Page 16, lines 1-6 | |
| Page 25<br>Lines 1 to 7 | | Page 24<br>Lines 8 to 25<br>Page 25, lines 8-19 | |
| Page 41<br>Lines 9 to 10 | | Page ___<br>Lines ___ to ___ | |
| Page 41<br>Lines 17 to 25 | | Page ___<br>Lines ___ to ___ | |
| Page 42<br>Lines 1 to 15<br>Page 43<br>Lines 9 to 15 | | Page 43<br>Lines 16 to 25<br>Page 44, Lines 1 - 11 | |
| Page 44<br>Lines 12 to 17 | | | |

5

| | | | |
|---|---|---|---|
| Page 44<br>Lines 20 to 25 | | | |
| Page 48<br>Line 20 starting at "holding funds" to 25 | | | |
| Page 49<br>Line 20 to 23 | | Page 50, Lines 3-25 | |
| Page 53<br>Lines 20 to 25 | | Page 51, Lines 1-25<br>Page 52, Line 1 | |
| Page 54<br>Lines 1 to 2 | | Page 54, Lines 3-12 | |
| Page 56<br>Lines 22 to 25 | | Page 57, Lines 1-25<br>Page 58, Lines 1-7<br>Page 58, Lines 13-25 | |
| Page 60<br>Lines 23 (Starting at "was") to 25 | | Page 59, Lines 1-11 | |
| Page 61<br>Lines 1 to 7 | | | |
| Page 61<br>Lines 23 to 25 | | | |
| Page 62<br>Lines 1 | | | |
| Page 67<br>Lines 5 to 9 | | | |
| Page 71<br>Lines 7 to 15 | | | |
| | | | |

6

|  |  |
|---|---|
|  | HOOD LAW FIRM, LLC<br>172 Meeting Street<br>Post Office Box 1508<br>Charleston, SC  29402<br>Ph: (843) 577-4435 / Fax: (843) 722-1630<br>Email: Info@hoodlaw.com |
| **December 27, 2024**<br>Charleston, South Carolina | **/s/ Robert H. Hood, Jr**<br>Robert H. Hood, Jr. (FED #6998)<br>bobbyjr.hood@hoodlaw.com<br>Maryrose P. Williamson (FED #12802)<br>Maryrose.williamson@hoodlaw.com<br><br>*Attorneys for the Defendant*<br>*Moss & Kuhn, P.A.* |

7