# Epting & Rannik

### Attorneys at Law

Andrew K. Epting, Jr. · ake@epting-law.com
Jaan G. Rannik · jgr@epting-law.com
Clinton T. Magill · ctm@epting-law.com

December 30, 2024

**VIA ECF and HAND DELIVERY**

The Honorable Richard M. Gergel
United States District Judge
United States District Court for the
District of South Carolina
J. Waites Waring Judicial Center
83 Meeting Street
Charleston, SC 29401

RE:   *Nautilus Insurance Company v. Richard Alexander Murdaugh, Jr., et al.*
      Civil Action No. 2:22-cv-01307-RMG

Dear Judge Gergel:

Pursuant to your Text Order of December 27, 2024 [ECF 287], enclosed please find a binder containing courtesy copies of Plaintiff Nautilus Insurance Company's Trial Exhibits in connection with the above-referenced matter. Copies of these exhibits have been sent to counsel for the Defendants.

With kindest regards,

**Epting & Rannik**

Jaan G. Rannik

Enclosure
cc:   Thomas A Pendarvis, Esq. *(Via ECF)*
      Robert H. Hood, Jr., Esq. *(Via ECF)*