# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   C.A. No. 2:22-1307-RMG<br>) |
| Richard Alexander Murdaugh, Sr., Cory Fleming, and Moss & Kuhn, P.A., | )<br>)<br>) |
| Defendants. | )   **ORDER**<br>)<br>) |

Defendant Richard Alexander Murdaugh ("Murdaugh") moved on April 3, 2024 for an entry of default against him in this action, acknowledging that he "invented a story about his dogs causing the death of Gloria Satterfield to create his own liability to the Satterfield beneficiaries" to produce a payment from his insurance carriers which he intended to, and did in fact, steal. (Dkt. No. 192 at 1). The Clerk filed an entry of default on April 8, 2024. (Dkt. No. 194).

Plaintiff and Defendant Murdaugh have advised the Court that Murdaugh is amenable to the entry of a default judgment, waives a damages hearing, and consents to a judgment in the amount of $14,800,000.00. (Dkt. No. 295). The Court finds, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, that there is no just reason to delay the entry of judgment against Defendant Murdaugh and that the agreed upon amount of judgment is fully supported by the substantial record before the Court. The entry of judgment against Defendant Murdaugh does not impact the claims Plaintiff has against the remaining Defendants, Cory Fleming and Moss & Kuhn, P.A.

The Court hereby orders and directs an entry of judgment in favor of Plaintiff and against Defendant Murdaugh in the amount of $14,800,000.00.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

January 2, 2025
Charleston, South Carolina