AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nautilus Insurance Company ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    2:22-cv-01307-RMG |
| Richard Alexander Murdaugh, Sr, et al ) | |
| *Defendant* ) | |

**DEFAULT JUDGMENT IN A CIVIL ACTION**

The court has ordered that

•    judgment is entered in favor of Plaintiff and against Defendant Murdaugh in the amount of <u>Fourteen million eight hundred thousand and 00/100</u> dollars ($<u>14,800,000.00</u>).

This action was

•    decided by the Honorable Richard M Gergel, United States District Judge, presiding.

Date:    January 2, 2025                                    *CLERK OF COURT*    Robin L Blume

                                                                                                          s/S. Shealy

                                                                                                  *Signature of Clerk or Deputy Clerk*