UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                                Plaintiff,<br><br>vs.<br><br>Richard Alexander Murdaugh, Sr., Cory Fleming, MOSS & KUHN, P.A., Chad Westendorf, and PALMETTO STATE BANK,<br><br>                                Defendants. | Civil Action No. 2:22-cv-1307-RMG<br><br><br>**DEFENDANT CORY H. FLEMING'S MOTION TO PERMIT DEFENDANT FLEMING TO WEAR CIVILIAN CLOTHING AT TRIAL** |

Defendant, Cory H. Fleming ("Mr. Fleming"), by and through undersigned counsel, respectfully moves this Honorable Court for an Order permitting Mr. Fleming to wear civilian clothing during all court proceedings in this case, including but not limited to trial.

In support of this Motion, Mr. Fleming states as follows:

1. Mr. Fleming is currently in the custody of the United States Bureau of Prisons and the United States Marshals Service.

2. The presumption of innocence is a cornerstone of the American justice system. It is critical that Mr. Fleming be presented to the jury in a manner that does not prejudice his or her right to a fair trial.

3. Requiring Mr. Fleming to appear before the jury in prison attire undermines his credibility and creates a risk of implicit bias among jurors. Such prejudice has been recognized by the United States Supreme Court in *Estelle v. Williams*, 425 U.S. 501 (1976), wherein the Court held that compelling a defendant to stand trial in identifiable prison clothing violates the Due Process Clause of the Fourteenth Amendment.

4.       Mr. Fleming's appearance in civilian clothing will have no adverse impact on courtroom security or the administration of justice. The undersigned counsel is prepared to coordinate with United States Martial Service and the Charleston County Detention Center to ensure that civilian clothing is provided to Mr. Fleming prior to trial and that all logistical concerns are addressed.

WHEREFORE, Defendant Cory H. Fleming respectfully requests that this Honorable Court grant this Motion and enter an Order permitting Mr. Fleming to wear civilian clothing during all court proceedings in this matter.

Respectfully submitted,

/s/ Thomas A. Pendarvis  
Thomas A. Pendarvis (Fed. Id. 5785)  
PENDARVIS LAW OFFICES, P.C.  
710 Boundary Street, Suite 1-A  
Beaufort, SC 29902  
843.524.9500  
Thomas@PendarvisLaw.com

/s/ Christopher W. Lempesis, Jr.  
Christopher W. Lempesis, Jr. (Fed. Id. 11462)  
LEMPESIS LAW FIRM, LLC  
73 Sea Island Parkway, Unit 16  
Beaufort, SC 29907  
843.379.9356  
Chris@LempesisLaw.com

*Counsel for Defendant, Cory H. Fleming*

December 22, 2024  
Beaufort, South Carolina