UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD ALEXANDER MURDAUGH, Sr., *et al.*,<br><br>                Defendants. | Case No. 2:22-cv-1307-RMG<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT FLEMING'S REQUEST TO WEAR CIVILIAN CLOTHES** |

Nautilus Insurance Company ("Nautilus") does not oppose Mr. Fleming's request to wear civilian clothes at trial. Nautilus reserves all arguments about the admissibility of Mr. Fleming's prior convictions.

                                              **Respectfully submitted:**

This 2nd day of January, 2025          */s/ Jaan Rannik*
Charleston, South Carolina                    EPTING & RANNIK, LLC
                                                Jaan G. Rannik (Fed. ID No. 12621)
                                                46A State Street
                                                Charleston, SC 29401
                                                P: (843) 377-1871
                                                F: (843) 377-1310
                                                jgr@epting-law.com

                                                */s/ Gregg Meyers*
                                                Gregg Meyers (Fed ID No. 4183)
                                                114 4th Ave NW
                                                Byron, MN 55920
                                                843-324-1589
                                                attygm@gmail.com

                                                COUNSEL FOR NAUTILUS INSURANCE COMPANY

1