# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| NAUTILUS INSURANCE COMPANY, | Case No. 2:22-cv-1307-RMG |
|---|---|
| Plaintiff, | |
| v. | |
| RICHARD ALEXANDER MURDAUGH, Sr., *et al.*, | NAUTILUS INSURANCE COMPANY'S DEPOSITION DESIGNATIONS |
| Defendants. | |

Nautilus Insurance Company ("Nautilus"), with the consent of Defendants Moss & Kuhn, P.A. and Cory Fleming, submits these amended designations and counter-designations from the deposition of Cory Fleming.

## DEPOSITION DESIGNATION FORM

**DEPONENT NAME: CORY FLEMING**
DATE OF DEPOSITION: FEBRUARY 14, 2024
OFFERING PARTY: NAUTILUS INSURANCE COMPANY

| [party] DESIGNATION | [party] OBJECTION EXPLAIN BASIS OF | [party] COUNTER DESIGNATION | [party] OBJECTION (TO COUNTER DESIGNATION OR INDICATE WITHDRAWAL OF DESIGNATION |
|---|---|---|---|
| Page 9 Lines 9 to 12 | | Page _____ Lines ____ to ____ | |
| Page 12 Lines 19 to 20 | | Page _____ Lines ____ to ____ | |
| Page 14 Lines 14 starting with "in a private" to 21 | | Page _____ Lines ____ to ____ | |
| Page 16 Lines 23 to 25 | | Page _____ Lines ____ to ____ | |

| | | | |
|---|---|---|---|
| Page 17<br>*Lines* 1 to 16 | | Page _____<br>Lines ____ to ____ | |
| *page 20, lines 5-20* | | *page<br>lines   -* | |
| *page 24, lines 8-10* | | *page<br>lines   -* | |
| *page 24, lines 17-25* | | *page<br>lines   -* | |
| Page 25<br>Lines 1 to 7 | | Page _____<br>Lines ____ to ____ | |
| Page 41<br>Lines 9 to 10 | | Page _____<br>Lines ____ to ____ | |
| Page 41<br>Lines 17 to 25 | | Page _____<br>Lines ____ to ____ | |
| Page 42<br>Lines 1 to 15 | | Page _____<br>Lines ____ to ____ | |
| Page 43<br>Lines 9 to 15 | | Page _____<br>Lines ____ to ____ | |
| Page 44<br>Lines 12 to 17 | | Page _____<br>Lines ____ to ____ | |
| Page 44<br>Lines 20 to 25 | | Page _____<br>Lines ____ to ____ | |
| Page 48<br>Line 20 starting at "holding funds" to 25 | | Page _____<br>Lines ____ to ____ | |
| Page 49<br>Line 20 to 23 | | Page _____<br>Lines ____ to ____ | |
| Page 53<br>Lines 20 to 25 | | Page _____<br>Lines ____ to ____ | |
| Page 54<br>Lines 1 to 2 | | Page _____<br>Lines ____ to ____ | |
| Page 56<br>Lines 22 to 25 | | Page _____<br>Lines ____ to ____ | |
| *page 59, line 17 – page 60, line 1* | | *page 60<br>lines 2-8* | |

| | | | |
|---|---|---|---|
| Page 60<br>Lines 23 (Starting at "was") to 25 | | page _____<br>lines _-_____ | |
| Page 61<br>Lines 1 to 7 | | page _____<br>lines _-_____ | |
| Page 61<br>Lines 23 to 25 | | page _____<br>lines _____-_ | |
| Page 62<br>Lines 1 | | page _____<br>lines _-_____ | |
| pages 62, lines 16-19 | | page _____<br>lines _-_____ | |
| *page 63, line 18 – page 64, line 7* | | page _____<br>lines _-_____ | |
| Page 67<br>Lines 5 to 9 | | page _____<br>lines _-_____ | |
| Page 71<br>Lines 7 to 15 | | page _____<br>lines _-_____ | |

                                                     **Respectfully submitted:**

This 2nd day of January, 2025        */s/ Jaan Rannik*
Charleston, South Carolina            EPTING & RANNIK, LLC
Jaan G. Rannik (Fed. ID No. 12621)
46A State Street
Charleston, SC 29401
P: (843) 377-1871
F: (843) 377-1310
jgr@epting-law.com

*/s/ Gregg Meyers*
Gregg Meyers (Fed ID No. 4183)
114 4th Ave NW
Byron, MN 55920
843-324-1589
attygm@gmail.com

COUNSEL FOR NAUTILUS INSURANCE COMPANY