# EPTING & RANNIK

ATTORNEYS AT LAW

ANDREW K. EPTING, JR. · ake@epting-law.com
JAAN G. RANNIK · jgr@epting-law.com
CLINTON T. MAGILL · ctm@epting-law.com

January 3, 2025

***VIA ECF***

The Honorable Richard M. Gergel
United States District Judge
United States District Court for the District of South Carolina
J. Waites Waring Judicial Center
83 Meeting Street
Charleston, SC 29401

RE:     *Nautilus Insurance Company v. Richard Alexander Murdaugh, Jr., et al.*
        *Civil Action No. 2:22-cv-01307-RMG*

Dear Judge Gergel:

Pursuant to the Court's directive during today's pre-trial conference (*see* ECF No. 306), I write to update the Court that Nautilus intends to pursue all of its remaining causes of action at trial.

With thanks and best regards,

EPTING & RANNIK

Jaan G. Rannik

cc:     Thomas A Pendarvis, Esq. *(Via ECF)*
        Robert H. Hood, Jr., Esq. *(Via ECF)*