UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | C/A No. 2:22-cv-1307-RMG |
| | ) | |
| Plaintiff, | ) | |
| Versus | ) | |
| | ) | **MOSS & KUHN, P.A.'S** |
| Richard Alexander Murdaugh, Sr., Cory Fleming, Moss & Kuhn, P.A., Chad Westendorf, and Palmetto State Bank, | ) ) ) | **SECOND AMENDED DESIGNATION OF DEPOSITION OF JOHN M. GRANTLAND, ESQUIRE** |
| | ) | |
| Defendants. | ) | |

**DEPOSITION DESIGNATION FORM**

Deponent Name:     John M. Grantland, Esquire

Date of Deposition:     March 12, 2024

Offering Party:     Moss & Kuhn, P.A.

| Moss & Kuhn, P.A.'s DESIGNATION | Nautilus Insurance Company OBJECTION EXPLAIN BASIS OF | Nautilus Insurance Company COUNTER DESIGNATION | OBJECTION (TO COUNTER DESIGNATION) OR INDICATE WITHDRAWAL OF DESIGNATION |
|---|---|---|---|
| | Objection 1: No designations are proper. Mr. Grantland has been subpoenaed by the plaintiff and is expected to appear. Objection 2: Mr. Grantland is not "unavailable" for trial as he is within | | |

|  | the subpoena scope of Fed. R. Civ. P. 45. |  |  |
|---|---|---|---|
| page 14 lines 1-page 15, line 1 |  |  |  |
| page 15 lines 10-page 16, line 25 |  |  |  |
| page 17 lines 18-page 19, line 4 |  |  |  |
| page 19 lines 15-24 |  |  |  |
| page 20 lines 23-25 |  |  |  |
| page 21 lines 1-page 22, line 12 |  |  |  |
| page 22 lines 19-page 23, line 11 |  |  |  |
| page 23 line 20 |  |  |  |
| page 23 lines 23-page 24, line 19 |  |  |  |
| page 26 lines 20-page 30, line 15 |  | page 30 lines 16-25 |  |
| page 31 lines 3-15 |  |  |  |
| page 31 lines 20-page 40, line 23 |  |  |  |
| page 42 lines 8-page 43, line 20 |  | page 44 lines 1-25 |  |
| Page 45, lines 1-16 |  | page 45 lines 17-25 |  |

|  |  | page 46<br>lines 1-4 |  |
| --- | --- | --- | --- |
| page 48<br>lines 22-page 49, line 17 |  | page 49<br>lines 19-25 |  |
|  |  | page 50<br>lines 1-12 |  |
| page 52<br>lines 3-25 |  |  |  |
|  |  | page 53<br>lines 7-17 |  |
|  |  | page 57<br>lines 2-9 |  |
|  |  | page 68<br>lines 7-25 |  |
|  |  | page 69<br>lines 1-23 |  |
| page 72<br>lines 2-20 |  |  |  |
|  |  | page 80<br>lines 17-25 |  |
|  |  | page 81<br>lines 1-6 |  |
| page 83<br>lines 20-page 87, line 1 |  |  |  |
| page 87<br>lines 7-11 |  |  |  |
| page 88<br>lines 13-page 103, line 16 |  |  |  |
| page 104<br>lines 6-21 |  |  |  |

| | | | |
|---|---|---|---|
| page 106<br>lines 7-page 108, line 19 | | | |
| page 109<br>lines 20-25 | | | |
| page 110<br>lines 20-page 115, line 20 | | | |
| page 118<br>lines 12-page 136 | | | |
| | | page 137<br>lines 1-18 | |
| | | page 138<br>lines 10-25 | |
| | | page 139<br>lines 1-25 | |
| | | page 140<br>lines 1-23 | |
| | | page 144<br>line 25 | |
| | | page 145<br>lines 1-24 | |
| | | page 147<br>lines 13-19 | |
| | | page 150<br>lines 18-25 | |
| page 151<br>lines 22-page 152, line 3 | | page 151<br>line 1 | |
| page 152<br>lines 9-page 155, line 25 | | | |
| | | page 157<br>lines 17-25 | |

|  |  |  |  |
|---|---|---|---|
|  |  | page 158<br>lines 1-15 |  |
|  |  | page 167<br>lines 5-19, 22-25 |  |
|  |  | page 168<br>lines 1-5, 23-25 |  |
|  |  | page 169<br>line 1 |  |
| page 172<br>lines 14-page 173, line 15 |  |  |  |
| page 177<br>lines 14-16 |  |  |  |
| page 178<br>lines 1-page 180, line 25 |  |  |  |
| page 184<br>lines 1-page 187, line 4 |  |  |  |
|  |  | Page 189<br>Lines 24-25 |  |
|  |  | page 190<br>lines 1-19 |  |
|  |  | page 191<br>lines 2-3 |  |
|  |  | page 192<br>lines 5-25 |  |
|  |  | page 193<br>lines 1-25 |  |
|  |  | page 194<br>lines 1-2, 8-25 |  |
|  |  | page 195<br>lines 1-8, 11-12 |  |

| page <u>197</u><br>lines <u>24</u>-page <u>198</u>, line <u>3</u> | | | |
|---|---|---|---|

                          HOOD LAW FIRM, LLC
                          172 Meeting Street
                          Post Office Box 1508
                          Charleston, SC  29402
                          Ph: (843) 577-4435 / Fax: (843) 722-1630
                          Email: Info@hoodlaw.com

***/s/ Robert H. Hood, Jr.***
Robert H. Hood, Jr. (FED #6998)
bobbyjr.hood@hoodlaw.com
Maryrose P. Williamson (FED #12802)
maryrose.williamson@hoodlaw.com

***Attorneys for the Defendant Moss & Kuhn, P.A.***

**<u>January 3, 2025</u>**
Charleston, South Carolina