IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 2:22-1307-RMG |
| ) | |
| Cory Fleming, and Moss & Kuhn, P.A., ) | |
| ) | |
| Defendants. ) | **VERDICT FORM** |
| ) | |

We, the jury, unanimously find by a preponderance of the evidence the following:

### Civil Conspiracy

1. In regard to Plaintiff's claim of civil conspiracy against Defendants, we find in favor of (choose one):

    \_\_\_\_  Plaintiff Nautilus Insurance Company ("Nautilus") against Defendants Cory Fleming and Moss & Kuhn

    ✓  Plaintiff Nautilus against Defendant Cory Fleming only

    \_\_\_\_  Defendants Cory Fleming and Moss & Kuhn

*Proceed to Question No. 2.*

1

### South Carolina Unfair Trade Practices Act

2. In regard to Plaintiff's claim of violation of the South Carolina Unfair Trade Practices Act against Defendants, we find in favor of (choose one):

    \_\_\_  Plaintiff Nautilus against Defendants Cory Fleming and Moss & Kuhn

    ✓  Plaintiff Nautilus against Defendant Cory Fleming only

    \_\_\_  Defendants Cory Fleming and Moss & Kuhn

*If you found in favor of Defendants Cory Fleming and Moss & Kuhn under Paragraphs 1 and 2, your Foreperson should sign and date the Verdict Form and advise the Court Security Officer that the jury has reached a verdict.*

*If you found in favor of Plaintiff Nautilus in Paragraphs 1 and/or 2, proceed to Paragraph 3.*

### Damages Regarding Civil Conspiracy and/or South Carolina Unfair Trade Practices Act

3. If you found for Plaintiff Nautilus in Paragraph 1 (Civil Conspiracy) and/or Paragraph 2 (South Carolina Unfair Trade Practices Act), state the amount of actual damages awarded to Nautilus:

    $ 1.25 Million

*Your foreperson should sign and date the Verdict Form and inform the Court Security Officer that the jury has reached a verdict.*



Date: Jan. 8, 2025

2