IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 2:22-1307-RMG |
| ) | |
| Cory Fleming, and Moss & Kuhn, P.A., ) | |
| ) | |
| Defendants. ) | **VERDICT FORM** |
| ) | **(PUNITIVE DAMAGES)** |

We, the jury, unanimously find the following:

1. In regard to Plaintiff Nautilus' request for punitive damages against Defendant Cory Fleming regarding the Civil Conspiracy claim, we, by clear and convincing evidence:

    ✓ Award punitive damages in the amount of $ 50.00
          fifty dollars

    ___ Decline to award punitive damages

    *Your foreperson should sign and date the Verdict Form and inform the Court Security Officer that the jury has reached a verdict.*

Date: Jan. 8, 2025

[signature redacted]

1