# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

Nautilus Insurance Company

V                                              Civil Action No. 2:22-cv-01307-RMG

Cory Fleming and Moss & Kuhn, PA

### RECEIPT - EXHIBITS: PLAINTIFF

I hereby acknowledge receipt of the following exhibits:

[List Attached]

January 8, 2025

_____
Attorney for Plaintiff

---

### RECEIPT - EXHIBITS: DEFENDANTS

I hereby acknowledge receipt of the following exhibits:

[List Attached]

January 8, 2025

_____
Attorney for Defendant Fleming

_____
Attorney for Defendant Moss and Kuhn