**DEPONENT NAME:** Moss & Kuhn, P.A.
DATE OF DEPOSITION: July 21, 2023
OFFERING PARTY: Nautilus Insurance Company

| Nautilus Insurance Company **DESIGNATION** | [party] **OBJECTION EXPLAIN BASIS OF** | [party] **COUNTER DESIGNATION** | [party] **OBJECTION (TO COUNTER DESIGNATION) OR INDICATE WITHDRAWAL OF DESIGNATION** |
|---|---|---|---|
| pages 9:23 - 10:21 | | page 14 lines 1 - 25 | |
| page 13:2-25 | | page 15 lines 1 - 25 | |
| page 23:2-3, | | page 16 lines 1 - 23 | |
| pages 23:7-18 to 23:22-25 | | page 23 lines 19 - 22 | |
| page 56:7-16 | | page 56 lines 17 - 25 | |
| pages 57:17 - 58:3 | | page 57 lines 1 - 25 | |
| pages 61:11 - 62:15 | | page 58 lines 1 - 6 | |
| page 69:5-17 | | page 69 lines 2 - 4 | |
| page 70:5-9 | | page 69 lines 18 - 25 | |
| pages 70:14-71:1 | | page 70 lines 1 - 4 | |
| Page 71:10-14 | | page 70 lines 10 - 13 Page 71 lines 2-9 | |

4