AO 187 (Rev. 7/87) Exhibit and Witness List

## United States District Court
-------------------------------------------DISTRICT OF SOUTH CAROLINA-----------------------------------------

**Nautilus Insurance Company v. Cory Fleming and Moss & Kuhn, PA  Civil Action No.  2:22-cv-01307-RMG**

| **Presiding Judge**<br>HONORABLE RICHARD M. GERGEL | **Plaintiff's Attorneys**<br>Jaan Gunnar Rannik<br>Gregg Meyers | **Defendants' Attorneys**<br>Thomas Pendarvis and Christopher Lempesis, Jr. for Cory Fleming;<br>Robert Hood, Jr for<br>Moss & Kuhn, PA |
|---|---|---|
| **Trial Date(s)**<br>January 6, 2025; January 7, 2025; January 8, 2025 | **Court Reporter**<br>Karen Martin | **Courtroom Deputy**<br>Crystal Perry |

| Pla Exhibit No. | Pla Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| * 1-36, 38, 41-43, 46 | | | | 1/6/25 | X | * Plaintiff's exhibits admitted without objection.<br>Exhibit List is attached and filed at ECF 285. |
| | 1 | | | 1/6/25; 1/7/25 | | Cory Fleming |
| | 2 | | | 1/7/25 | | Excerpts of Moss & Kuhn Deposition (Witness: Fred Kuhn) |
| | 3 | | | " | | Chad Westendorf- Personal Representative of the Estate of Gloria Satterfield |
| | 4 | | | " | | Amy Coryer Miller, Former Senior Litigation Specialist for Nautilus Insurance |
| | | 1 | | " | X | Fleming Ex 1- Nautilus "Personal Umbrella Liability Policy" issued to Mr. Murdaugh, Nautilus Cplt., Dkt. 154, Ex. A |
| | | 4, 13-15, 17, 20-22, 25, *26 | | " | " | *Flemings exhibits admitted without objection.<br>Exhibit List is attached<br>26 was withdrawn on 1/8/25 |
| | | *32 | | " | " | Fleming Exhibit- Email chain dated 5-6-19 from Grantland to Miller;  *Withdrawn on 1-8-25 |
| | | 1-4, 8, 9, 11,14, 17, 20-23, 25-27 | | " | " | Moss and Kuhn's exhibits admitted without objection.<br>See attached Exhibit List. |
| | | | 1 | " | | Fleming Witness- John Grantland by Deposition |
| | | | 1 | 1/8/25 | | Moss and Kuhn Witness-Fred Kuhn |
| | | 2, 3, 5-12, 16, 18, 19, 23, 24, 27-29 | | " | | *Flemings exhibits admitted without objection.<br>Exhibit List to be attached upon receipt. (26, 32-38 are withdrawn) |

Page 1