# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ALEXANDER MURDAUGH, Sr., *et al.*, <br><br> Defendants. | Case No. 2:22-cv-1307-RMG <br><br><br> **NAUTILUS INSURANCE COMPANY'S FINAL EXHIBIT LIST** |

Nautilus Insurance Company ("Nautilus"), by and through its undersigned attorneys, hereby submits the following list of exhibits it intends to or may present at trial:

| Number | Original No. | Description | Bates/Docket No. (if applicable) | Defendants' Objections |
|---|---|---|---|---|
| 1 | 4 | December 20, 2017 email to Cory Fleming from Forge Consultants | Ex. 7 to Fleming deposition | |
| 2 | 22 | Handwritten notes by C. Fleming on March 1, 2018 email re wrongful death Claim | CHF_00005 | |
| 3 | 1 | March 8, 2018 Letter from Cory Fleming regarding institution of wrongful death claim against Defendant Murdaugh | ECF No. 187-3 | |
| 4 | 21 | March 8, 2018 letter from Alex Murdaugh assistant to medical group re Gloria Satterfield medical records | ECF No. 187-5 | |
| 5 | 20 | March 28, 2018 - Probate court appointment of Michael Satterfield as PR for Estate of Gloria Satterfield | ECF No. 187-4 | |

| Number | Original No. | Description | Bates/Docket No. (if applicable) | Defendants' Objections |
|---|---|---|---|---|
| 6 | 23 | April 2, 2018 email from Murdaugh assistant to Fleming assistant re PR Appointment | CHF_00262-64 | |
| 7 | 24 | July 20, 2018 email from Fleming assistant to Murdaugh assistant attaching Satterfield Authorizations | CHF_00254-56 | |
| 8 | 43 | November 6, 2018 letter from S. Wallinger to Brit, CJW with comprehensive report on claim by Murdaugh re Satterfield | M&G000092–118 | |
| 9 | 45 | November 8, 2018 emails between Fleming to Jennifer Johnson re extension to response to demand letter | CHF_00277 | |
| 10 | 44 | November 12, 2018 letter from D. Rheney to A. Miller re Lloyds' tendering limits | M&G000121–23 | |
| 11 | 38 | November 13, 2018 email regarding change of Personal Representative | CHF_00088-0090 | FRE 401, 403, 801 |
| 12 | 9 | November 28, 2018 Fleming emails regarding appointment of Chad Westendorf as successor PR | ECF No. 187-7 | |
| 13 | 25 | November 30, 2018 email from Fleming assistant to Lloyds'-appointed defense counsel requesting check made out to C. Westendorf | CHF_00001 | FRE 401, 403, 801 |
| 14 | 6 | December 13, 2018 Application and December 18, 2018 order Appointing successor PR | ECF No. 187-10 | |
| 15 | 7 | December 18, 2018 Fiduciary letter issued by Probate Court to Successor PR | ECF No. 187-14 | |
| 16 | 8 | December 19, 2018 Petition for Approval of Wrongful Death Settlement (Lloyd's) | ECF No. 187-15 | FRE 401, 403, 801 |

2

| Number | Original No. | Description | Bates/Docket No. (if applicable) | Defendants' Objections |
|---|---|---|---|---|
| 17 | 10 | January 7, 2019 Disbursement Statement - Lloyd's – 475k | ECF No. 187-19 | FRE 401, 403, 801 |
| 18 | 26 | January 14-15 email exchange between Fleming and Westendorf re filing of document pertaining to Lloyd's settlement | CHF_00288-89 | FRE 401, 403, 801 |
| 19 | 27 | February 14, 2019 emails between Fleming and Fleming assistant regarding collecting Satterfield medical records from Hampton | CHF_00207-09 | FRE 401, 403, 801 |
| 20 | 46 | February 21, 2019 emails between Fleming and Grantland re mediation | CHF_00304 | |
| 21 | 29 | February 22-25, 2019 email exchange between J. Grantland, A. Miller regarding mediation | PHELPS-000366–67 | |
| 22 | 30 | March 22-24, 2019 email exchange between A. Miller, K. Karam regarding mediation | PHELPS-000932 | |
| 23 | 16 | March 25, 2019 Mediation agreement in re: claims of the estate of Gloria Satterfield | ECF No. 187-32 | |
| 24 | 28 | March 27, 2019 email from A. Miller to J. Lasky regarding mediation | NAUTILUS_006377 | |
| 25 | 31 | March 29, 2019 email from Fleming to Grantland regarding structured settlement | CHF_00327-28 | |
| 26 | 32 | March 30, 2019 email from Fleming to Grantland regarding structured settlement | CHF_00332-33 | |
| 27 | 33 | April 10, 2019 emails between Fleming and assistant regarding release | CHF_00162-63 | |
| 28 | 3 | April 18, 2019 Nautilus check for $3.8m | ECF No. 187-31 | |

3

| Number | Original No. | Description | Bates/Docket No. (if applicable) | Defendants' Objections |
|---|---|---|---|---|
| 29 | 2 | April 22, 2019 Letter from John Grantland to Cory Fleming enclosing check for $3.8m from Nautilus and establishing conditions for depositing and releasing those funds from trust. | ECF No. 187-23 | |
| 30 | 34 | April 25, 2019 email from Fleming requesting Judge Mullen hear petition to approve settlement | CHF_000003 | |
| 31 | 35 | May 6, 2019 emails between Fleming and Grantland regarding approval proceeding | CHF_000346, 00348 | |
| 32 | 13 | May 13, 2019 Signed, unfiled order approving settlement | ECF No. 187-24 | |
| 33 | 11 | May 13, 2019 Disbursement Statement – Lloyd's 505k, Nautilus 3.8 | ECF No. 187-27 | |
| 34 | 14 | September 30, 2020 Emails re clerk of court's Notice of Hearing re ADR Compliance for case 2018-CP-25-00505 | ECF No. 187-29 | |
| 35 | 36 | October 5, 2020 stipulation of dismissal of case number 2018-CP-25-00505 in Hampton County, South Carolina | n/a | |
| 36 | 37 | October 6, 2020 emails between Fleming and assistant regarding disbursement of addition funds to Forge | CHF_00157-58 | |
| 37 | 15 | October 6, 2020 Filed Stipulation of Dismissal for case 2018-CP-25-00505 | ECF No. 187-30 | |
| 38 | 12 | September 30, 2021 Account ledger showing disbursements from M&K Trust Account | ECF No. 187-21 | |
| 39 | 17 | May 27, 2022 Confession of Judgment and Stipulation by RA Murdaugh in Satterfield suit, 2021-CP-25-00298 | ECF No. 187-34 | FRE 401, 403, 801 |

4

| Number | Original No. | Description | Bates/Docket No. (if applicable) | Defendants' Objections |
|---|---|---|---|---|
| 40 | 5 | May 25, 2023 Transcript of Cory Fleming Federal Guilty Plea | ECF No. 187-1 | FRE 401, 403, 801 |
| 41 | 40 | MKF cancelled check | PSB 000355 (Ex. 3 to M&K 30(b)(6) deposition) | |
| 42 | 41 | MKF cancelled check | MOSS & KUHN 0068 (Ex. 4 to M&K 30(b)(6) deposition) | |
| 43 | 42 | MKF cancelled check | BBT (9-27-2021)-001311 (Ex. 5 to M&K 30(b)(6) deposition | |
| 44 | 18 | Fleming State Indictment | ECF No. 240-1 | FRE 401, 403, 801 |
| 45 | 19 | Fleming State Guilty Plea | ECF No. 240-2 | FRE 401, 403, 801 |
| 46 | 39 | Nautilus Claims Notes | NAUTILUS_002381-564 | |
| ~~duplicate~~ | 47 | ~~March 29, 2019 emails between Fleming to Grantland re Conservatorship~~ | ~~CHF_00327-00328~~ | |
| ~~duplicate~~ | 48 | ~~March 30, 2019 email from Fleming and Grantland re check payee~~ | ~~CHF_00332-00333~~ | |

Pursuant to Fed. R. Civ. P. 26(a)(3), this list does not include those exhibits which may be needed for impeachment. Plaintiff reserves the right to introduce additional exhibits that were exhibits to depositions in this matter as well as any exhibit identified by Defendant may be appropriate.

**[signatures on following page]**

|  |  |
|---|---|
| | **Respectfully submitted:** |
| | **EPTING & RANNIK, LLC** |
| This 26th day of December, 2024<br>Charleston, South Carolina | */s/ Jaan Rannik*<br>Jaan G. Rannik (Fed. Bar No. 12621)<br>46A State Street<br>Charleston, SC 29401<br>P. (843) 377-1871<br>jgr@epting-law.com |
| | */s/ Gregg Meyers*<br>Gregg Meyers (Fed ID No. 4183)<br>114 4th Ave NW<br>Byron, MN 55920<br>843-324-1589<br>attygm@gmail.com |
| | *ATTORNEYS FOR NAUTILUS INSURANCE COMPANY* |