UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nautilus Insurance Company, ) | |
| ) | C/A No. 2:22-cv-1307-RMG |
| Plaintiff, ) | |
| Versus ) | |
| ) | **DEFENDANT MOSS & KUHN, P.A.'S** |
| Richard Alexander Murdaugh, Sr., Cory ) | **AMENDED EXHIBIT LIST** |
| Fleming, Moss & Kuhn, P.A., Chad ) | |
| Westendorf, and Palmetto State Bank, ) | |
| ) | |
| Defendants. ) | |

This Defendant reserves the right to introduce any documents that the Plaintiff produced and those produced by any party during the course of discovery or marked at any deposition as exhibits. This Defendant may offer the following exhibits:

| Exhibit # | Description | Bates # | Objections | Admitted |
|---|---|---|---|---|
| 1 | Email from Joel Lasky at Nautilus dated 5/2/18 | NAUTILUS_006358-006359 | | X |
| 2 | Emails between Amy Miller and John Grantland dated 11/27/18 | NAUTILUS_000287-000288 | | X |
| 3 | Email from Amy Miller to John Grantland dated 3/13/19 | Miller/Nautilus 000550 | | X |
| 4 | Email from John Grantland to Jon Austen and Cory Fleming dated 3/19/19 | Moss & Kuhn 0212 | | X |
| 8 | Email from Amy Miller to John Grantland and Jon Austen dated 3/25/19 | Miller/Nautilus 00074 | | X |
| 9 | Emails between Amy Miller and John Grantland dated 3/25/19 | Moss & Kuhn 0218 | | X |

| 11 | Internal Nautilus communications dated 3/22/18 through 3/26/19 | Nautilus_002402-002551 | | X |
| --- | --- | --- | --- | --- |
| 14 | Release dated 4/11/19 | Moss & Kuhn 0091-0093 | | X |
| 17 | Emails between Cory Fleming and John Grantland's office dated 4/25/19 | Moss & Kuhn 0020 | | X |
| 20 | Emails between Amy Miller and John Grantland dated 5/10/19 | Miller/Nautilus 000700-000701 | | X |
| 21 | Emails between Cory Fleming and John Grantland's office dated 5/13/19 | Moss & Kuhn 0034 | | X |
| 22 | Email from John Grantland to Amy Miller dated 5/13/19 | M&G001935-000048 | | X |
| 23 | Letter from Cory Fleming to John Grantland dated 5/13/19 with Order Approving Settlement | Moss & Kuhn 0014-0016 | | X |
| 25 | Petition for Approval of Settlement dated 5/13/19 | Moss & Kuhn 0120-0127 | | X |
| 26 | Emails between Amy Miller and John Grantland dated 5/14/19 | NAUTILUS_000683-000684 | | X |
| 27 | Email from Judge Mullen law clerk to John Grantland's office dated 6/13/19 | M&G001960 | | X |

This Defendant specifically reserves the right to supplement his Exhibit List prior to trial.

2

                    HOOD LAW FIRM, LLC
                    172 Meeting Street
                    Post Office Box 1508
                    Charleston, SC  29402
                    Ph: (843) 577-4435 / Fax: (843) 722-1630
                    Email: Info@hoodlaw.com

***s/ Robert H. Hood, Jr.***
Robert H. Hood, Jr. (FED #6998)
bobbyjr.hood@hoodlaw.com
Maryrose P. Williamson (FED #12802)
maryrose.williamson@hoodlaw.com

***Attorneys for the Defendant Moss & Kuhn, P.A.***

**January 8, 2025**
Charleston, South Carolina