AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Nautilus Insurance Company,
    Plaintiff, Counterclaim Defendant,
        v.
Palmetto State Bank,
    Defendant, Counterclaim Plaintiff,
        v.
Cory Fleming, Moss & Kuhn, PA and
Chad Westendorf,
    Defendants.

Civil Action No.   2:22-cv-01307-RMG

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

☒ the plaintiff, Nautilus Insurance Company, recover from the defendant, Cory Fleming, actual damages in the amount of ONE MILLION TWO HUNDRED FIFTY THOUSAND AND NO/100 dollars ($1,250,000.00), trebled under the South Carolina Unfair Trade Practices Act to THREE MILLION SEVEN HUNDRED FIFTY THOUSAND AND NO/100 dollars ($3,750,000.00); plus post judgment interest at the rate of 4.19%; TWO HUNDRED EIGHTY-NINE THOUSAND SIX HUNDRED SIXTEEN AND 63/100 dollars ($289,616.63) in attorney's fees and SEVEN THOUSAND SIX HUNDRED TWENTY-FIVE AND 72/100 dollars ($7,625.72) in costs.

☒ the plaintiff recovers nothing and the action is dismissed as to defendant Moss & Kuhn, PA.

☒ other: The Court granted Defendant Nautilus Insurance Company's motion to dismiss the counterclaim of Palmetto State Bank pursuant to the order filed October 19, 2023. The Court granted Motions for Summary Judgment of Defendants' Palmetto State Bank and Chad Westendorf pursuant to the order filed June 18, 2024. The Court granted directed verdicts in favor of Defendants Cory Fleming and Moss & Kuhn, P.A. on January 7 and January 8, 2025.

☒ tried by a jury and decided by the Honorable Richard M. Gergel presiding, and the jury has rendered a verdict.

Date:  January 31, 2025

s/Robin L. Blume
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*