# EXHIBIT 1

1    the people were involved and who their lawyer was, I
2    called Eric Bland, who was representing the Satterfield
3    boys at that time.  Said, Eric, looks like I've got
4    $113,800 in my trust account that belongs to your fellows.
5    What do you want me to do with it?  He said send it.  So I
6    sent it to Eric and he then sent it on to the Satterfield
7    sons, I assume.
8    Q    Did you send anything else to Eric?
9    A    Eventually.  Once I got a clear picture of what had
10   happened and the auditors had come in and the SLED agents
11   and laid it all out in front of me, it looks like Cory was
12   taking that money.  And I said, no, no, no, you've got it
13   wrong.  And anyway, once I saw and realized what had
14   happened, we scraped together $650,000, and borrowed some
15   of it, and I sent it to -- turned it over to Eric Bland
16   for the Satterfields.  It was dirty money.  Two boys had
17   lost their mom.  They were my clients -- they were Cory's
18   clients but they were my clients, too.  And I wanted
19   absolutely nothing to do with that situation.
20   Q    Do you know whether or not Cory and Alex were ever
21   talking separately about the Satterfield matter?
22   A    I didn't know the Satterfield matter existed so, no.
23           MR. HOOD:  Thank you, sir.  That's all the
24   questions I have.
25           THE COURT:  Very good.

```
 1              Cross-examination by the plaintiff?
 2         MR. RANNIK:  Thank you, Your Honor.
 3                      CROSS-EXAMINATION
 4    BY MR. RANNIK
 5    Q    Mr. Kuhn, I'm sorry we're speaking in this context.
 6    You've been practicing law awhile, fair enough?
 7    A    Very fair.
 8    Q    And you've been a partner at a firm for awhile, fair
 9    enough?
10    A    Yes.
11    Q    And a firm is a business at its core, correct?
12    A    Yes.
13    Q    I mean, you have to have revenues in order to pay
14    employees, keep the door open, and make a living for
15    yourself, right?
16    A    If you want to keep the doors open, yes.
17    Q    And revenues come from the attorneys' fees that you
18    make in a case; is that correct?
19    A    Right.
20    Q    And so the business of the firm is obtaining fees in
21    order to be able to keep practicing, correct?
22    A    In a sense, yes.  I like to think of it more as a
23    profession that provides a service.  But we have to be
24    paid for those services, I mean, so, yes.
25    Q    I agree with your characterization completely.  And
```