# EXHIBIT 3

# Moss & Kuhn Trust
## Customer Balance Detail
### As of September 30, 2021

10/29/21

| Type | Date | Num | Source Name | Amount | Balance |
|---|---|---|---|---|---|



**EXHIBIT 6**

| | | | **Satterfield** | | 0.00 |
|---|---|---|---|---|---|
| Payment | 12/19/2018 | | Satterfield | -505,000.00 | -505,000.00 |
| Check | 01/07/2019 | 24817 | Forge | 403,500.00 | -101,500.00 |
| Check | 01/07/2019 | 24768 | Chad Westendorf | 10,000.00 | -91,500.00 |
| Check | 01/07/2019 | 24815 | | 0.00 | -91,500.00 |
| Check | 01/07/2019 | 24816 | | 0.00 | -91,500.00 |
| Check | 01/17/2019 | 24836 | Cory Fleming | 8,000.00 | -83,500.00 |
| Check | 01/18/2019 | 24818 | Moss, Kuhn & Fleming | 50,000.00 | -33,500.00 |

Page 26

**PLAINTIFF'S EXHIBIT 38**

MOSS & KUHN 0002
CONFIDENTIAL

10/29/21

# Moss & Kuhn Trust
## Customer Balance Detail
### As of September 30, 2021

| Type | Date | Num | Source Name | Amount | Balance |
|---|---|---|---|---:|---:|
| Check | 04/03/2019 | 24837 | Cory Fleming | 8,500.00 | -25,000.00 |
| Check | 04/11/2019 | 24875 | Austen & Gowder | 1,512.46 | -23,487.54 |
| Payment | 04/26/2019 | | Satterfield | -3,800,000.00 | -3,823,487.54 |
| Check | 05/13/2019 | 24909 | Forge | 2,961,931.95 | -861,555.59 |
| Check | 05/13/2019 | 24894 | Chad Westendorf | 20,000.00 | -841,555.59 |
| Check | 05/14/2019 | 24910 | Moss, Kuhn & Fleming | 600,055.59 | -241,500.00 |
| Check | 01/23/2020 | 25042 | Cory Fleming | 9,700.00 | -231,800.00 |
| Check | 10/06/2020 | 25202 | Forge | 118,000.00 | -113,800.00 |
| **Total Satterfield** | | | | **-113,800.00** | **-113,800.00** |



MOSS & KUHN 0003
CONFIDENTIAL