# EXHIBIT 4

Nautilus Insurance Group
Nautilus Insurance Company
7233 E. Butherus Drive
Scottsdale, AZ 85260
480-951-0905



MURPHY & GRANTLAND PA
4406 B FOREST DRIVE
COLUMBIA, SC 29206
US

| Check Date Apr 18 2019 | Reference Number 00001257BR | Supplier Number 0000050750 | Pay Group CL | AP Unit 10075 | Print Group Code HD | Check Number 00001257BR |
|---|---|---|---|---|---|---|
| Policy Number | PU386801 | | | | | |
| Insured | Richard Alexander Murdaugh | | | | | |
| Date of Loss | 02/02/2018 | | | | | |
| Reported Date of Loss | 03/10/2018 | | | | | |
| Claims System ID | ESCCPRD:1411422 | | | | | |
| Claim Number | 10096368 | | | | | |
| Claimant Name | Gloria Satterfield | | | | | |
| Supplier Invoice Date | 04/17/2019 | | | | | |
| Supplier Invoice Number | ESCCPRD:1411422 | | | | | |
| Service Dates | | | | | | |
| Adjuster Name | Amy Coryer-Miller (Nautilus Liability 3) | | | | | |
| Agency Code | | | | | | |
| Agency Name | | | | | | |
| Pay Amount | $ 3,800,000.00 | | | | | |
| Memo / Description | Full and Final Release of all Claims | | | | | |

| Page 1 Summary | Total Paid Count | 1 | Total Paid Amount | $ 3,800,000.00 *** |
|---|---|---|---|---|
| Page 1 through 1 Summary | Total Paid Count | 1 | Total Paid Amount | $ 3,800,000.00 *** |

**PLAINTIFF'S EXHIBIT 28**

WARNING: DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED
WR8C

Berkley Insurance Company                                    WELLS FARGO BANK, N.A.              0000125788
Nautilus Insurance Company
For Questions Please Call: 480-951-0905                      56-382/412
Claim No: 10096368
In Payment Of: Claim N900010096368

                                        Date    04/18/2019              Pay Amount  $ 3,800,000.00 ***

Pay      **** THREE MILLION EIGHT HUNDRED THOUSAND AND XX/100 DOLLAR ****

To The Order Of                                               THIS CHECK EXPIRES AND IS VOID 90 DAYS FROM ISSUE DATE

CHAD WESTENDORF AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
GLORIA SATTERFIELD & MOSS KUHN & FLEMING PA AS ATTORNEY

                                                              _____
                                                              Authorized Signature

                                                              _____
                                                              Authorized Signature

⑆0000125788⑆ ⑉041203824⑉ 9600100664⑉

Westentdorf-000060

2:22-cv-01307-RMG     Date Filed 08/04/23     Entry Number 142-27     Page 2 of 2
2:22-cv-01307-RMG     Date Filed 02/04/25     Entry Number 183-34     Page 23 of 23
ATTACHMENT M

1331454



Westentdorf-000061