# EXHIBIT 5

LAW OFFICES
# MOSS, KUHN & FLEMING P.A.

JAMES H. MOSS
H. FRED KUHN, JR.
CORY H. FLEMING*

1501 North Street P.O. Drawer 507~Beaufort, South Carolina 29901-0507
TELEPHONE 843-524-3373
FAX 843-524-1302

*ALSO MEMBER OF GA BAR

March 8, 2018

Mr. Richard A. Murdaugh
4147 Moselle Road
Islandton, SC 29929

Dear Mr. Murdaugh:

    Please be advised that I represent the Estate of Gloria Satterfield. We are proceeding with a wrongful death claim on behalf of the estate. Please forward this correspondence to the appropriate insurance carriers. And asked that they contact my office immediately.

With kindest regards, I am

Very truly yours,

MOSS, KUHN & FLEMING, P.A.

Cory H. Fleming

CHF/tk

**PLAINTIFF'S EXHIBIT 3**

CHF_00006
**MOSS & KUHN 0022**
**CONFIDENTIAL**