# EXHIBIT 7

# Tanya King

| | |
|---|---|
| **From:** | Tanya King |
| **Sent:** | Friday, November 30, 2018 9:37 AM |
| **To:** | 'jjohnsen@gwblawfirm.com' |
| **Cc:** | Cory Fleming (cory@mossandkuhn.com) |
| **Subject:** | FW: w9 and payee instructions for Satterfield |
| **Attachments:** | 20181130092608362.pdf |

Mrs. Johnsen:

Good morning. Attached is our firm's W-9. And the payee instructions are as follows:

Chad Westendorf as Personal Representative of the Estate of Gloria Satterfield and Moss, Kuhn & Fleming, P.A.

Please let me know if there is anything else that I can assist with.

Kindly,

Tanya King
Paralegal to
Cory H. Fleming

P O Drawer 507 (mailing)
1501 North Street
Beaufort, South Carolina 29901
843-524-3373
843-379-3381 direct dial
843-379-1322 fax


Confidentiality Note:
This message is intended exclusively for the individual or which it is addressed.  This communication may contain information that is proprietary , privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately either by phone (843) 524-3373 or reply to this e-mail and delete all copies of this message.


-----Original Message-----
From: mkfadmin@mossandkuhn.com [mailto:mkfadmin@mossandkuhn.com]
Sent: Friday, November 30, 2018 9:26 AM
To: Tanya King
Subject: w9

This E-mail was sent from "RNP0026738CB0DC" (MP 3554).

Scan Date: 11.30.2018 09:26:08 (-0500)
Queries to: mkfadmin@mossandkuhn.com



PLAINTIFF'S EXHIBIT 13

1