# EXHIBIT 8

STATE OF SOUTH CAROLINA                )
                                       )
COUNTY OF HAMPTON                      )
                                       )
IN RE: CLAIMS OF THE ESTATE OF GLORIA  )
SATTERFIELD                            )
                                       )
_____)

THE UNDERSIGNED PARTIES and their attorneys having conducted mediation on March 22, 2019, hereby agree to the following:

The personal representative of the Estate of Gloria Satterfield on behalf of the Estate and on behalf of the statutory wrongful death beneficiaries of Gloria Satterfield ("claimants") agree to resolve any all claims of and by them arising from an incident, injury, and later death of Ms. Satterfield, in exchange for receipt from Brit Syndicates Ltd. and Nautilus Insurance Company on behalf of R. Alexander Murdaugh and Margaret Murdaugh of the total sum of $4,305,000.00 with $505,000.00 previously paid by Brit Syndicates Ltd, and $3,800,000.00 being paid by Nautilus Insurance Company.

The claimants will be responsible for negotiating and resolving from the funds any and all liens or subrogation interests of health insurers, healthcare providers, or government agencies.

The claimants will fully release R. Alexander Murdaugh, Margaret Murdaugh, their family, Nautilus Insurance Company, and Brit Syndicates Ltd.

Funds will be delivered within 30 days of receipt by Nautilus Insurance Company of funding instructions. Funds will be held in trust until the settlement is approved by a court.

The settlement petition and order shall not have an adversarial caption.

Other than providing information to the court upon its request, the settlement terms, including the amounts paid, and this agreement, and any future release agreement shall all be confidential. The parties to this agreement will not disparage one another.

The released parties admit no liability.



PLAINTIFF'S
EXHIBIT
23

00898

CHF_00143

This agreement is deemed to comply with Rule 43(k) and is binding, subject to court approval.

Dated _March 25_, 20_19_.

_____
Cory H. Fleming, Esquire
Moss Kuhn & Fleming, PA
P.O. Drawer 507
Beaufort, SC 29901
Attorney for Estate of Gloria Satterfield

_____
Robert Kennedy as attorney for Nautilus Ins. Co.

_____
John M. Grantland, Esquire
Murphy & Grantland, PA
PO Box 6648
Columbia SC 29260
Attorney for R. Alexander Murdaugh

_____
R. Alexander Murdaugh

00898

CHF_00144

This agreement is deemed to comply with Rule 43(k) and is binding, subject to court approval.

Dated _____, 20___.

_____
Cory H. Fleming, Esquire
Moss Kuhn & Fleming, PA
P.O. Drawer 507
Beaufort, SC 29901
Attorney for Estate of Gloria Satterfield

_____
John M. Grantland, Esquire
Murphy & Grantland, PA
PO Box 6648
Columbia SC 29260
Attorney for R. Alexander Murdaugh

_____
Robert Kennedy as attorney for Nautilus Ins. Co.

_____
R. Alexander Murdaugh

00898

CHF_00145