# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>CORY FLEMING, *et al.*,<br><br>      Defendants. | Case No. 2:22-cv-1307-RMG |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.I.07(A), counsel for Plaintiff Nautilus Insurance Company ("Plaintiff") moves to withdraw the appearance of Clinton T. Magill as Plaintiff's counsel in the above-captioned case.

Mr. Magill is no longer employed by the law firm of Epting & Rannik, LLC.

All other counsel of record for Plaintiff in this case remains the same.

This motion is filed with the consent of Plaintiff, as well as with the consent of the attorneys who will be remaining as counsel for the Plaintiff.

**Respectfully submitted:**

This 18th day of February, 2025
Charleston, South Carolina

*/s/ Jaan G. Rannik*
EPTING & RANNIK, LLC
Jaan G. Rannik (Fed. ID No. 12621)
46A State Street
Charleston, SC 29401
P: (843) 377-1871
F: (843) 377-1310
jgr@epting-law.com

*/s/ Gregg Meyers*
Gregg Meyers (Fed ID No. 4183)
114 4th Ave NW
Byron, MN 55920
(843) 324-1589
attygm@gmail.com

COUNSEL FOR NAUTILUS INSURANCE COMPANY