UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>       Plaintiff,<br><br> v.<br><br>RICHARD ALEXANDER MURDAUGH, Sr., *et al.*,<br><br>       Defendants. | Case No. 2:22-cv-1307-RMG<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a) & 4(a), Plaintiff Nautilus Insurance Company ("Nautilus") respectfully appeals the following Orders of this Court to the United States Court of Appeals for the Fourth Circuit:

1. August 16, 2023 Order [ECF No. 155] that, *inter* alia, bifurcated and limited discovery;

2. September 28, 2023 Order [ECF No. 168] denying Nautilus' Motion for Clarification [ECF No. 166];

3. June 18, 2024 Order [ECF No. 218] denying Nautilus' Motion for Partial Summary Judgment [ECF No. 187], Granting Palmetto State Bank's and Chad Westendorf's Motions for Summary Judgment [ECF Nos. 190, 191], and granting in part Moss & Kuhn, P.A.'s and Cory Fleming's ad Motions for Summary Judgment [ECF Nos. 185, 189];

4. August 21, 2024 Order [ECF No. 229] denying Nautilus' Motion to Reconsider or Certify [ECF No. 219];

5. September 30, 2024 Order [ECF No. 231] denying Nautilus' Motion to Certify Immediate Appeal to the Fourth Circuit Court of Appeals [ECF No. 230];

6. December 11, 2024 Order [ECF No. 262] denying Nautilus' Motion for Judgment on the Pleadings and for Summary Judgment [ECF No. 240] and granting Cory Fleming's oral Motion to Amend Answer;

7. December 19, 2024 Order [ECF No. 271] denying Nautilus' Motion for Summary Judgment [ECF No. 267];

8. January 7, 2025 Order [ECF No. 315] granting in part oral Motions for Directed Verdict by Cory Fleming and Moss & Kuhn, P.A.;

9. January 8, 2025 Order [ECF No. 319] denying Nautilus' oral Motion for Directed Verdict as to vicarious liability of Moss & Kuhn;

10. January 31, 2025 Order [ECF No. 336] entering final judgment; and

11. February 20, 2025 Order [ECF No. 345] denying Nautilus' Renewed Motion for Judgment as a Matter of Law [ECF No. 337]

**Respectfully submitted:**

This 28th day of February, 2025
Charleston, South Carolina

*/s/ Jaan Rannik*
EPTING & RANNIK, LLC
Jaan G. Rannik (Fed. ID No. 12621)
46A State Street
Charleston, SC 29401
P: (843) 377-1871
F: (843) 377-1310
jgr@epting-law.com

COUNSEL FOR NAUTILUS INSURANCE COMPANY

2